IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DEMETRIC R. FAVORS,**<br><br>   Plaintiff,<br><br>v.<br><br>**CITY OF ATLANTA,**<br>a municipal corporation of<br>the State of Georgia,<br><br>   Defendant. | **CIVIL ACTION FILE<br>NO. 1:17-CV-03996-SJC** |

## PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY

**COMES NOW**, the Plaintiff in the above-captioned lawsuit, and files this motion in support of a request that this Court grant a 45-day extension of the current discovery deadline of September 27, 2018. In support of this motion, Plaintiff states as follows:

1.

As represented by Plaintiff in the *Joint Preliminary Report and Discovery Plan* [#5], discovery in this case would focus on the shooting of Plaintiff by former Atlanta Police Department (APD) officer Emanuel Thompson. This is the incident giving rise to this lawsuit, including the criminal and internal affairs investigations into this incident by the APD and the Fulton County District Attorney's Office.

2.

This is an action against the City of Atlanta pursuant to 42 U.S.C. § 1983 and Monell v. Department of Soc. Svs., 436 U.S. 658 (1978). While Thompson is not a defendant in this action. Plaintiff contends that Thompson violated his constitutional rights by use of unreasonable, unjustified and excessive force, and that this constitutional violation resulted from the City's deliberate indifference to the constitutional rights of citizens.

3.

In support of its Monell claims against the City, Plaintiff must take the deposition of Thompson, and conduct any other discovery that may be relevant which could arise from his deposition. Plaintiff cannot adequately conduct discovery, nor timely complete discovery, without taking the deposition of Thompson. For example, Plaintiff has retained and disclosed an expert in this case, whose opinions are subject to being impacted and changed base on the testimony of Thompson.

4.

The record shows that Plaintiff properly served Thompson with a subpoena for him to appear for a deposition on July 31, 2018, but that date was cancelled, and then rescheduled at the request of Sandra Michaels, who states that she is

Thompson's criminal defense attorney.  **See Exhibit "A" attached** *Proof of Service of Subpoena for Deposition***; and Exhibit "B" attached** *Plaintiff's Response to Defendant City of Atlanta's Emergency Motion for a Protective Order*

5.

Due to the City's emergency motion for protective order, the Court issued an order on September 13, 2018, which cancelled the deposition of Thompson and directed the Parties to reschedule his deposition "after the conclusion of counsel's leave and before the close of discovery on 9/27/2018."  Based on this deadline, Plaintiff again noticed the deposition of Thompson, with the agreement of the City and Ms. Michaels, for September 20, 2018.  **See Exhibit "C" attached** *Third Notice to Take Deposition of Emmanuel Thompson*.

6.

On September 20, 2018, prior to start of Thompson's deposition, Ms. Michaels represented to the Parties that she did not believe the deposition of Thompson should proceed.  With all counsel present, a voice message was left with the Court seeking immediate assistance from the Court in resolving this matter.  However, since the Court was unavailable, all counsel put on the record their respective positions, which was transcribed and provided to the Court on September 21, 2018.  **See Exhibit "D" attached email and transcript.**

7.

Per this Court Instructions, Plaintiff has not filed a formal pleading in the form of a motion to compel Thompson's deposition. However, when the Court becomes available and provides counsel the opportunity to address this matter with the Court, Plaintiff will move for an order to compel the deposition of Thompson, pursuant to FRCP 30 and 37.

8.

Plaintiff has been informed by the Court's staff that due to the Court being in trial, it may be weeks before the Court can address the discovery issue regarding Thompson's deposition. However, discovery is currently set to expire on September 27, 2018, and the Parties were directed to take the deposition of Thompson before the close of discovery. Accordingly, Plaintiff seeks a 45-day extension of discovery to preserve Plaintiff's rights to depose Thompson and to conduct any other discovery that may arise from his deposition.

9.

Plaintiff request that discovery be extended for forty-five (45) days from the current deadline of September 27, 2018, which would make the close of discovery November 12, 2018.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant this Motion and extend discovery through November 12, 2018.

Respectfully submitted this 26th day of September, 2018.

THE COCHRAN FIRM – ATLANTA

/s/ Samuel L. Starks
Shean D. Williams
Georgia Bar No. 764139
Samuel L. Starks
Georgia Bar No. 676515
Mecca S. Anderson
Georgia Bar No. 624622
*Attorneys for the Plaintiff*

100 Peachtree Street, NW
Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
Email: swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DEMETRIC R. FAVORS,**<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF ATLANTA,**<br>a municipal corporation of<br>the State of Georgia,<br><br>    Defendant. | **CIVIL ACTION FILE**<br>**NO. 1:17-CV-03996-SJC** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed *Plaintiff's Motion for Extension of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Rita M. Cherry, Esq.
Ronald L. McKenzie, Esq.
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520

Robert Kenner, Esq.
Law Offices of Robert Kenner, Jr.
The Barrister Building
3992 Redan Road
Stone Mountain, Georgia 30083

This 26th day of September, 2018.

                                                              THE COCHRAN FIRM – ATLANTA

                                                              /s/ Samuel L. Starks
                                                              Samuel L. Starks
                                                              Georgia Bar No. 676515
                                                              *Attorney for Plaintiff*

100 Peachtree Street, NW
Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
sstarks@cochranfirmatl.com