**Sam Starks**

| | |
|---|---|
| **From:** | Sam Starks |
| **Sent:** | Friday, September 21, 2018 1:35 PM |
| **To:** | 'pamela_wright@gand.uscourts.gov' |
| **Cc:** | Shean Williams; Cherry, Rita M.; 'Sandra Michaels' |
| **Subject:** | Favors v. City of Atlanta: 1:17-cv-03996-SCJ:  Discovery Dispute Regarding Emanuel Thompson Deposition: |
| **Attachments:** | E. Thompson Dep..pdf |

Ms. Wright,

Per this Court's instructions, the Parties are notifying the Court of a discovery dispute regarding a deposition of a non-party, as set forth in the attached transcript, and are requesting a conference with the Court.



PLAINTIFF'S
EXHIBIT
D

**In the Matter Of:**

DEMETRIC R. FAVORS versus CITY OF ATLANTA

---

## SCHEDULED VIDEOTAPED DEPOSITION OF

## EMMANUEL THOMPSON

*September 20, 2018*

---



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

1

         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3    _____

4    DEMETRIC R. FAVORS,                    :
                                            :
5         Plaintiff,                        :
                                            :
6    versus                                 :CIVIL ACTION
                                            :FILE NUMBER:
7    CITY OF ATLANTA, a municipal           :1:17-cv-03996-
     corporation of the State of            :SCJ
8    Georgia,                               :
                                            :
9         Defendant.                        :

10   _____

11

12           SCHEDULED VIDEOTAPED DEPOSITION OF
                     EMMANUEL THOMPSON
13

14                    1:39 p.m.
                 September 20, 2018
15
         International Brotherhood of Police
16        581 Joseph E. Boone Boulevard, NW
                   Atlanta, Georgia
17

18

19

         Susan DiFilippantonio, RPR, CCR No. B-2125
20

21

22

23

24

25



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DEMETRIC R. FAVORS versus CITY OF ATLANTA
EMMANUEL THOMPSON on 09/20/2018

SCHEDULED VIDEOTAPED DEPOSITION OF
Pages 2..5

**Page 2**

```
1    APPEARANCES:
2
3      On Behalf of the Plaintiff, DEMETRIC R. FAVORS:
4
5    THE COCHRAN FIRM - ATLANTA
6    BY:  Sam Starks
7    100 Peachtree Street, NW
8    Suite 2600
9    Atlanta, GA 30303
10   404.222.9922
11   sstarks@cochranfirmatl.com
12   On Behalf of the Defendant, CITY OF ATLANTA, a
13   municipal corporation of the State of Georgia:
14
15   CITY OF ATLANTA LAW DEPARTMENT
16
17   BY:  Rita M. Cherry
18   55 Trinity Avenue
19   Suite 5000
20   Atlanta, GA 30303
21   404.330.6206
22   On Behalf of the deponent, Emmanuel Thompson:
23
24
25
```

**Page 3**

```
1    APPEARANCES:
2
3    NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES
4    BY:  Sandra Michaels
5    Assistant General Counsel
6    581 Joseph E. Boone Boulevard, NW
7    Atlanta, GA 30314
8    404.521.9043
9    smichaels@nage.org
10
11   Also Present:  Alexander J. Gallo, videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1              P R O C E E D I N G S
2
3    (Thursday, September 20, 2018          1:39 p.m.)
4
5              MR. STARKS:  This is the deposition
6    of Emmanuel Thompson that was scheduled
7    pursuant to notice and agreement among the
8    parties to the lawsuit, which is the
9    Plaintiff, Demetric Favors, and the City of
10   Atlanta as Defendant.
11             On behalf of plaintiff, it was also
12   my understanding that this deposition was
13   noticed by agreement with criminal defense
14   counsel for Emmanuel Thompson as Sandra
15   Michaels, who is present.  There is already
16   on the record in this case a previous
17   service of a subpoena for Mr. Thompson to
18   appear at a deposition in this particular
19   case where he is a non-party.  And this is
20   the case, again, of Demetric Favors, as
21   Plaintiff versus the City of Atlanta as the
22   Defendant.  It's in the United States
23   District Court for the Northern District of
24   Georgia, the Atlanta Division.  The case
25   number is 1:17-cv-03996-SCJ.  This case is
```

