IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIC R. FAVORS,

    Plaintiff,

v.

CITY OF ATLANTA,

    Defendant.

CIVIL ACTION NO.
1:17-CV-3996-SCJ

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery. Doc. No. [64]. Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**. Discovery shall be reopened (for the limited purpose of deposing Officer Emanuel Thompson) for a period of seven (7) days following Officer Thompson's guilty plea to the Fulton County District Attorney's Office.

IT IS SO ORDERED this __8th__ day of January, 2019.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE