IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEMETRIC R. FAVORS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: |
| | § | 1:17-CV-03996-SCJ |
| CITY OF ATLANTA, | § | |
| a municipal corporation of the | § | |
| State of Georgia | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT CITY OF ATLANTA'S RESPONSE TO EMERGENCY MOTIONS TO INTERVENE

**COMES NOW**, Defendant City of Atlanta (the "City") and hereby responds to this Court's Order to Respond to Emergency Motions to Intervene (Doc. 71 and Doc. 72), showing the Court as follows:

1.

The City does not oppose Non-Parties Paradise Entertainment Group, Inc. ("PEG") and M Entertainment & Consultant Service, Inc.'s ("MEC") Emergency Motion to Intervene to Participate in the Deposition of Officer Emanuel A. Thompson (Doc. 71).

2.

Additionally, the City does not oppose Non-Parties Paradise Entertainment Group, Inc. ("PEG") and M Entertainment & Consultant Service, Inc.'s ("MEC") Emergency Motion to Intervene to Participate in the Deposition of Officer Emanuel A. Thompson (Doc. 72).

This 13th day of February, 2019.

                                        */s/ Staci J. Miller*
                                        **STACI J. MILLER**
                                        Associate City Attorney
                                        Georgia Bar No. 601594

City of Atlanta Department of Law
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Phone: 404-546-4083
Email: sjmiller@atlantaga.gov

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DEMETRIC R. FAVORS, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No: 1:17-CV-03996-SCJ |
| CITY OF ATLANTA, a municipal corporation of the State of Georgia | § § § § § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing **DEFENDANT CITY OF ATLANTA'S RESPONSE TO EMERGENCY MOTIONS TO INTERVENE** with the Clerk of Court using the CM/ECF system upon the following counsel of record:

**SAMUEL L. STARKS, ESQ.**
**MECCA S. ANDERSON, ESQ.**
THE COCHRAN FIRM – ATLANTA
100 Peachtree Street, Suite 2600
Atlanta, GA 30303

Respectfully submitted this 13th day of February, 2019.

*/s/ Staci J. Miller*
Staci J. Miller
Associate City Attorney
Georgia Bar No. 601594