**Page 5**

```
1    assigned to Judge Steve Jones.
2              So we are here -- the Plaintiff is
3    here today to proceed with the deposition of
4    Emmanuel Thompson as a non-party witness in
5    this particular matter.  It is our
6    understanding and it was our understanding
7    that Mr. Thompson would be represented by
8    his criminal defense counsel today given
9    that he has been indicted regarding matters
10   relate to this litigation.
11             It is Plaintiff's counsel's
12   understanding that Mr. Thompson would appear
13   today and answer any and all questions that
14   were not deemed by him or his counsel to be
15   questions that would implicate his Fifth
16   Amendment privilege.  I still hope that we
17   can proceed in a manner where we can ask any
18   and all questions of Mr. Thompson, some of
19   which don't involve or implicate his Fifth
20   Amendment privilege and get that on the
21   record.
22             I have had previous discussions
23   with defense counsel and I think there was
24   an agreement -- I thought that there was an
25   agreement on this, but counsel for the City
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

**Page 6**

1  and for Mr. Thompson will state their
2  position. But under Georgia law, which
3  controls for purposes of the assertion of a
4  Fifth Amendment privilege, a witness does
5  not have the right to assert a blanket
6  privilege and not answer any questions
7  whatsoever, but only has the right to assert
8  a Fifth Amendment privilege as to particular
9  questions that may invoke potential
10  incrimination. So that is the position of
11  the Plaintiff.
12       The Court has been contacted
13  because it was my understanding -- and
14  perhaps counsel for Mr. Thompson will
15  correct me on this, but it was my
16  understanding initially that counsel for
17  Mr. Thompson, his criminal defense counsel,
18  would not allow him to answer any questions
19  regarding this matter whatsoever, even if
20  they were questions that did not potentially
21  invoke the Fifth Amendment privilege other
22  than his name. But in any case, the
23  Plaintiffs are here -- the plaintiff, I
24  should say, we are here ready to proceed
25  with the deposition of Mr. Emmanuel

**Page 7**

1  Thompson.
2       (Plaintiff's Exhibit 1, was marked
3  for identification.)
4       MR. STARKS: Plaintiff's Exhibit 1
5  is the deposition notice for today, the
6  previous proof of service regarding the
7  subpoena and the rescheduling of
8  Mr. Thompson's deposition at the request of
9  his criminal defense counsel. That is
10  already a part of the record in this case.
11       MS. MICHAELS: I am Sandra
12  Michaels. I am Mr. Thompson's criminal
13  defense attorney. I am not going to comment
14  on what you just said, but I am not
15  competent to give Mr. Thompson advice on
16  this civil matter or the other civil matter
17  that you advised me is also pending against
18  him because he is a named defendant in
19  another civil matter and this case is
20  involving the same facts.
21       I suggest that Mr. Thompson obtain
22  a civil attorney to represent him in these
23  two matters or a stay be filed to stay the
24  civil case until the conclusion of the
25  criminal matter.

**Page 8**

1       And I would also put on the record
2  that Mr. Thompson was threatened with jail,
3  going to jail if he did not show up today.
4  He is present, but I would note that the
5  threat to put him in jail is probably
6  inappropriate, and I certainly will let the
7  judge know of that.
8       MS. CHERRY: Rita Cherry for the
9  City of Atlanta. It is our understanding
10  that counsels here today will have a
11  telephone conference or alternatively send
12  an e-mail to the judge to get a resolution
13  of this and instructions on how to proceed,
14  so we will wait until that telephone
15  conference with the Court or a response to
16  our e-mail to the Court is received before
17  going forward.
18       MR. STARKS: Finally, for the
19  record, counsel for the Plaintiff is not
20  aware of Mr. Thompson being threatened with
21  going to jail if he did not respond to a
22  subpoena or do whatever has been suggested.
23       In any event, it is my position,
24  and I guess I think that I have heard
25  clearly from Ms. Cherry that it is her

**Page 9**

1  position that no questions should be asked
2  and that the deposition should not be
3  commenced and that she would object to the
4  deposition even being commenced as to
5  Mr. Thompson. Is that the -- Ms. Michaels
6  is that --
7       MS. MICHAELS: I am not Ms. Cherry.
8  You just said Ms. Cherry.
9       MR. STARKS: I understand. I was
10  referring to Ms. Cherry.
11       MS. CHERRY: I never said that.
12       MR. STARKS: May we commence -- do
13  you have any objection to the deposition
14  being commenced, Ms. Michaels?
15       MS. MICHAELS: I believe I just
16  said, so this is really confusing.
17       MR. STARKS: Okay. Do you have any
18  objections to him being sworn in and asked
19  questions?
20       MS. MICHAELS: Yes, because I think
21  that he needs to get a civil attorney.
22       MR. STARKS: Okay. And that would
23  include even questions that --
24       MS. MICHAELS: I'm sorry, I think
25  that I just said that I think he needs to



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DEMETRIC R. FAVORS versus CITY OF ATLANTA
EMMANUEL THOMPSON on 09/20/2018

SCHEDULED VIDEOTAPED DEPOSITION OF
Pages 10..13

Page 10

```
1    get a civil attorney.  That is the end of
2    statement.
3         MR. STARKS:  Very well.  So
4    Plaintiff's counsel has nothing more to say.
5    I think the record reflects the advice and
6    the position that has been taken by
7    Ms. Michaels.  We will just take the matter
8    up with the court.
9         MS. CHERRY:  This is Rita Cherry.
10   I do have something to say.  I think
11   Mr. Starks was referring to Ms. Michaels
12   when he said that Ms. Cherry said that she
13   would object.
14        The City does not represent
15   Mr. Thompson, therefore, the City would have
16   no authority to put any objection on the
17   record with respect to Mr. Thompson.
18        MR. STARKS:  We are good.  I think
19   that that is all we can do.
20
21        (Deposition adjourned at 1:47 p.m.)
22
23
24
25
```

Page 11

```
1                    DISCLOSURE
2
3         Pursuant to Article 10.B of the
4    Rules and Regulations of the Board of Court
5    Reporting of the Judicial Council of Georgia
6    which states:  Each court reporter shall
7    tender a disclosure form at the time of the
8    taking of the deposition stating the
9    arrangements made for the reporting services
10   of the certified court reporter, by the
11   certified court reporter, the court
12   reporter's employer or the referral source
13   for the deposition, with any party to the
14   litigation, counsel to the parties, or other
15   entity.  Such form shall be attached to the
16   deposition transcript, I make the following
17   disclosure:  I am a Georgia Certified Court
18   Reporter.  I am here as a representative of
19   Discovery Litigation Services, LLC.
20
21        Discovery Litigation Services, LLC was
22   contacted to provide court reporting
23   services for the deposition.  Discovery
24   Litigation Services, LLC will not be taking
25   this deposition under any contract that is
```

Page 12

```
1    prohibited by O.C.G.A. 9-11-28(c).
2    Discovery Litigation Services, LLC has no
3    contract/agreement to provide reporting
4    services with any party to the case, any
5    counsel in the case, or any reporter or
6    reporting agency from whom a referral might
7    have been made to cover this deposition.
8    Discovery Litigation Services, LLC will
9    charge its usual and customary rates to all
10   parties in the case, and a financial
11   discount will not be given to any party to
12   this litigation.
13
14
15
16
17
18
19          Susan DiFilippantonio
20
21
22        Susan DiFilippantonio, Notary Public
23        and Registered Professional Reporter
24        Commission Expires 10-22-2020
25        Georgia Certificate Number 2125
```

Page 13

```
1                CERTIFICATE OF REPORTER
2
3    STATE OF GEORGIA:
4    COUNTY OF FULTON:
5
6         I hereby certify that the foregoing
7    transcript was reported, as stated in the
8    caption, and the questions and answers thereto
9    were reduced to typewriting under my direction;
10   that the foregoing pages represent a true,
11   complete, and correct transcript of the evidence
12   given upon said hearing, and I further certify
13   that I am not of kin or counsel to the parties in
14   the case; am not in the employ of counsel for any
15   of said parties; nor am I in any way interested
16   in the result of said case.
17
18
19          Susan DiFilippantonio
20
21
22        Susan DiFilippantonio, Notary Public
23        and Registered Professional Reporter
24        Commission Expires 10-22-2020
25        Georgia Certificate Number 2125
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DEMETRIC R. FAVORS versus CITY OF ATLANTA
EMMANUEL THOMPSON on 09/20/2018
SCHEDULED VIDEOTAPED DEPOSITION OF
Index: 1..notice

**Exhibits**

44031 Thompson.
Emmanuel Plaintiff's Exhibit 1 7:2,4

**1**

1 7:2,4

1:17-cv-03996-scj 4:25

1:39 4:3

**2**

20 4:3

2018 4:3

**A**

advice 7:15

advised 7:17

again 4:20

against 7:17

agreement 4:7, 13 5:24,25

all 5:13,18

allow 6:18

already 4:15 7:10

also 4:11 7:17

am 7:11,12,13, 14

Amendment 5:16,20 6:4,8, 21

among 4:7

another 7:19

answer 5:13 6:6,18

appear 4:18 5:12

ask 5:17

assert 6:5,7

assertion 6:3

assigned 5:1

Atlanta 4:10, 21,24

attorney 7:13, 22

**B**

because 6:13 7:18

behalf 4:11

blanket 6:5

**C**

case 4:16,19, 20,24,25 6:22 7:10,19,24

City 4:9,21 5:25

civil 7:16,19, 22,24

comment 7:13

competent 7:15

conclusion 7:24

contacted 6:12

controls 6:3

correct 6:15

counsel 4:14 5:8,14,23,25 6:14,16,17 7:9

counsel's 5:11

Court 4:23 6:12

criminal 4:13 5:8 6:17 7:9, 12,25

**D**

deemed 5:14

defendant 4:10, 22 7:18

defense 4:13 5:8,23 6:17 7:9,13

Demetric 4:9, 20

deposition 4:5, 12,18 5:3 6:25 7:5,8

discussions 5:22

District 4:23

Division 4:24

does 6:4

**E**

Emmanuel 4:6, 14 5:4 6:25

even 6:19

Exhibit 7:2,4

controls 6:3

**F**

facts 7:20

Favors 4:9,20

Fifth 5:15,19 6:4,8,21

filed 7:23

**G**

Georgia 4:24 6:2

give 7:15

given 5:8

going 7:13

**H**

here 5:2,3 6:23, 24

hope 5:16

**I**

identification 7:3

implicate 5:15, 19

incrimination 6:10

indicted 5:9

initially 6:16

invoke 6:9,21

involve 5:19

involving 7:20

It's 4:22

**J**

Jones 5:1

Judge 5:1

just 7:14

**L**

law 6:2

lawsuit 4:8

litigation 5:10

**M**

manner 5:17

marked 7:2

matter 5:5 6:19 7:16,19,25

matters 5:9 7:23

may 6:9

Michaels 4:15 7:11,12

Mr 4:5,17 5:7, 12,18 6:1,14, 17,25 7:4,8,12, 15,21

MS 7:11

**N**

name 6:22

named 7:18

non-party 4:19 5:4

Northern 4:23

notice 4:7 7:5



**DISCOVERY LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DEMETRIC R. FAVORS versus CITY OF ATLANTA
EMMANUEL THOMPSON on 09/20/2018

SCHEDULED VIDEOTAPED DEPOSITION OF
Index: noticed..would

noticed 4:13

number 4:25

**O**

obtain 7:21

only 6:7

other 6:21 7:16

our 5:5,6

**P**

p.m. 4:3

part 7:10

particular 4:18
5:5 6:8

parties 4:8

pending 7:17

perhaps 6:14

plaintiff 4:9,11,
21 5:2 6:11,23

plaintiff's 5:11
7:2,4

Plaintiffs 6:23

position 6:2,10

potential 6:9

potentially 6:20

present 4:15

previous 4:16
5:22 7:6

privilege 5:16,
20 6:4,6,8,21

proceed 5:3,17
6:24

proof 7:6

purposes 6:3

pursuant 4:7

**Q**

questions 5:13,
15,18 6:6,9,18,
20

**R**

ready 6:24

record 4:16
5:21 7:10

regarding 5:9
6:19 7:6

relate 5:10

represent 7:22

represented 5:7

request 7:8

rescheduling
7:7

right 6:5,7

**S**

said 7:14

same 7:20

Sandra 4:14
7:11

scheduled 4:6

September 4:3

service 4:17
7:6

should 6:24

some 5:18

STARKS 4:5

7:4

state 6:1

States 4:22

stay 7:23

Steve 5:1

still 5:16

subpoena 4:17
7:7

suggest 7:21

**T**

than 6:22

their 6:1

these 7:22

think 5:23

Thompson 4:6,
14,17 5:4,7,12,
18 6:1,14,17
7:1,15,21

Thompson's
7:8,12

thought 5:24

thursday 4:3

today 5:3,8,13
7:5

two 7:23

**U**

under 6:2

understanding
4:12 5:6,12
6:13,16

United 4:22

until 7:24

**V**

versus 4:21

**W**

whatsoever
6:7,19

where 4:19
5:17

which 4:8 5:19
6:2

who 4:15

will 6:1,14

witness 5:4 6:4

would 5:7,12,
15 6:18



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIC R. FAVORS,

     Plaintiff,

v.

CITY OF ATLANTA,
a municipal corporation of
the State of Georgia,

     Defendant.

CIVIL ACTION
FILE NO. 1:17-cv-03996-SCJ

## THIRD NOTICE TO TAKE VIDEO DEPOSITION

TO:  Emmanuel Thompson
     c/o Sandra Michaels, Esq.
     581 Joseph E. Boone Blvd NE
     Atlanta, GA 30314

YOU ARE HEREBY NOTIFIED that on **Thursday, September 20, 2018 at**

**1:00 pm**, the Plaintiff, by and through his attorneys of record, will proceed to take

the deposition of **EMMANUEL THOMPSON**. The deposition will be taken at the

offices of Sandra Michaels located at 581 Joseph E. Boone Blvd NE, Atlanta, GA

30314. The deposition will be taken for the purpose of discovery and for all other

purposes allowed by the Federal Rules of Civil Procedure. The deposition will be

taken by oral examination before a videographer and an officer duly authorized by

**PLAINTIFF'S
EXHIBIT**



DISCOVERY

law to take depositions.    The deposition will continue from day-to-day until completed.

Respectfully submitted this 18th day of September 2018.

/s/Samuel L. Starks
Shean D. Williams, Esq.
Georgia Bar No. 764139
Samuel L. Starks, Esq.
Georgia Bar No. 676515
Mecca S. Anderson, Esq.
Georgia Bar No. 624622
*Attorneys for Plaintiff*

**THE COCHRAN FIRM - ATLANTA**
100 Peachtree Street, NW
Suite 2600
Atlanta, GA 30303
Tel:  (404)222-9922
Fax:  (404)222-0170
SWilliams@cochranfirmatl.com
SStarks@cochranfirmatl.com
MAnderson@cochranfirmatl.ccom

/s/ Robert Kenner, Jr.
Robert Kenner, Jr.
Georgia Bar No. 415028
*Attorney for Plaintiff*

**Law Offices of Robert Kenner, Jr.**
The Barrister Building
3992 Redan Road
Stone Mountain, GA 30083
Tel: (404)292-9997
Fax: (404)292-9998
Email: robertkennerjrlaw@gmail.com

-2-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**DEMETRIC R. FAVORS,**

      **Plaintiff,**

v.

**CITY OF ATLANTA,**
**a municipal corporation of**
**the State of Georgia,**

      **Defendant.**

**CIVIL ACTION**
**FILE NO. 1:17-cv-03996-SCJ**

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a copy of the foregoing *Third Notice to Take Video Deposition of Emmanuel Thompson* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Rita Cherry, Esq.
Staci J. Miller, Esq.
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520

- 3 -

This 18th day of September 2018.

/s/ Samuel L. Starks
Shean D. Williams, Esq.
Georgia Bar No.: 764139
Samuel L. Starks, Esq.
Georgia Bar No.: 676515
Mecca S. Anderson, Esq.
Georgia Bar No. 624622
*Attorneys for Plaintiff*

**THE COCHRAN FIRM – ATLANTA**
100 Peachtree Street, Suite 2600
Atlanta, Georgia 30303
Tel: 404-222-9922
Fax: 404-222-0170
Email: SWilliams@cochranfirmatl.com
SStarks@cochranfirmatl.com
MAnderson@cochranfirmatl.com

/s/ Robert Kenner, Jr.
Robert Kenner, Jr.
Georgia Bar No. 415028
*Attorney for Plaintiff*

**Law Offices of Robert Kenner, Jr.**
The Barrister Building
3992 Redan Road
Stone Mountain, GA 30083
Tel: (404)292-9997
Fax: (404)292-9998
Email: robertkennerjrlaw@gmail.com

- 4 -