

# IN THE MATTER OF

DEMETRIC R. FAVORS vs PARADISE ENTERTAINMENT , ET AL.

## WITNESS

DEMETRIC FAVORS

## DATE

October 31, 2018



```
 1              IN THE SUPERIOR COURT OF DEKALB

 2                     STATE OF GEORGIA

 3

    DEMETRIC R. FAVORS,
 4
          Plaintiff,             CIVIL ACTION FILE
 5
    vs.                          NO.  17A66564
 6
    PARADISE ENTERTAINMENT GROUP,
 7  INC. d/b/a MAGIC CITY;
    M-ENTERTAINMENT PROPERTIES,
 8  LLC, d/b/a MAGIC CITY;
    M-ENTERTAINMENT & CONSULTANT
 9  SERVICE, INC.; MCCALL REALTY,
    LLC; and EMANUEL A. THOMPSON,
10
          Defendants.
11
                    DEPOSITION OF
12             DEMETRIC RODRIQUEZ FAVORS

13                 October 31, 2018
                      9:30 a.m.
14
             100 Peachtree Street, NW
15                  Suite 2600
               Atlanta, GA 30303
16

17

              Pam Hope, RPR-B-1988
18

19

20

21

22

23

24

25
```

Demetric Favors                October 31, 2018                Pages 2..5

```
 1              APPEARANCES OF COUNSEL
 2
    On behalf of the Plaintiff:
 3
       SAM STARKS, ESQ.
 4     The Cochran Firm
       100 West Peachtree Street, NW
 5     Suite 2600
       Atlanta, GA  30303
 6     404.222.9922
       samstarks@gmail.com
 7
 8  On behalf of Paradise Entertainment Group,
    Inc. d/b/a Magic City; M-Entertainment Properties,
 9  LLC, d/b/a Magic City; M-Entertainment & Consultant
    Service, Inc.:
10
       NICHOLAS B. CORSER, ESQ.
11     GARY S. FREED, ESQ.
       Freed Howard
12     101 Marietta Street, NW
       Suite 3600
13     Atlanta, GA  30303
       470.839.9300
14     nick@freedhoward.com
       gary@freedhoward.com
15
16
17
18
19
20
21
22
23
24
25
```

```
 1             INDEX TO EXAMINATION
 2
    WITNESS:  DEMETRIC R. FAVORS
 3
 4  EXAMINATION                              PAGE
 5  By Mr. Corser                              4
 6
 7             INDEX TO EXHIBITS
 8  Defendant's
    Exhibit          Description          Page
 9
    Exhibit 1    Transcript of Mr. Favors    55
10                taken 8/24/18
11  Exhibit 2    Black and white photograph  90
12  Exhibit 3    Black and white photograph  93
13  Exhibit 4    Video on thumb drive       108
14  Exhibit 5    Video on same thumb drive  116
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      Deposition of Demetric Rodriquez Favors
 2              October 31, 2018
 3
 4      MR. CORSER:  Please swear the witness.
 5              DEMETRIC RODRIQUEZ FAVORS,
 6  having been first duly sworn, was deposed and testified
 7  as follows:
 8  CROSS-EXAMINATION
 9  BY MR. CORSER:
10     Q    Would you please state your name for the
11  record.
12     A    Demetric Rodriquez Favors.
13     Q    Okay.  Could you go ahead and spell that for
14  Pam.
15     A    D-E-M-E-T-R-I-C R-O-D-R-I-Q-U-E-Z
16  F-A-V-O-R-S.
17     Q    Thanks.
18          MR. CORSER:  So this will be the deposition
19  of Demetric R. Favors taken pursuant to notice of
20  deposition and agreement of counsel and pursuant to
21  the Civil Practice Act and Georgia law.
22          The deposition is being taken for the
23  purposes of examination, cross-examination,
24  preservation of testimony and for all the purposes
25  authorized by law.
```

```
 1      Sam, would you like to reserve signature?
 2      MR. STARKS:  Yes, we'll reserve signature.
 3  And I'm assuming the standard stipulations:  Reserving
 4  objections except as to the form of the question and
 5  the responsiveness of the answers until time of trial
 6  or first use of the deposition, at least that's what I
 7  would propose.
 8      MR. CORSER:  Yes, sir.  We are in agreement
 9  there.
10      MR. STARKS:  All right.
11  BY MR. CORSER:
12     Q    So Mr. Favors, do you mind if I call you
13  Demetric?
14     A    Yes.
15     Q    All right.  Demetric, I'm Nick Corser.  I've
16  already introduced myself.  This is Gary Freed.  We're
17  attorneys for Magic City.
18          Do you know why you're here today?
19     A    Yes, sir.
20     Q    Can you explain why you think you're here
21  today?
22     A    On account of me getting shot at Magic City.
23     Q    Have you given a deposition before?
24     A    Yes.  I don't know when.  It was like a month
25  or two ago.  It was the last time I was here with
```

Demetric Favors                    October 31, 2018                    Pages 6..9

Page 6

1   Mr. Starks.
2       Q    Have you given another deposition before that
3   or is that the only one?
4       A    I don't know.  I talked to a few people.
5       Q    But was it a formal deposition where you sat
6   down with a court reporter and you answered questions
7   under oath?
8       A    Yes, with Mr. Starks.
9       Q    But that was only the one time?
10      A    Oh, no, no.  When I was in court.  I went to
11  court, I don't know when.  Like I just told
12  Mr. Starks, it's kind of on and off the calendar.  I
13  can't remember the dates.
14      Q    Do you know the approximate year that was?
15      A    It was this year --
16      Q    This year?
17      A    -- when I went to court.
18           THE WITNESS:  Wasn't it, Mr. Starks?
19           MR. STARKS:  Well, you have to answer the
20  questions, but if this helps, only one deposition he's
21  taken pursuant to this incident.  That was the City of
22  Atlanta case.
23           MR. CORSER:  Correct.
24           MR. STARKS:  There is a transcript from where
25  he was interviewed, I think, by Detective Velazquez,

Page 7

1   which I think you guys have.  If not, I can get you a
2   copy of that.
3            So I think what he's talking about are
4   different times he's talked to people about this
5   incident.
6            MR. CORSER:  Right.
7            MR. STARKS:  In any sort of official kind of
8   way.
9            MR. CORSER:  All right.
10           MR. STARKS:  Okay.
11  BY MR. CORSER:
12      Q    Let me ask it a different way.
13           Have you been involved in any other lawsuits
14  except the lawsuit surrounding this incident?
15      A    No.
16      Q    So you've given one other deposition related
17  to this lawsuit?
18      A    Right.
19      Q    And that was a couple of months ago?  Does
20  August sound right?
21      A    I don't know.
22      Q    You don't know?
23      A    No.
24      Q    Was it August 24, 2018?
25      A    If that's what you're looking at, I guess so,

Page 8

1   sir.  Like I said, I talked -- when I went to court, I
2   don't know if that was the deposition.  I know a
3   couple of months ago I talked to some guys under oath
4   with Mr. Starks.  I don't know if that was the
5   deposition that you're talking about.
6       Q    A deposition is --
7       A    I don't keep up with the dates or what's
8   going on with the court dates.  I just come.
9       Q    All right.  So when you spoke to the City
10  Attorney and they asked you questions like this under
11  oath --
12      A    Uh-huh.
13      Q    -- were you truthful?
14      A    Yes.
15      Q    Everything you said was correct?
16      A    Yes.
17      Q    Is there anything that you remembered later
18  after that that you think, oh, maybe I would want to
19  change?
20      A    No.
21      Q    Okay.  So you understand today that you're
22  also under oath, which means you're legally required
23  to answer my questions and answer them honestly;
24  correct?
25      A    Correct.

Page 9

1       Q    And if you don't understand one of my
2   questions, or if I'm being unclear -- and that happens
3   sometimes -- you'll let me know?
4       A    I will.
5       Q    Okay.  So then the court and jury is going to
6   understand that if you don't tell me that you don't
7   understand my question or that I'm being unclear, that
8   you understood the question; right?
9       A    So you're saying if I don't understand I
10  don't understand the question, the jury is going to
11  make it seem like I understood the question?
12      Q    Correct.
13      A    I get it.
14      Q    Do you understand that?
15      A    I understand.
16      Q    All right.
17           Let me finish my question before you respond;
18  okay?
19      A    Yes.
20      Q    And if I cut you off, tell me so I can let
21  you finish your answer; all right?
22      A    All right.
23      Q    So this also isn't a video so Pam is going to
24  have a hard time picking up nods and head shakes and
25  uh-uhs and uh-huhs, so verbal answers are what we

Page 10

1  need.  If I point to Pam, that means I just want you
2  to verbalize your answer.  Got it?
3      A    All right.
4      Q    All right.  So you've done this before so you
5  know what to expect so I'm just going to run down a
6  list of questions that might seem a little silly, but
7  I've got to ask them; okay?
8      A    Okay.
9      Q    All right.  So are you currently under the
10 influence of any drugs or alcohol?
11     A    No, sir.
12     Q    Are you taking any medications that might
13 impair your judgment?
14     A    No, sir.
15     Q    Are you under the influence of anything that
16 could impair your memory?
17     A    No, sir.
18     Q    Is there any reason why you think your
19 deposition should not be taken today?
20     A    No, sir.
21     Q    Did you do anything to prepare for this
22 deposition?
23     A    I read my transcript.
24     Q    From the City of Atlanta's deposition?
25     A    Yes.  Yes, sir.

Page 11

1      Q    Did you do anything else?
2      A    No, sir.
3      Q    I don't want to know what you talked about,
4  but did you speak with your attorney in preparation
5  for this deposition?
6      A    Yes, sir.
7      Q    When was that?
8      A    I would say the last time I was here.  We
9  didn't really prep this time.
10     Q    Okay.  So other than the previous deposition
11 transcript, did you look at anything else to prepare
12 for this deposition?
13     A    No, sir.
14     Q    All right.  All right.
15          Let's do some more easy ones.
16          Demetric, what is your date of birth?
17     A    November 21, 1992.
18     Q    Have you used any other names other than
19 Demetric Rodriguez Favors?
20     A    Yes, sir.  Reeso.
21     Q    Can you spell that?
22     A    R-E-E-S-O.
23     Q    Who calls you that?
24     A    Family and friends, peers.
25     Q    Family, friends and peers.  Who would those

Page 12

1  people be?  Can you name a few people who call you
2  that?
3      A    My little cousin, my mom, family, friends and
4  peers.  The people I grew up with, my high school
5  friends.
6      Q    High school friends?
7      A    Yes.
8      Q    What's your current address?
9      A    2102 Summerwind Drive, Jonesboro, Georgia
10 30236.
11     Q    That's quite a hike.
12          So was that the address you were at at the
13 time of the shooting?
14     A    No, sir.
15     Q    Where were you living at the time of the
16 shooting?
17     A    I can't remember.
18     Q    You don't remember what your address was,
19 what your permanent address was at the time of the
20 shooting?
21     A    No, sir.
22     Q    All right.  We'll come back to that.
23          Who are you living with now?
24     A    My mom.
25     Q    Is it your mom's house that address, that

Page 13

1  current address?
2      A    Yes, sir.
3      Q    Does anyone else live there?
4      A    No, sir.
5      Q    Where did you grow up, what part of town or
6  what city?
7      A    In East Atlanta area.
8      Q    East Atlanta?
9      A    Yes, sir.
10     Q    Any specific address?
11     A    My grandmother's address.  I remember that:
12 47 Montgomery Street, Atlanta, Georgia.
13     Q    How long were you there?
14     A    I grew up in that house.
15     Q    Yeah?
16     A    Yes, sir.
17     Q    Like, from what age to what age, roughly?
18     A    I'll say I moved -- I'll say my mom moved us
19 to her house when I was 13 or 14.  So when I was born
20 all the way up to 13 or 14.
21     Q    And that's still the current address?
22     A    No.  She passed away.
23     Q    Your grandmother did?
24     A    Yes, sir.
25     Q    I'm sorry to hear that.

Page 14

1         But you moved with your mother when you were
2 13 or 14 to the address that your mom lives at now and
3 that you're living at now?
4     A     No, sir.
5     Q     A different house?
6     A     Yes.  We've moved multiple times since then.
7 That's why I can't remember the address.
8     Q     So when the shooting happened were you living
9 in Atlanta or were you living out of town?
10    A     In Atlanta.
11    Q     In Atlanta.  Inside the perimeter?
12    A     I don't remember.
13    Q     Do you remember if it was close to downtown
14 or far away?
15    A     No, we never stayed close to downtown.
16    Q     So, roughly, how far from downtown, how many
17 minute drive?
18    A     I don't know.
19    Q     Was it like a half-hour trek?  Was it ten
20 minutes?
21    A     I don't know.  We always stayed at least 20
22 or 30 minutes from downtown.
23    Q     20 or 30 minutes from downtown?  Sure.
24        Did you have a car back then?
25    A     Yes.

Page 15

1     Q     You did?  What kind of a car?
2     A     Back when?  When I was shot?
3     Q     Yes.
4     A     No, I didn't have a car.
5     Q     You didn't have a car in 2015?
6     A     No.
7     Q     Okay.  Do you have a car now?
8     A     No.
9     Q     So you said that you grew up in East Atlanta?
10    A     Yes, sir.
11    Q     Where did you go to high school?
12    A     I went to multiple high schools.
13    Q     Okay.  Tell me which ones.
14    A     I went to Southside.  I went to South
15 Atlanta.  I went to Newton.  I went to Salem.
16    Q     Okay.
17    A     I went to Crim.  All of those because I was
18 moving.  I went to Rockdale.
19    Q     Do you know in what order for those schools?
20    A     No, sir.
21    Q     So you were averaging more than one high
22 school a year; right?  If you went to six schools.
23    A     No, I wouldn't say that.
24    Q     All right.  Let me ask it a different way.
25 Did you graduate?

Page 16

1     A     Yes, sir.
2     Q     Which school did you graduate from?
3     A     Rockdale.
4     Q     Okay.
5     A     Or Newton.
6     Q     What year did you graduate from?
7        I'm sorry.  Was it Rockdale or Newton?
8     A     It was Newton.  I graduated from Newton.
9     Q     You graduated from Newton?
10    A     Yes.
11    Q     What year was that?
12    A     2011.
13    Q     2011?  Okay.
14        How old were you when you graduated?
15    A     I was 18.  I got kept back in the third
16 grade.
17    Q     Okay.  So how many high schools, total, did
18 you say you attended?
19    A     If you want me to give a direct number I'll
20 say four high schools that I attended.
21    Q     Four high schools.  Okay.
22    A     Yes, sir.
23    Q     All right.  Any college?
24    A     Yes, I went to college.
25    Q     Did you graduate?

Page 17

1     A     No, sir.
2     Q     How long did you attend?
3     A     Not that long.  A month or so.
4     Q     A month or so.
5     A     (The witness nods head affirmatively.)
6     Q     Which school?
7     A     Well, I went to Alabama A&M.
8     Q     Is that the only one?
9     A     Metro College.  That wasn't for that long
10 either.
11    Q     How long, roughly?
12    A     The same amount.
13    Q     Okay.  So A&M for a couple of months and then
14 Metro Atlanta for a couple of months?
15    A     Yeah.  A month or two.
16    Q     A month or two; okay.
17        What did you study?
18    A     Mechanical engineering.
19    Q     That's tough stuff.
20    A     Yes.  I couldn't finish.
21    Q     Yeah, yeah.
22        Did you play any sports in high school?
23    A     Baseball.
24    Q     What position?
25    A     I was pitcher and shortstop.

Page 18

1    Q    Were you good?
2    A    Yes.
3    Q    Awesome.  Anything else?
4    A    No.  I didn't like any other sports.
5    Q    Okay.  What about --
6    A    I liked running.
7    Q    Did you run track?
8    A    No.
9    Q    Cross country or anything like that?
10   A    No.
11   Q    Did you just run for exercise?
12   A    I used to.
13   Q    You used to.
14        Are you involved in any -- this is either in
15   high school or now -- involved in any clubs,
16   extracurricular stuff, community organizations,
17   churches, that kind of thing?
18   A    I don't understand.
19   Q    Thank you for telling me that you don't
20   understand my question.
21        Did you participate in or been a member of a
22   club or a church or volunteered for a community
23   organization or anything like that?
24   A    Yes, sir.
25   Q    Can you tell me about that.

Page 19

1    A    I used to work at this -- it was a summer
2    camp for kids.  I used to work there, but I also
3    volunteered, too.
4    Q    When was that?
5    A    Let's see.  When they had the summer camp --
6    when they had the summer job for teens, I was there.
7    I worked my whole teen years.  I don't remember what
8    year.  I'm not good -- I'm not good with times, sir.
9    Q    The summers of, like, when you were in high
10   school?  Is that right?
11   A    Yes, sir.
12   Q    Okay.
13   A    I was in, like, tenth grade, eleventh grade.
14   Q    Okay.  What camp was that?  What was it
15   called?
16   A    Bessie Brenner.
17   Q    Can you spell that?
18   A    No, sir.
19   Q    You can't.
20   A    No.  It's in Kirkwood.
21   Q    Okay.  Can you repeat it one more time for
22   me?
23   A    Bessie Brenner.
24   Q    Thanks.
25        Do you have a job now?

Page 20

1    A    No, sir.  I work with my mom's fiancé or
2    husband -- soon-to-be husband.  I work with him.
3    Q    So you don't have a job right now?
4    A    No, not as in a clocking-in job, going to
5    work every day.
6    Q    But do you do a job that you are paid for
7    now?
8    A    Yes, sir.
9    Q    Can you tell me what that job is.
10   A    He have a carpet-cleaning business, and he do
11   construction, too, but I don't do the construction.
12   Q    Okay.  So you work for your mom's fiancé's
13   carpet-cleaning business?
14   A    Yes, sir.
15   Q    How many hours on a given week would you say
16   you work for them on an average week?
17   A    I would say on an average week -- I would say
18   30 hours.
19   Q    Thirty hours?
20   A    Yeah.
21   Q    So how many days a week?
22   A    It's really like on-call.  Whenever they have
23   extra loads or whatever.
24   Q    Sure.
25   A    But I would say I work at least two or three

Page 21

1    days a week.
2    Q    Two or three days a week?  What was the job
3    that you had before that?
4    A    I had plenty of jobs.  I worked --
5    Q    Let's go backwards.
6        So what was the most recent one you had
7    before you started working for your mom's fiancé?
8    A    McDonald's.
9    Q    McDonald's?
10   A    I would say McDonald's.
11   Q    What year was that?
12   A    2012.
13   Q    How long did you work there?
14   A    For a year.
15   Q    For a year.  What about before that?
16   A    Before that it was summer camp, Kroger,
17   Walmart.  I had a few jobs.
18   Q    All at the same time?
19   A    No.  I didn't like Walmart because it was
20   overnight stock, so I quit that.
21   Q    Okay.
22   A    Kroger, I was at Kroger for like three or
23   four years.
24   Q    When was that?
25   A    The first time -- I think that was my first

Demetric Favors                October 31, 2018                Pages 22..25

Page 22

1  job.
2      Q    Was that when you were in high school?
3      A    I was 15 or 16.
4      Q    Okay.  So what kind of work do you do now for
5  your mom's fiancé's carpet-cleaning business?
6      A    I help out with whatever he need help with
7  such as cleaning, just whatever.
8      Q    Cleaning carpets?
9      A    Yes.  If they have a big house, they will
10  call me to come.
11      Q    Do you have a cell phone?
12      A    Yeah, but I just left it in the car with some
13  females.
14      Q    Okay.  But it's yours?  You're going to get
15  it back?
16      A    Yes.  I'm supposed to get it FedEx'd down
17  here.
18      Q    Where did you leave it?
19      A    In her car.
20      Q    Whose car?
21      A    Her name is Natalia.
22      Q    Natalia.  And she's FedExing it, so is she
23  out of town?
24      A    Yes, sir.  She stays out of town.
25      Q    Okay.  So you were visiting her out of town?

Page 23

1      A    No.  She was visiting me.
2      Q    And you left your phone in her car?
3      A    Yes, sir.
4      Q    And she's out of town?
5      A    Yes, sir.
6      Q    Is she going to send it back to you?
7      A    Yes, sir.
8      Q    All right.  What's your cell number?
9          MR. STARKS:  I'm going to object to that.
10  Didn't we deal with this in written discovery?
11          MR. CORSER:  I think you did, maybe, for
12  McCall.  I don't think for us.
13          MR. STARKS:  I don't generally -- I don't
14  generally allow it.  I mean, what's the proffer on
15  what makes that relevant?  And assuming I do allow it,
16  will your folks do the same thing?
17          MR. CORSER:  I mean, I think it's relevant
18  because Mr. Favors' previous testimony indicates that
19  he was on his phone for part of the minutes
20  immediately preceding the shooting.
21          THE WITNESS:  I don't have the same phone.
22          MR. STARKS:  Just hold tight.  There's not a
23  question for you yet.  We're just talking.  Give us a
24  second.
25          THE WITNESS:  Mr. Starks, I'm sorry about

Page 24

1  that.
2          MR. STARKS:  So yeah, why don't we do this:
3  Let me give some consideration to whether I think
4  that's relevant, because even if he gives you the
5  number, you're going to need the consent to get the --
6  I don't think they'll give you the records without a
7  non-party request and an authorization.
8          MR. FREED:  Let me interject.
9          MR. STARKS:  Sure.
10          MR. FREED:  On the day of the incident he
11  said, in his prior deposition testimony, that he was
12  with a group of people the entire day.
13          MR. STARKS:  Okay.
14          MR. FREED:  So I have no doubt that a judge
15  would tell us that what he did that day and what his
16  cell phone records reflect are discoverable.  It's not
17  just relevant.  It's what would lead to the discovery
18  of relevant evidence.
19          MR. STARKS:  Okay.
20          MR. FREED:  So I would never, in a case like
21  this, have anybody say that they won't give the phone
22  number.
23          MR. STARKS:  Okay.
24          MR. FREED:  So I think we need to know, what
25  was his phone number, what is his phone number, who

Page 25

1  was his carrier and who is his carrier and we can move
2  on.
3          MR. STARKS:  Sure.
4          MR. FREED:  If we need to get the records by
5  subpoena by the provider, you'll get a copy of the
6  subpoena and you can object.
7          MR. STARKS:  Sure.  This may be your first
8  case where you get an objection on that, but right now
9  I'm just giving you my position, for what it's worth.
10          MR. FREED:  I read the depo last night.
11          MR. STARKS:  I understand.  I guess, what is
12  y'all's position on me making similar requests of your
13  people?
14          MR. FREED:  You can make the requests.
15          MR. STARKS:  Will you be objecting to them
16  giving their cell --
17          MR. FREED:  You have to articulate the basis
18  for why private information of my clients is relevant
19  to your case.
20          So yes, in this situation, it's not a
21  tit-for-tat.  You brought a lawsuit and you're giving
22  reasons in a deposition why you weren't paying
23  attention when you got shot.  You were on the phone.
24  You said all day long you were with other people.
25          MR. STARKS:  Wait a minute.  You're

Demetric Favors                October 31, 2018                Pages 26..29

Page 26

1  testifying now.  Why don't we do this.
2        MR. FREED:  Well, you asked me for relevancy
3  and I'm laying a foundation.
4        MR. STARKS:  Why don't we do this.  First of
5  all, it's not your deposition.  So let's do it this
6  way.  Let's just do it the more formal way; all right?
7        I will let him provide the information,
8  subject to me making a later objection to the scope of
9  the particular request.
10       And going forward, let's have your colleague
11  defend and deal with the deposition so that you and I
12  don't have side conversations and we have three-way
13  arguments.  How about that?
14       MR. FREED:  I understand.
15       MR. STARKS:  Okay.
16       MR. FREED:  We have three defendants and I
17  don't intend to interject myself, but I felt that I
18  needed to on this point.
19       MR. STARKS:  I understand, but you're not
20  defending the deposition.  And you would agree that
21  the person who is taking the deposition is the person
22  who should be discussing issues that relate to the
23  deposition.  Do you agree with that, or do you think
24  you can just jump in at any time you want?
25       MR. FREED:  I'm not defending the deposition.

Page 27

1        MR. STARKS:  You're not taking the
2  deposition.
3        MR. FREED:  If I need to interject, I will --
4        MR. STARKS:  Okay.
5        MR. FREED:  -- and I felt so at this point.
6        MR. STARKS:  Okay.  Well, that's fine.
7  That's fine.
8        MR. FREED:  And I also will let you finish
9  your sentences if you would kindly let me.
10       MR. STARKS:  Okay.  Well, I'm indulging you
11  by even having this conversation with you because
12  you're not taking the deposition.
13       So why don't we just go back on the record
14  and do the deposition.  If there is something to be
15  discussed about the deposition, I will do that with
16  your colleague, who's taking it.  How about that?
17       You can answer.
18       THE COURT REPORTER:  By the way, we were
19  always on the record.
20       MR. STARKS:  That's fine.
21  BY MR. CORSER:
22    Q    What's your current cell phone number?
23       MR. STARKS:  I object to the form but you can
24  answer the question.  You can answer the question.
25       THE WITNESS:  My current phone number?

Page 28

1  (404)268-7413.
2  BY MR. CORSER:
3    Q    And who is your cell phone carrier?
4        MR. STARKS:  I object to that question, and
5  don't think it's relevant because the proffer that I
6  have gotten and the testimony that you have gotten is
7  that it's not the cell phone that he had at the time
8  of this incident.
9        You can answer the question, but just so you
10  know, there will certainly be an objection to his
11  current number if his current number is not the number
12  that he had at the time of the incident.
13       But subject to that, you can answer.
14       MR. CORSER:  Respectfully, we did agree to
15  reserve objections other than to the form and
16  responsiveness.
17       MR. STARKS:  Right.
18       MR. CORSER:  I understand your point so we'll
19  deal with it later.
20       MR. STARKS:  Right.  So I'm objecting to the
21  form, and I'm also saying that I may be asserting a
22  privilege.
23       You can answer.
24  BY MR. CORSER:
25    Q    By carrier I mean is it Verizon, AT&T?

Page 29

1    A    AT&T.  My number now?
2    Q    Yes.  Now, did you have a phone the night of
3  the shooting?
4    A    Yes, sir.
5    Q    What was the number of that cell phone?
6    A    I don't remember.  It was three-and-a-half
7  years ago; sir.  It was 2015.
8    Q    Have you had a bunch of cell phones between
9  now and then, a bunch of different cell phone numbers?
10    A    No.  I just got the phone I had left in the
11  car.
12    Q    Okay.  So --
13    A    After the incident my phone broke.  I don't
14  know what happened to it.  It was thrown out of the
15  car.  I don't know.
16    Q    Are you saying the phone you had with you
17  that night was broken during the shooting?
18    A    Right.
19    Q    And you haven't had a cell phone between --
20    A    I have had a cell phone, but not an iPhone.
21    Q    Okay.  I'm asking -- let me finish my
22  question and then you can answer it.
23       So did you have a cell phone between the
24  night of the shooting and getting your current cell
25  phone?

Demetric Favors                    October 31, 2018                    Pages 30..33

| | | | |
|---|---|---|---|

Page 30

1    A    Yes.
2    Q    Do you know the number for that one?
3    A    No, sir.
4    Q    It was different than your current number?
5    A    Yes, sir.
6    Q    And the cell phone that you had on the night
7    of the shooting was a different number than that
8    number, and a different number than your current
9    number?
10   A    Yes, sir.
11   Q    But you don't know what number it was?
12   A    No, sir.
13   Q    Do you know who your carrier was?
14   A    No, sir.
15   Q    Verizon?  AT&T?
16   A    No, sir.
17   Q    You said it was an iPhone?
18   A    Yes, sir.
19   Q    That you had on the night of the shooting?
20   A    Yes, sir.
21   Q    Do you have any social media accounts?
22   A    Yes, sir.
23   Q    Can you tell me what they are.
24   A    1reegambino_.
25   Q    What kind of an account is that?

Page 31

1    A    It's an Instagram account.
2    Q    Is that your only social media account?
3    A    No, sir.  I have multiple.
4    Q    All Instagram accounts?
5    A    Yes, sir.
6    Q    Do you know what the names of those accounts
7    are?
8    A    I forgot them.  I mean, my girl made one, my
9    sister made the other.  I had another make one.  I
10   don't remember the passwords to them.  I just make
11   another one.
12   BY MR. CORSER:
13   Q    Do you use any or all of them?
14   A    No, just one.  I barely be on it.
15   Q    You just use the one that spelled out for
16   us?
17   A    Yes, sir.
18   Q    Is that the same social media account, that
19   same Instagram account that you had around the time of
20   the shooting?
21   A    Yes, sir.
22   Q    Do you have a Facebook account?
23   A    No, sir.
24   Q    Have you ever?
25   A    I don't know.  My sister probably made me

Page 32

1    one.
2    Q    But you've never used it?
3    A    I never used it.  Just like Twitter.  I never
4    used it.  But I have multiple Twitters.
5    Q    You have multiple Twitter accounts?
6    A    Yes, but I don't remember.
7    Q    You've never used any of them?
8    A    I have but I don't remember the name of them.
9    Q    Were you using a Twitter account --
10   A    No, sir.
11   Q    Were you using a Twitter account around the
12   time of the shooting?
13   A    No, sir.
14   Q    When was the last time you posted on Twitter?
15   A    I don't remember.
16   Q    A year ago?  Less than that?
17   A    I don't remember.
18   Q    Okay.  Have you posted on Twitter in the last
19   week?
20   A    No, sir.
21   Q    Have you posted on Twitter in the last month?
22   A    No, sir.
23   Q    Three months?
24   A    No, sir.
25   Q    Six months?

Page 33

1    A    No, sir.
2    Q    A year?
3    A    No, sir.
4    Q    Two years?
5    A    No, sir.
6    Q    Three years?
7    A    No, sir.
8    Q    So you do know that you haven't posted on
9    Twitter in the last three years?
10   A    Yes, sir.
11        You asked me have I posted on Twitter.  I
12   don't remember when I posted on Twitter.
13   Q    You just said that you haven't posted on
14   Twitter in the last three years.
15   A    Right.
16   Q    Okay.
17   A    But if you were asking me when I posted, I
18   don't remember.
19   Q    That's not what I'm asking.
20        All right.  Have you ever been arrested or
21   charged with any crime?
22   A    Yes, sir.
23   Q    When was that?
24        MR. STARKS:  You can answer.
25        THE WITNESS:  But what if I don't know?

Demetric Favors               October 31, 2018                Pages 34..37

Page 34

1    MR. STARKS:  Say you don't know.  Just answer
2  whatever you know.
3  BY MR. CORSER:
4    Q    Answer honestly.
5    A    I don't know.
6    MR. STARKS:  If you don't know, say you don't
7  know.
8    THE WITNESS:  I don't know.
9  BY MR. CORSER:
10    Q    Was it 2012?
11    MR. STARKS:  You can answer, if you know.
12    THE WITNESS:  I don't know if it was 2012.
13  BY MR. CORSER:
14    Q    But you have been arrested or charged with a
15  crime?
16    A    Yes, sir.
17    Q    Can you tell me what you were charged with?
18    A    Theft by taking -- theft by receiving.
19    Q    Which one or both?
20    A    No.  It was theft by taking, but it was
21  dropped to theft by receiving.
22    Q    Were you charged with credit card theft at
23  the same time?
24    A    Yes, I think I was.
25    Q    Were you charged with robbery at that time?

Page 35

1    A    Yes; that's what it was.  It was robbery, but
2  it was dropped down to theft by receiving.  That's
3  what it was.  That's what it was.
4    To be honest, my memory -- I can't remember
5  dates or the time or things like that.  I'm not good
6  with those, with that kind of thing, remembering dates
7  and going back.
8    It was a tragic moment, like this, me getting
9  shot.  With the police, I can remember vividly what
10  happened with them.
11    Q    Okay.  Can you tell me the circumstances
12  surrounding what happened with this arrest and charge?
13    A    I don't understand.
14    Q    Why were you arrested?
15    A    Why was I arrested for that charge?
16    Q    Yes, sir.
17    A    I was arrested for that charge because my
18  little cousin -- I was in the car.  I was driving.  He
19  had committed a crime but he was in the car with me,
20  so I was charged with the same thing that he was
21  charged with.
22    Q    Okay.  I have a couple of follow-up questions
23  for that.
24    MR. STARKS:  Is that case over?  I'm assuming
25  that case is over.

Page 36

1    THE WITNESS:  It's been over years and years
2  ago.
3    MR. STARKS:  All right.  Okay.
4    THE WITNESS:  He was put on probation for it.
5    MR. STARKS:  Okay.  Go ahead.
6  BY MR. CORSER:
7    Q    You say your little cousin.  What was his
8  name?
9    MR. STARKS:  You can answer.
10    THE WITNESS:  Rashad Hosley.
11  BY MR. CORSER:
12    Q    Can you spell that.
13    A    R-A-S-H-A-D H-O-S-L-E-Y.
14    Q    And he wound up being charged as well?
15    A    Yes, sir.
16    Q    Do you know for what?
17    A    The same charge I was charged with.
18    Q    Robbery?
19    A    Yes, sir.
20    Q    Was his reduced to theft by taking as well?
21    A    I don't know.  I only know about me
22  (indicating).
23    Q    What did he take?
24    A    I don't know.
25    Q    They didn't talk about it when they arrested

Page 37

1  you?
2    A    I don't understand.  Are you asking me what
3  he took as in going to jail, or as in -- can you be
4  specific, please?
5    Q    Yes.  Thank you.
6    So he was arrested for robbery and you were
7  driving the car; correct?
8    A    Correct.
9    Q    What was he accused of stealing?
10    A    A bag.
11    Q    A bag of what?
12    A    I don't know what was in it.
13    Q    Was it an expensive bag?
14    A    No, sir.
15    Q    Did he use a weapon in stealing the bag?
16    A    No, sir.
17    Q    What were the circumstances of him stealing
18  the bag?  Did he snatch it from somebody?
19    A    Yes, sir.
20    Q    On the street?
21    A    Yes, sir.
22    Q    And then jumped in the car that you were
23  driving?
24    A    Yes, sir.
25    Q    Did you know that he was going to steal this

**Page 38**

1  bag?
2     A   No, sir.
3     Q   What did you do when he hopped in the car
4  with this bag?
5     A   I didn't even know he had the bag until we
6  was getting pulled over.
7     Q   So what came about after the arrest?  Did you
8  get sentenced?
9     A   Yes, sir.
10    Q   To what?
11    A   When I was in court the judge told me.  I
12  don't remember the exact sentence, but I did a year or
13  11 months, something like that.
14    Q   Of what?
15    A   (Gesturing.)
16    Q   Eleven months of what?  In jail?
17    A   Yes, sir.
18    Q   You did 11 months in jail?
19    A   Yes, sir.
20    Q   Did you have probation after that?
21    A   Yes, sir.
22    Q   For how long?
23    A   A couple of years.  I don't remember how
24  long.  I don't know the exact length of time I was on
25  probation, but it was for a couple of years.

**Page 39**

1     Q   So you were convicted?
2     A   Yes, sir.
3     Q   Did you plead guilty or not guilty?
4     A   I pled guilty.
5     Q   You pled guilty?
6     A   Uh-huh.
7     Q   Okay.  So you pled guilty to theft by taking?
8     A   Right.
9     Q   You said your probation just ended recently?
10    A   Yes.
11    Q   When did that end?
12    A   (No response.)
13    Q   Take your time.
14    A   I don't know.  I don't know the exact date
15  when it ended.
16    Q   Approximately.  You don't have to give me an
17  exact date, but a month ago or --
18    A   A month ago.
19    Q   -- three months ago?
20    A   Three, a couple.
21    Q   Did you ever violate that probation?
22    A   No, sir.
23    Q   Were you arrested again in 2014?
24    A   Not that I know of.  Not that I can remember.
25    Q   Have you ever been arrested for driving with

**Page 40**

1  a suspended license?
2     A   Yes, sir.
3     Q   Could that have been in 2014?
4     A   I don't remember because my license was
5  suspended, like, twice or three times, literally.
6     Q   Two or three times?
7     A   Yes, sir.
8     Q   Why did it get suspended?
9     A   Speeding one time because my points added up
10  and no seat belt.  Not carrying my license and
11  speeding.  Actually, I just got my license back a
12  couple of months ago.
13    Q   Okay.  Did you serve any time for the arrest
14  for a suspended license?
15    A   No.  I went to jail, but I got bonded out,
16  got out, if that's what you mean by jail time.
17    Q   All right.
18    A   I still went to jail.
19    Q   For how long?
20    A   Not that long.  A day.
21    Q   A day?
22    A   A couple of hours.
23        MR. STARKS:  Can we take just a quick
24  restroom break.
25        MR. CORSER:  Sure.

**Page 41**

1        (Thereupon, a recess was taken from
2  10:15 a.m. until 10:33 a.m.)
3  BY MR. CORSER:
4     Q   All right.  Demetric, I'm going to back up
5  and go back over a few things with you.
6        So the phone that you had in October of 2015,
7  at the time of the shooting, was that an iPhone?
8     A   Yes, sir.
9     Q   Was it in your name?
10    A   No, sir.
11    Q   Whose name was it in?
12    A   It was in one of my ex-girlfriends'.
13    Q   Was it Destiny Long?
14    A   (Witness shakes head negatively.)
15    Q   Is that a no?
16    A   I'm trying to remember.
17    Q   Take your time.
18    A   I don't remember if it was Destiny Long, but
19  Destiny Long was my ex at the time.
20    Q   Destiny Long was your girlfriend at the time
21  of the shooting, or she was your ex-girlfriend at the
22  time of the shooting?
23    A   You know, it's complicated.  It was about
24  where we were ending our relationship, but I would say
25  that was my ex, uh-huh.  That was my ex.

Demetric Favors                October 31, 2018                Pages 42..45

1  Q   So you were kind of on again off again at
2  that point?
3      A   No.  Actually, I was moving on with another
4  girl.
5  Q   You were moving on with another girl?
6      A   Uh-huh.
7  Q   Okay.  What was her name?
8      A   Aquila Arnold.
9  Q   Can you spell that for Pam?
10     A   A-Q-U-I-L-A, Arnold, A-R-N-O-L-D.
11 Q   Thanks.  Okay.
12     So back to Destiny, did she ever pay for a
13 cell phone for you?
14     A   No.
15 Q   No?
16     A   No.
17 Q   Are you sure?
18     A   Are you asking me, has she ever bought me a
19 phone, or has she ever put a phone in her name for me?
20 Q   Both.  Let's start with did Destiny Long ever
21 buy you a phone?
22     A   No, sir.
23 Q   Did Destiny Long ever pay a phone bill for
24 you?
25     A   Yeah, she paid my phone bill before.  She

1  gave me the cash.
2  Q   She paid the phone bill for that iPhone that
3  you had at the time of the shooting in 2015?
4      A   No.
5  Q   So, was that iPhone, the account, was it in
6  your name?
7      A   No, sir.
8  Q   Whose name was it in?
9      A   I can't remember.  I can't remember whose
10 name it was in.
11 Q   But it wasn't in Destiny's name?
12     A   No, that I know of.  Not that I can remember.
13 It wasn't in her name.
14 Q   Was it in Aquila's name?
15     A   No, sir.
16 Q   Was it in a family member's name?
17     A   No, sir.  It was a female that I was dealing
18 with.  I don't remember.
19 Q   A girlfriend?
20     A   No.  Just a female that I was living with.
21 Q   Why would she give you an iPhone in her name?
22     A   What do you mean, why?  What do you mean, why
23 would she do it?
24 Q   Why were you using an iPhone in some woman's
25 name that you don't know that well?

1      A   I never said I didn't know her that well.
2  Q   What was her name?
3      A   I don't remember which female it was that got
4  me the phone in her name.  I don't know which female
5  it was.
6  Q   So --
7      A   I was dealing with multiple females at the
8  time.
9  Q   Sure.  But you know many women that would be
10 willing to give you a cell phone and have an account
11 in their name and let you use it, you know a bunch of
12 people like that?
13     MR. STARKS:  Object to the form.  You can
14 answer, though.
15     THE WITNESS:  Do I know a bunch of people or
16 females that would get a phone in their name for me?
17 Is that what you're asking?
18 BY MR. CORSER:
19 Q   That's the question.
20     A   I know a few.
21 Q   So it is your testimony that there was, in
22 2015, a lady that was paying your cell phone bill and
23 you don't know who she was?
24     A   No, that's not my testimony.  That's not what
25 I'm saying.

1  Q   Please correct me then.
2      A   What I'm saying is, I had a phone in a
3  female's name that I was dealing with, which at the
4  time I was dealing with multiple females.  I don't
5  know which female it was that get the phone for me in
6  her name, but it was a female that I was dealing with.
7  Q   Okay.  How many females could it possibly
8  have been?
9      A   I don't know.  I'm young, no kids.  I'm
10 living.
11 Q   Congrats.
12     A   Thanks.
13 Q   So you're saying it was a female that you
14 were dealing with that was paying for your phone?
15     A   No.
16 Q   You don't know which one it was?
17     A   No, no.  I didn't say she was paying for it.
18 I said she got it in her name for me.
19 Q   She got it in her name for you?
20     A   Right.
21 Q   Did she purchase the phone for you, the
22 iPhone?
23     A   No.  I purchased it.
24 Q   You purchased the iPhone?
25     A   Yes.

thirtyb3

Page 46

1    Q    But she had the account in her name?
2    A    Yes.
3    Q    Okay.  Now, you're saying it was one of the
4  females that you were dealing with, but you can't
5  remember which one?
6    A    No, sir.
7    Q    But it wasn't Destiny Long?
8    A    Not that I remember.
9    Q    And it wasn't Aquila Arnold?
10   A    No.
11   Q    Okay.  So then tell me who it could have
12  been.
13   A    What is your name again, sir?
14        MR. STARKS:  Mr. Favors, you just got to
15  answer his questions.  If you can answer it, answer
16  it.  You don't get to ask him questions in terms of --
17        THE WITNESS:  I need to know his name.  I
18  want to know his name.
19        MR. STARKS:  Why do you need to know his
20  name?
21        THE WITNESS:  Because I want to address him
22  as --
23        MR. STARKS:  Okay.  All right.  I think
24  you're making this harder than it has to be.  I mean,
25  frankly, if you all want us to supplement, if you want

Page 47

1  him to try to determine, at that time, who was the
2  person that he had the phone with, or whose account
3  the phone was listed in, we can supplement that or we
4  can try to keep doing it this way.  I mean...
5        MR. CORSER:  Well, let me tell you what I'm
6  trying to get at.
7        MR. STARKS:  Or if you know, just ask him.
8        MR. CORSER:  What I'm trying to get at is
9  what's the number, what's the carrier so we can go
10  back and see what was going on on this phone on the
11  day of the shooting.
12        MR. STARKS:  Right, right.  I understand
13  that.  Let me try this and see if it helps all of us.
14        I am probably inclined to agree to some phone
15  records as it relates to the time of the incident in
16  question; probably nothing beyond that.
17        It's for that reason and for what's happening
18  here that if you believe you can figure out some way
19  who the person was that you had that phone with, we
20  can supplement with that.
21        MR. CORSER:  Well --
22        MR. STARKS:  Because I'm not sure -- listen
23  to me.  Because I'm not sure this way is going to get
24  us there, but feel free to keep trying.  What I'm
25  offering is a way to try to help you get that

Page 48

1  information.
2        MR. CORSER:  I do hear you.
3        MR. STARKS:  Okay.
4        MR. CORSER:  And I do appreciate that.
5        MR. STARKS:  All right.
6        MR. CORSER:  What I'm concerned about is that
7  it seems that Mr. Favors says there's no way --
8        MR. STARKS:  Well, let's do it --
9        MR. CORSER:  -- to get that information.
10        MR. STARKS:  Listen.  This is not a big deal.
11  Do you think you know what carrier it was?  You don't
12  know what carrier it was?  Okay.  So you don't think
13  if you thought back in time to that period of time --
14  because this is --
15        THE WITNESS:  I don't want to say what
16  carrier because everything I'm saying right now is
17  being --
18        MR. STARKS:  Listen to my question.
19        Again, my sense is that the whole process
20  gets frustrated over -- I think I know what you're
21  trying to get, and if there is some way to get that, I
22  want to give him that information so y'all don't
23  frustrate each other.
24        MR. FREED:  Sam, can I help you?
25        MR. STARKS:  Sure.

Page 49

1        MR. FREED:  Three months ago he testified he
2  had a phone --
3        MR. STARKS:  Okay.
4        MR. FREED:  -- and it was in the name of
5  Destiny Long.
6        MR. STARKS:  Okay.  At the time of the
7  incident.
8        MR. FREED:  Now he doesn't remember and he
9  doesn't even admit that.
10        MR. STARKS:  Right.  But why not do it this
11  way.  Just hold tight.
12        If you have that information, why not tell
13  him that, well you said a few months ago that it was
14  Destiny's, so that we don't make this --
15        MR. FREED:  I just did.
16        MR. STARKS:  Okay.  But I'm saying, it could
17  have alleviated this.  That's fine.  I'm just trying
18  to help.  I could just back up and let this --
19        MR. CORSER:  When I asked if it's Destiny's
20  and he says no, what am I going to do?
21        MR. FREED:  With all due respect, it's his
22  deposition.  He's supposed to tell the truth.  He said
23  he told the truth three months ago, so we're just
24  trying to -- the City Attorney did not drill down on
25  some of these answers.

Demetric Favors                  October 31, 2018                  Pages 50..53

Page 50

1    MR. STARKS:  I understand.  I understand.  I
2 understand.
3        MR. FREED:  We need to know who was the
4 carrier on the date of the incident.
5        MR. STARKS:  I understand, I understand.  But
6 you don't know he's not telling the truth now.  Your
7 recourse ultimately is to confront him with the
8 deposition testimony either now or later.
9        All I'm trying to do is help you get the
10 information.
11       MR. FREED:  And I appreciate that.
12       MR. STARKS:  So previously -- here's what
13 we're saying.
14       MR. FREED:  You're making a good faith effort
15 to resolve this.
16       MR. STARKS:  So we don't end up with --
17       MR. FREED:  The judge saying you have to find
18 it, you know.
19       MR. STARKS:  Well, but the judge can't make
20 him remember a person that he doesn't remember.  I
21 want you to have the information.
22       So here's all we're trying to find out.  What
23 I'm suggesting is this.  You can ask him as many more
24 questions about this as you want.  What I'm asking
25 you, Mr. Favors, is this:  Do you remember, was it

Page 51

1 Destiny or you just don't remember?  Because it seems
2 like --
3        THE WITNESS:  Mr. Starks.
4        MR. STARKS:  Yes?
5        THE WITNESS:  The last time when they asked
6 me, he asked me who I was with.  At the time it was
7 Ms. Destiny Long.  For all I know she could have
8 gotten me the phone.  I don't want to say.
9        MR. STARKS:  That's fine.  Then Mr. Favors,
10 here's my suggestion.  Just answer the question as you
11 understand the question.  I think you're reading too
12 much into what they're asking you.
13       Here's what they are trying to figure out.
14 Can you give them the possible names -- listen to me.
15 They want to get your phone records from the date and
16 time of this incident.
17       So what they're asking you is, can you help
18 us identify who the person might be, or who the
19 carrier was so that they can try to get those records.
20 That's really the question.
21       It seems like the last time, in response to a
22 question like that, you said it might be Destiny.  I
23 understand, as you sit here right now, you don't know
24 that for sure, but we are just trying to figure out
25 who are the possibilities.  Do you see what I mean?

Page 52

1        THE WITNESS:  Yes, sir.
2        MR. STARKS:  Okay.  All right.  So I will let
3 the lawyer --
4        THE WITNESS:  If that would have been the
5 question, I would have said the possibilities.
6        MR. STARKS:  Okay.  You've got to listen --
7 okay.  Let's just go back on.  In about five minutes
8 or so I need to call the judge.
9        Here is what I will proffer to you, but you
10 make the record in whatever way you want.  I would
11 like for you to have that information.  It sounds
12 like -- I mean, even when you get the names of these
13 folks -- so even when you get the names of these
14 folks, I mean, you're probably going to need some --
15 let me try to get records for you; otherwise, we're
16 just going to --
17       MR. FREED:  Let me ask him some questions, if
18 I might.  We have three defendants and two lawyers.
19 Let me just ask some questions.
20 BY MR. FREED:
21     Q    On the day you were shot, you had a cell
22 phone; correct?
23     A    Correct.
24     Q    And do you recall the make of the cell phone?
25     A    It was an Apple iPhone.

Page 53

1     Q    It was an iPhone.  Do you remember what
2 model?
3     A    It was an Apple 6.
4     Q    Okay.  And did you ever pay the bill or did
5 someone else pay the bill for you?
6     A    I paid the bill before.
7     Q    Directly to the carrier or you paid someone
8 else to pay the bill?
9     A    I paid someone else to pay the bill.
10    Q    And do you recall how you paid that person,
11 was it by check, cash, credit card or some other form,
12 Bitcoin?
13    A    Cash.
14    Q    Cash.  And do you remember who that person
15 was who you paid around the time that you were shot?
16    A    No, sir.
17    Q    Now three months ago you said it was Destiny.
18 I can show you the transcript, if you want.
19    A    Okay.
20    Q    I read it last night.
21    A    Right.
22    Q    So does that sound right to you?
23    A    That it was Destiny?
24    Q    Yes.
25    A    I said it was Destiny because that was my

Demetric Favors                 October 31, 2018                 Pages 54..57

Page 54

1  girl at the time.  It might have been her because she
2  was my girl at the time.
3     Q   But you didn't qualify that in the deposition
4  previously.
5     A   Because I wasn't asked the way that y'all are
6  asking me.
7           MR. STARKS:  Why don't we just check to see
8  if it was Destiny.  If you want to explore this --
9           THE WITNESS:  I can call her and --
10          MR. STARKS:  Hold tight.  Hold tight.  Hold
11  tight.
12          MR. FREED:  That was my next question.
13  BY MR. FREED:
14    Q   So you have her telephone number?
15          MR. STARKS:  Hold tight.  I'm fine with you
16  giving him Destiny's telephone number.  Ultimately,
17  we're trying to figure out what carrier had that
18  service so that we can get the phone records for that
19  date and time.
20          MR. FREED:  I'm looking at page 10 and 11,
21  and you unequivocally said the phone was in the name
22  of your ex-girlfriend.
23          MR. STARKS:  I understand.
24          MR. FREED:  And your ex-girlfriend was
25  Destiny Long.

Page 55

1           MR. STARKS:  Let me say this.  You're saying
2  that's what he said -- give him the transcript.
3           (Thereupon, Defendant's Exhibit-1 was
4           marked for the purpose of identification.)
5           MR. FREED:  Here (handing).
6           MR. STARKS:  That would be the proper way to
7  do it.
8           MR. FREED:  Well --
9           MR. STARKS:  But I'm just saying.  You're
10  saying --
11          MR. FREED:  This is not a trial.  I'm not
12  here to refresh his recollection.
13          MR. STARKS:  No, but in all fairness to him,
14  what he said to you is, he doesn't recall being asked
15  that specific question, so show it to him.
16          MR. FREED:  Look at this page (indicating).
17          MR. STARKS:  That's fine.  Which page and
18  line are you referring him to?
19          MR. FREED:  The bottom.
20          MR. STARKS:  Okay.
21          "Question.  Okay.  And your phone has always
22  been in your name?
23          Answer:  No.  That phone was in my ex's name.
24          Question:  Your ex?
25          Yes, ma'am.

Page 56

1  Who was your ex?
2  Destiny.
3  What's Destiny's last name?
4  Long.
5  Say that again.
6  Long.
7  Okay.  Do you remember prior to a month ago,
8  did you have a cell phone?  Do you remember the name?
9  No.
10  Did you have a cell phone in October of 2015?
11  Yes, ma'am.  I had an iPhone."
12  Right?  So it appears from this that --
13          THE WITNESS:  I don't remember what I said.
14          MR. STARKS:  Okay.  I'm just saying, do you
15  understand what they are asking you, what they are
16  asking?
17          THE WITNESS:  Yes, but the way this is and
18  the way that he was asking me several questions in one
19  question, that's not how I can understand what he's
20  saying, Mr. Starks.
21          MR. STARKS:  Okay.  But do you understand
22  that it sounds like what you were saying before, you
23  can correct that now if you think that Destiny Long
24  may be the person whose cell phone you had at the
25  time, it was in her name.  Do you think that's

Page 57

1  possible?
2           THE WITNESS:  Yes.
3           MR. STARKS:  Okay.  Is there anybody other
4  than Destiny Long?
5           THE WITNESS:  One of the girls that I was
6  talking to.  She is one of the girls I was talking to,
7  Mr. Starks.
8           MR. STARKS:  Right.  But they may want to
9  know who those girls are.
10          So all I'm suggesting to you is that the way
11  to avoid having all of these people called is to
12  figure out how we get those records to them.
13          Let's just take a break.  Just chill.  Why
14  don't you call Destiny?  Can you call her and see
15  if -- I'm just saying, it's better for us to figure
16  this out so that we don't go on a search for some cell
17  phone records.  That's all I'm saying.
18          MR. CORSER:  Let's take a break.
19          (Thereupon, a recess was taken from
20          10:52 a.m. until 11:15 a.m.)
21          MR. STARKS:  So during the break Mr. Favors
22  contacted Destiny, and she was on speakerphone, and it
23  is her recollection that the phone they had at the
24  time of this incident was a phone that was in her
25  name.

Demetric Favors                    October 31, 2018                    Pages 58..61

Page 58

1    You can ask him further questions about that.
2    Ultimately, when the request or the subpoena for the
3    records are submitted, at this point I think my
4    position is there is some reasonable period of time
5    surrounding the incident that I think those records
6    are relevant.  I'll just wait and see what scope of
7    the record y'all request.
8         MR. CORSER:  Noted.  Thank you for that.
9    Okay.
10   BY MR. CORSER:
11       Q    So let me ask you a couple of questions to
12   follow up on this.  So you called Destiny during the
13   break?
14       A    Yes, sir.
15       Q    What is Destiny's phone number?
16       A    (678)760-0389.
17       Q    What did you ask her about?
18       A    Was my phone in her name because I couldn't
19   remember.
20       Q    Is that the only thing that you talked about?
21       A    And what maker it was.  It was Verizon.
22       Q    Verizon?  Great.
23            Did she know the number for that cell phone?
24       A    She said she didn't remember.
25       Q    Does she have any phone bills for that cell

Page 59

1    phone?
2         A    No, sir.
3         Q    Did you ask her that?
4         A    She said she don't have anything from that
5    number or phone bills or nothing; she don't have it.
6         Q    But you still talk to Destiny?
7         A    On and off.  She is still my friend.
8         Q    What phone did you use to call her?
9         A    My phone that I just got.
10        Q    So you do have your cell phone with you?
11        A    Another phone that I bought, as my phone, has
12   been taken to Indiana.
13        Q    Okay.  Let me ask you a question about that,
14   then.  I'm going to have you scroll back, Pam.  Can
15   you read back the cell phone number that Mr. Favors
16   gave us first, earlier in this deposition?
17            (Thereupon, the record was read by the
18            court reporter.)
19   BY MR. CORSER:
20        Q    So Demetric, that number that Pam just read
21   to you, is that the number of the phone that you have
22   with you or the phone that was taken to Indiana by one
23   of your friends?
24        A    The phone that was taken to Indiana.
25        Q    Okay.  What is the number of your current

Page 60

1    phone that you have with you?
2         A    The one that I have with me?
3         Q    Let me back up.
4              What phone -- because you said current and
5    then you said with me.
6              What phone did you just call Destiny Long on?
7         A    A Verizon.
8         Q    It's a cell phone?
9         A    Yes.
10        Q    And you have that with you?
11        A    Yes.
12        Q    What is the number of that phone?
13        A    (478)283-3439.
14        Q    And that's a Verizon phone?
15        A    Yes.
16        Q    And the (404)268-7613 number is also a
17   Verizon phone?
18        A    Say the number again.
19        Q    7413?
20        A    7413.
21        Q    That's the phone that went to Indiana?
22        A    Right.
23        Q    And that's also a Verizon phone?
24        A    No.  That's an AT&T phone.
25        Q    That's an AT&T phone.

Page 61

1         A    Yes.
2         Q    Okay.  So now are both of those cell phones
3    in your name?
4         A    No.
5         Q    Whose names are each one in?
6              MR. STARKS:  Object to the form but you can
7    answer.
8    BY MR. CORSER:
9         Q    Whose name is the (404)268-7413 phone in?
10        A    The female that I was living with.
11        Q    What's her name?
12        A    Keara.
13        Q    Last name?
14        A    I don't remember.  I would have to call her
15   and ask her.
16        Q    Do you have her in your phone?
17             MR. STARKS:  We're not going to stop and call
18   her.
19             MR. CORSER:  We're not going to stop and call
20   her.
21             MR. STARKS:  No.  No, we're not.  What's the
22   relevancy of a current cell phone number that he
23   didn't have at the time of the incident?
24             And frankly, for deposition purposes, you can
25   ask this but I'm going to object to any request for

Page 62

```
 1   cell phone information other than what's tailored to
 2   the incident date in question.
 3           MR. CORSER:  All right.  Counsel, I would ask
 4   you to reserve speaking objections.
 5           MR. STARKS:  That's my objection.
 6           MR. CORSER:  I understand.
 7           Second, we are just trying to get to the
 8   bottom of how many phones Mr. Favors has or how many
 9   phones he had.
10           MR. STARKS:  Now or then?
11           MR. CORSER:  It leads to -- I think it's a
12   real question.  He can't remember how many cell phones
13   he has, what account numbers they are, who he pays for
14   what.
15           MR. STARKS:  I object to the form.  If you
16   continue down a line of asking him questions that I
17   think is just totally irrelevant and that have privacy
18   considerations, I'll decide whether to instruct him
19   not to answer.
20           Go right ahead.  Go right ahead.
21           MR. CORSER:  It's understood.
22   BY MR. CORSER:
23       Q    Right now are you using any other cell phones
24   than those two we just discussed?
25       A    No, sir.
```

Page 63

```
 1       Q    At the time of the incident in 2015, were you
 2   using more than one cell phone?
 3       A    No, sir.
 4       Q    So the only phone was that phone that Destiny
 5   says was in her name?
 6       A    That I was using at the time of the shooting?
 7       Q    Yes, sir.
 8       A    I was using the phone that was in Destiny's
 9   name.
10       Q    Where is Destiny living now?
11       A    I don't know.
12       Q    Could you find out?  Not now.
13           MR. STARKS:  Object to the form.  You can
14   answer.
15   BY MR. CORSER:
16       Q    Could you find out?
17       A    Yes, if I ask.
18       Q    Do you know if she's living in Georgia?
19       A    Do I know if?  I don't know.  I think.
20       Q    When was the last time you saw her?
21       A    I don't know.
22       Q    Within the last month?
23       A    Like, two or three.
24       Q    Within the last two or three months you saw
25   her?
```

Page 64

```
 1       A    Yes.
 2       Q    How often do you speak to her?
 3       A    Not often.
 4       Q    When was the last time you spoke to her
 5   before today?
 6           MR. STARKS:  Object to form.  You can answer.
 7           THE WITNESS:  A month-and-a-half ago.
 8   BY MR. CORSER:
 9       Q    On the phone?
10       A    Yes.
11       Q    What did you talk about?
12           MR. STARKS:  Object to the form.
13           THE WITNESS:  She drives Uber.  She came to
14   pick me up.
15   BY MR. CORSER:
16       Q    So you did see her in person then?
17           MR. STARKS:  Object to the form.
18           THE WITNESS:  Yes.
19   BY MR. CORSER:
20       Q    About one-and-a-half months ago?
21           MR. STARKS:  Object to the form.
22           THE WITNESS:  Yes.
23   BY MR. CORSER:
24       Q    What did you talk about?
25           MR. STARKS:  Object to the form.
```

Page 65

```
 1           THE WITNESS:  Nothing.
 2   BY MR. CORSER:
 3       Q    You didn't speak?
 4           MR. STARKS:  Object to the form.
 5           THE WITNESS:  Yes, we spoke.
 6   BY MR. CORSER:
 7       Q    What did you speak about?
 8           MR. STARKS:  Object to the form.
 9           THE WITNESS:  I told her where I had to go.
10   BY MR. CORSER:
11       Q    So you called an Uber?
12           THE WITNESS:  No.
13           MR. STARKS:  Object to the form.
14   BY MR. CORSER:
15       Q    You called her?
16           MR. STARKS:  Object to the form.
17           THE WITNESS:  Yes.
18   BY MR. CORSER:
19       Q    And asked her to drive you somewhere?
20           MR. STARKS:  Object to the form.
21           THE WITNESS:  Yes.
22   BY MR. CORSER:
23       Q    Where did she take you?
24           MR. STARKS:  Object to the form.
25           THE WITNESS:  I don't remember.
```

Demetric Favors                    October 31, 2018                    Pages 66..69

Page 66

1  BY MR. CORSER:
2      Q   You don't remember?
3      A   No.
4      Q   At the time of the incident in October of
5  2015 when you were shot, did you talk to Destiny about
6  what happened?
7      A   Can you be more specific?  About what
8  happened when?
9      Q   About being shot.  About the night that you
10 were shot.
11     A   Did I talk to her about what happened?
12     Q   Yes.
13     A   After I woke out of surgery, yeah, I talked
14 to her about what happened.
15     Q   In person?
16     A   Yes.
17     Q   Did she come and visit you in the hospital?
18     A   Yes.
19     Q   And you told her what had happened?
20     A   I told her that I had got shot by the police.
21     Q   Is that all you talked about?
22     A   Yes.
23     Q   And all you told her was that you had been
24 shot by the police?
25     A   That's the only thing I can remember that I

Page 67

1  told her.
2      Q   Did anybody else visit you while you were in
3  the hospital?
4      A   Yes.
5      Q   Who?
6      A   My mother, my little sister, my uncle, his
7  brother, my two uncles who are brothers, his nephews,
8  and a fleet of females that I know.
9      Q   How many is a fleet?
10     A   I would say seven or eight females came to
11 see me.
12     Q   Okay.  Can you give me your mother's name?
13     A   Satara Jones.
14     Q   Can you spell that?
15     A   S-A-T-A-R-A J-O-N-E-S.
16     Q   And can you give me -- you said your little
17 sister visited you?
18     A   Yes, sir.
19     Q   What's her name?
20     A   Jazmine Jones.  J-A-Z-M-I-N-E.
21     Q   Can you give me the names of the other people
22 that invited you?
23     A   I don't know their personal government name;
24 I don't know.  I can't call them by name.
25     Q   So no one --

Page 68

1      A   My family members, I can give you the names
2  of those people, but the friends, I can't.
3      Q   Go ahead.
4      A   My uncle, Nathan Jones; my other uncle
5  Anthony Jones.  His son, Tony and Nathan.
6      Q   Tony Jones and Nathan Jones?
7      A   Nathan Jones, Jr.
8      Q   You don't know names of any of the seven or
9  so women that invited you?
10         MR. STARKS:  Object to form.
11 BY MR. CORSER:
12     Q   Other than Destiny Long?
13         MR. STARKS:  Object to the form.
14         THE WITNESS:  My other ex came, Aquila
15 Arnold, she came.  My cousin's baby's mother came.
16 Her name is Angel.  She came.
17 BY MR. CORSER:
18     Q   You don't know her last name?
19     A   No.  A couple more females.  I don't know
20 their names.
21     Q   What do you call them?
22     A   Silky, Pookie.  I just have to go back and
23 just remember how many people came.  I don't remember.
24 I just remember those two, but there were plenty more
25 females that came.

Page 69

1      Q   But you don't remember what their names are
2  or what you called them?
3          MR. STARKS:  Object to the form.
4          THE WITNESS:  I just told you what I called
5  them:  Pookie and Silky.
6  BY MR. CORSER:
7      Q   Right.  Those are two of, you said, seven
8  women that visited you?
9      A   Yes.
10         MR. STARKS:  Object to form.
11         THE WITNESS:  I just told you, I don't know
12 the names of the rest of them.
13 BY MR. CORSER:
14     Q   The other five?
15     A   Right.
16         MR. STARKS:  Object to the form.
17 BY MR. CORSER:
18     Q   Do you have the contact information for any
19 or all of those other people?
20     A   No.  If I -- I can probably find it, but I
21 don't have the contact information for them.
22     Q   All the family members that you mentioned,
23 you could give us their contact information, their
24 addresses and phone numbers?
25     A   Their phone numbers.  They can give you their

Page 70

1    addresses when you get in touch with them.
2        Q    But you could give us their phone numbers?
3             MR. STARKS:  Object to the form.
4             THE WITNESS:  To who?
5    BY MR. CORSER:
6        Q    Your mother?
7        A    Yes.
8        Q    Your sister?
9        A    Yes.
10       Q    Your two uncles?
11       A    One uncle.
12       Q    Which one?
13       A    Anthony Jones.
14       Q    And the two nephews you mentioned?
15       A    I would have to get in touch with them.
16       Q    You don't know their phone numbers?
17       A    No.
18       Q    Do you know Aquila's phone number?
19       A    Yes.
20       Q    What's that?
21       A    (706)573-6275.
22       Q    All right.  Let me go back to where you were
23   staying at the time of the shooting in October of
24   2015.
25            Do you remember the address that you were

Page 71

1    living at in October of 2015?
2        A    No.
3        Q    You don't know --
4        A    The last time I think I called my mom, she
5    probably can tell me where we were staying at.
6        Q    You were living with your mom at the time?
7        A    Yes, sir.
8        Q    You were living in Atlanta?
9        A    What do you mean Atlanta?  You mean like
10   Fulton?
11       Q    I mean the city of Atlanta, but if that's
12   easier for you, was it Fulton County?
13       A    (Witness shakes head negatively.)
14       Q    Was it DeKalb County?  Also, I need verbal
15   answers.
16       A    I don't know what county it was, but if you
17   get in touch with my mom, she'll tell you.
18       Q    But you don't know the address that you were
19   living at at the time?
20            MR. STARKS:  Object to form.  That's been
21   asked and answered.  Object to the form.  You just
22   focus on the question.  Object to form.  It's been
23   asked and answered.
24            THE WITNESS:  Do I know what address I was
25   staying at?  I can't remember, sir.

Page 72

1    BY MR. CORSER:
2        Q    And you can't remember what part of town?
3             MR. STARKS:  Object to the form.
4             THE WITNESS:  No, sir.
5    BY MR. CORSER:
6        Q    Do you have problems with your memory?
7             MR. STARKS:  Object to the form.
8             THE WITNESS:  I think I do now.
9    BY MR. CORSER:
10       Q    You think you do now?  Starting when?
11       A    After I was thrown out of the car.
12       Q    Are you talking about the night of the --
13       A    Shooting.
14       Q    October 2015.  You think that has damaged
15   your ability to recall things?
16       A    I probably can't think back as far as I want
17   to.  I don't remember dates as I was just stating at
18   the beginning.  I don't remember dates or months or
19   the time, but if you can -- I can kind of base it off
20   of events that happened around those times.
21       Q    And you also don't know addresses around that
22   time; correct?
23            MR. STARKS:  Object to the form.
24            THE WITNESS:  Addresses to where?
25   BY MR. CORSER:

Page 73

1        Q    Where you were living.
2             MR. STARKS:  Object to the form.
3             THE WITNESS:  No, because like I told you
4    before, I moved multiple times, and my mom can back
5    that up.  We moved multiple times since then.  We are
6    still moving to this day.
7    BY MR. CORSER:
8        Q    Okay.  So you can't tell me any of the
9    addresses that you were at around that time?
10            MR. STARKS:  Object to the form.
11            THE WITNESS:  I remember one address.
12   BY MR. CORSER:
13       Q    Okay.
14       A    We were staying in Lithonia.  After I got
15   shot, that's where I went to, but we were moving.
16       Q    So after you were shot and were released from
17   the hospital --
18       A    Right.
19       Q    -- you went to an address in Lithonia?
20       A    Right.
21       Q    What was that address?
22       A    I think it was 2818 Norfair Loop.  Yeah, it
23   was 2818 Norfair Loop.  I think it was 2818 Norfair
24   Loop.
25       Q    How long were you in the hospital?

Demetric Favors                October 31, 2018                Pages 74..77

1    A    A week and a half.
2    Q    So sometime in that week and a half you
3  changed addresses?
4         MR. STARKS:  Object to the form.
5         THE WITNESS:  We was already changing
6  addresses.
7  BY MR. CORSER:
8    Q    But you weren't staying at the Lithonia
9  address that you just gave me at the time of the
10  shooting?
11    A    I don't remember if we were staying there or
12  if we was -- I mean, from what I'm answering, staying
13  there, we still had the keys to the house, but at the
14  same time, moving on.  You get what I'm saying?  So
15  staying there -- I was staying at multiple addresses.
16    Q    Who else were you staying with?  Let me
17  rephrase the question.
18         Your permanent address that you had the keys
19  to was your mom's address in Lithonia; correct?
20    A    Correct.
21         MR. STARKS:  Object to the form.
22         THE WITNESS:  Correct.
23  BY MR. CORSER:
24    Q    Who else did you stay with at the time?
25         MR. STARKS:  Object to the form.

1         THE WITNESS:  Can you explain what you mean
2  by staying with?  Like paying bills or just staying?
3  Sleeping?
4  BY MR. CORSER:
5    Q    When you woke up in the morning on the night
6  of the shooting -- so you wake up in the morning and
7  get ready to go about your day, and that night was the
8  incident.  I'm talking about that day.
9    A    I didn't wake up at 218 Norfair Loop.
10    Q    Where did you wake up?
11    A    At my uncle's house.
12    Q    At your uncle's house?
13    A    Right.
14    Q    What's that address?
15    A    I don't know.
16    Q    What part of town is it in?
17    A    Atlanta.
18    Q    What part of Atlanta?
19    A    By the west-end area.
20    Q    The west end?
21    A    Uh-huh.
22    Q    You don't know that address?
23         MR. STARKS:  Object to the form.
24         THE WITNESS:  No.
25  BY MR. CORSER:

1    Q    Which uncle was it?
2    A    My Uncle Nathan.
3    Q    Nathan Jones?
4    A    Yes.
5    Q    What's his phone number?
6    A    I don't know.
7    Q    Could you get in touch with him, if you
8  needed to?
9    A    Whenever I get my iPhone back.
10    Q    You said that you attended four different
11  high schools?
12    A    Yes, sir.
13    Q    Did you ever get in trouble in high school?
14    A    Yes, sir.
15    Q    Explain that to me.
16    A    What kind of trouble are you asking me?
17    Q    Did you ever get suspended?
18    A    Yes, sir.
19    Q    For what?
20    A    For -- I got suspended once for a fight.
21    Q    Fighting?
22    A    Uh-huh.
23    Q    When was that?
24    A    I don't know.
25    Q    Freshman year?  Sophomore year?  Junior year?

1  Senior year?
2    A    I haven't been in but two fights out of my
3  whole life.
4    Q    Okay, but you've got to answer my question.
5         MR. CORSER:  I object to the responsiveness
6  of the answer.
7         THE WITNESS:  I don't know.
8  BY MR. CORSER:
9    Q    Were you ever expelled?
10    A    Yes.
11    Q    From what school?
12    A    I was expelled from Southside for fighting,
13  for the fight.
14    Q    So you told me you were suspended for that
15  fight.  Were you suspended and expelled?
16    A    Yes.
17    Q    And you don't know if that was after or
18  during your sophomore year or junior year?
19    A    It was probably in ninth, tenth grade.
20    Q    So did you have any other issues where you
21  were disciplined at any of the high schools, suspended
22  or expelled?
23    A    No.  That's the only one I can think of.
24    Q    So every other time, other than when you got
25  expelled from Southside, you transferred schools

Demetric Favors                October 31, 2018                Pages 78..81

Page 78

1   because you moved; is that correct?
2        A    Right.
3        Q    You said that you had been in a fight twice
4   in your life and that Southside fight was the first
5   one.  What was the second one?
6        A    I don't remember.  The second fight?  I don't
7   know.  I can't even remember.
8        Q    So you've said that you feel you have got
9   memory trouble?
10       A    No.  I just feel certain things I can't
11  remember.  Unless you state an event or something that
12  happened, I can remember, but going to a specific
13  date, who was my teacher in ninth grade, I can't
14  remember.  I can't, you know?
15       Q    If your memory is unclear, do you feel that
16  you can accurately remember the events of October 10,
17  2015?
18            MR. STARKS:  Object to the form.
19            THE WITNESS:  What are you asking me again?
20  BY MR. CORSER:
21       Q    If you have memory problems, are you sure
22  that you can remember exactly what happened on the
23  night of the shooting?
24            MR. STARKS:  Object to the form.
25            THE WITNESS:  Yes, I can remember what

Page 79

1   happened on the night of the shooting.  I have never
2   been shot before.
3   BY MR. CORSER:
4        Q    Do you remember that night vividly?
5            MR. STARKS:  Object to the form.
6            THE WITNESS:  Yes, I do.
7   BY MR. CORSER:
8        Q    Do you remember that day vividly?
9            MR. STARKS:  Object to the form.
10            THE WITNESS:  I remember what we did that
11  day.
12  BY MR. CORSER:
13       Q    Did you drink that day?
14       A    No.
15       Q    Did you smoke any pot?
16       A    Yes.
17       Q    How much?
18       A    I don't know.  I didn't measure how much.
19       Q    Did you smoke pot all day that day?
20       A    All day?  You mean, every hour on the hour?
21       Q    When was the last time you smoked before the
22  shooting occurred?  Did you smoke in Magic City?
23       A    No.
24       Q    Did you smoke in the car on the way to Magic
25  City?

Page 80

1        A    Not that I can remember; no.
2        Q    Did you smoke an hour before that?
3        A    I can say I smoked at the club or the bar
4   before we went to Magic.  I don't know if it was an
5   hour or two or three.  I just know that I was smoking
6   in there.
7        Q    All right.  I'll ask it a slightly different
8   way.
9            So you said that you were at the bar before
10  Magic City where you smoked?
11       A    We were at multiple bars before we ended up
12  at Magic City.
13       Q    Where's the one you just referenced where you
14  smoked?
15       A    I don't know the name of the bar, but I just
16  know we were on Peter Street.  I think we were on
17  Peter Street.
18       Q    You don't know the name of the bar?
19       A    No.
20       Q    All right.  Let's jump forward in time a
21  little bit.
22            Who was in the car with you when the shooting
23  occurred?
24       A    It was me, a guy named Bo, and I'm not sure.
25  I want to say the cameraman was in there because I

Page 81

1   think he was.  I'm not sure.  And the driver.
2        Q    What's the cameraman's name?
3        A    Just the cameraman who was there that night,
4   Stickman.  He was there that night.
5        Q    You don't know his real name?
6        A    No, sir.
7        Q    What was the driver's name?
8        A    I don't know his real name.
9        Q    What do you call him?
10       A    VL.
11       Q    Do you know Bo's full name?
12       A    No, sir.
13       Q    How many people, total, were in the car when
14  the shooting happened?
15       A    I don't remember.
16       Q    Just those four people?
17       A    That I know of.  That I remember.
18       Q    So you don't remember there being anyone else
19  in the car, just those four people?
20       A    As far as I can remember, sir.
21       Q    Would you be surprised if somebody else in
22  the car testified there were more than four people in
23  the car?
24            MR. STARKS:  Object to the form.
25            THE WITNESS:  Would I be surprised?  No, I

Demetric Favors                October 31, 2018                Pages 82..85

Page 82

1  wouldn't.
2  BY MR. CORSER:
3      Q    So you think it's possible that there were
4  more than four people in the car?
5          MR. STARKS:  Object to the form.
6          THE WITNESS:  Like I just said, I don't know
7  exactly how many people was in the car; I don't know.
8  BY MR. CORSER:
9      Q    Didn't you just tell me that you vividly
10 remembered the shooting?
11         MR. STARKS:  Object to the form.
12         THE WITNESS:  At the time of the shooting?
13 The time that I got shot I remember.
14 BY MR. CORSER:
15     Q    You said that you vividly remember the day of
16 the shooting?
17     A    Uh-huh.
18         MR. STARKS:  Object to the form.
19         THE WITNESS:  Let me -- let me tell you this:
20 Like I was just saying, I remember the events of the
21 date of the shooting as in where we were, as in
22 bouncing from club to club.
23         I can't tell you what club I went to, what
24 bar, who I was standing next to, but I can tell you
25 that I bounced from this bar, this bar, this bar and

Page 83

1  ended up in Magic and got shot leaving Magic.
2  BY MR. CORSER:
3      Q    So you don't remember the names of the places
4  that you were at before Magic City; correct?
5          MR. STARKS:  Object to the form.
6          THE WITNESS:  I don't.  It was multiple
7  places.
8  BY MR. CORSER:
9      Q    Can you name any of them?
10         MR. STARKS:  Object to the form.
11         THE WITNESS:  No, sir.
12 BY MR. CORSER:
13     Q    And you don't remember who was in the car
14 with you when the shooting occurred?
15         MR. STARKS:  Object to the form.
16         THE WITNESS:  Just the people that I just
17 named.
18         MR. FREED:  Can I ask a question?
19         MR. STARKS:  Sure.  Although it's not your
20 deposition, but you can.
21         MR. FREED:  Since we reserved objections, why
22 do you continue to object?
23         MR. STARKS:  Right.  Because I'm objecting to
24 the form of the question because it's misleading in
25 some instances.  It's ambiguous in some instances.

Page 84

1  It's asked and answered in some instances.
2          MR. FREED:  All right.  And I'm listening to
3  your objections, and I think you're telegraphing --
4          MR. STARKS:  Well --
5          MR. FREED:  -- and I think we reserved
6  objections.
7          MR. STARKS:  Well, listen --
8          MR. FREED:  Excuse me.
9          MR. STARKS:  You're not the Judge.  Listen,
10 I'm obliging you by even letting you speak, because
11 this is -- I have nothing more.
12         If you want to put something on the record,
13 or have a conversation with me about the deposition,
14 take a break, do it through your colleague.
15         MR. FREED:  I'm a partner in this case and
16 lead counsel.
17         MR. STARKS:  You're not taking the
18 deposition.
19         MR. FREED:  I know but I am asking you now to
20 stop and let me finish the sentence because you are
21 interfering with the deposition that my associate is
22 taking by continuing to object, and continuing to
23 telegraph.
24         So I would ask you nicely now to stop it.  No
25 speaking objections.  No objections as to form, unless

Page 85

1  truly the question is misleading, and let's get this
2  done or we're going to be here until tonight and I
3  prefer to get home to my children.
4          MR. STARKS:  Are you done?
5          MR. FREED:  I'm done, and if it continues, I
6  am going to stop the deposition and ask the judge to
7  read the transcript --
8          MR. STARKS:  Do whatever --
9          MR. FREED:  -- and ask him to tell you to
10 stop because this is classic interference.
11         MR. STARKS:  Do whatever you feel you need to
12 do.
13         Frankly, you're not the one who should even
14 be speaking as it relates to the taking of the
15 deposition because you're not taking the deposition.
16         If you want to supervise your associate, you
17 write notes to him, but as it relates to my objection
18 to the form, they are consistent with the stipulation
19 that was put on the record in the beginning.
20         If your associate wants a basis for my
21 objection, I will give him the basis in the same way
22 that I've given you the basis for the objection.
23         So you instruct your associate to do whatever
24 you feel you and your associate need to do.  I'm going
25 to represent my client in the way that I believe I

Demetric Favors                    October 31, 2018                    Pages 86..89

Page 86

1   should, and in the way that the civil practice act
2   dictates.
3           MR. FREED:  That's where we differ.
4           MR. STARKS:  Well, you and I differ.
5           MR. FREED:  I let you finish and I didn't
6   interrupt you.
7           MR. STARKS:  Okay.
8           MR. FREED:  So how about letting me finish.
9           I think you're deflecting.  I think you're
10  signaling, and I think it's got to stop.  I'm lead
11  counsel on this case.  I've sat by while you've
12  probably made 50 objections as to form so far.
13          For the most part, I think the questions are
14  probative, and I don't buy that your client doesn't
15  remember half of what he's saying.
16          So with due respect Mr. Corser is entitled to
17  a thorough and sifting cross-examination of your
18  client about what happened on the day, his cell phone,
19  his records, who he was with, what he did, how much
20  weed he smoked, how much he drank and all of that.
21          So please stop interfering with the
22  deposition or we're going to go to the court on this.
23          MR. STARKS:  You do whatever you feel you
24  need to do.  Frankly, I think your associate has been
25  asking certain questions over and over again, has been

Page 87

1   asking questions that are not relevant or reasonably
2   calculated to lead to the scope of admissible
3   evidence, and frankly, the extent to which my
4   objections or his questions are appropriate or not,
5   the beauty of it is that we have a transcript.
6           So if you feel like my objections are not
7   appropriate and you, as the lawyer who is not even
8   taking the deposition, would like to cancel it or
9   instruct your associate to cancel it, you do whatever
10  you feel you need to do, but the stipulation that was
11  on the record was objections to the form of the
12  question and the responsiveness of the answers.
13  That's what I'm doing.
14          If your associate ever wants a basis for why
15  I'm objecting to the form, which is not a speaking
16  objection, I'll give him a basis, which would then be
17  a speaking objection.
18          MR. FREED:  Well, relevancy and
19  discoverability have been waived, so please stop.  I'm
20  asking you nicely now.
21          MR. STARKS:  And I'm telling you nicely,
22  you're not the judge.  I'm defending the deposition in
23  a way that I believe I'm entitled to do.  We can
24  proceed or -- again, you're not taking the deposition.
25  Let's keep going.

Page 88

1   BY MR. CORSER:
2       Q   All right.  I have another question for you.
3           You said the person driving the car at the
4   time of the shooting you called VL?
5       A   Yes, sir.
6       Q   How well do you know VL?
7       A   I don't know him.  I know of him.
8       Q   You know of him.
9           How many times have you hung out with him?
10      A   I seen him around.  That was, like, my first
11  time hanging around him.
12          MR. CORSER:  I object to the responsiveness
13  of the answer.
14  BY MR. CORSER:
15      Q   Have you seen him since the shooting?
16      A   I haven't seen him.
17      Q   Did you speak to him at any other time other
18  than the day of the shooting?
19      A   I think I spoke to him.
20      Q   Once, twice, more than that?
21      A   Once when I was in the hospital, and then he
22  called or something like that.
23      Q   So that was after the shooting?
24      A   Yes, after the shooting.
25      Q   Did you hang out with him ever before the

Page 89

1   shooting?
2       A   Hanging out with him; no.  I seen him at
3   video shoots but hanging with him; no.  But if that's
4   what you were saying, hanging with him, or seeing him
5   out or at certain places, different locations.
6       Q   Had you ever spoken to him before the day of
7   the shooting?
8       A   Yeah, casually.
9       Q   Multiple times?
10      A   When I would see him.  Hey, what's going on?
11      Q   How many times did you see him before the
12  shooting?
13      A   I can't count.  I don't know.
14      Q   More than five?
15      A   I don't know.
16      Q   Around five?
17          MR. STARKS:  Object to the form.
18          THE WITNESS:  I don't know.
19  BY MR. CORSER:
20      Q   Less than five?
21          MR. STARKS:  Object to the form.
22          THE WITNESS:  I don't know.
23  BY MR. CORSER:
24      Q   Once?
25          MR. STARKS:  Object to the form.  Asked and

Demetric Favors                October 31, 2018                Pages 90..93

1  answered.
2          THE WITNESS:  I don't know.
3          MR. CORSER:  Object to the responsiveness of
4  the answer.  He's being completely evasive.
5          MR. STARKS:  Okay.  I object to the form, you
6  object to the responsiveness.
7  BY MR. CORSER:
8      Q    Do you know if VL's name Dexter Binns?
9      A    I don't know.
10         MR. CORSER:  We'll mark this as Exhibit 2.
11         (Thereupon, Defendant's Exhibit-2 was
12             marked for the purpose of identification.)
13  BY MR. CORSER:
14     Q    Is this VL?
15         MR. STARKS:  You have to respond to his
16  question.
17         THE WITNESS:  (to Mr. Starks)  Is this the
18  best picture they can get?
19         MR. STARKS:  You've just got to respond to
20  his question.
21         THE WITNESS:  If this is the best picture I
22  can get.  It looks like VL.
23  BY MR. CORSER:
24     Q    Yes, that's him?
25     A    I would like to get a better picture.

1          MR. STARKS:  Object to the form.
2  BY MR. CORSER:
3      Q    It's really a yes-or-no question.  Is that
4  him?
5          MR. STARKS:  Object to the form.
6          THE WITNESS:  I don't know.  I would like to
7  get a better picture.
8  BY MR. CORSER:
9      Q    So you've seen VL around multiple times;
10  correct?
11         MR. STARKS:  Object to the form.
12         THE WITNESS:  I've seen him around a few
13  times.  You asked me how many times.  I don't know.  A
14  video shoot was going on.  I never stared at him.  I'm
15  looking at him like I'm looking at you now.  If I get
16  a better picture I'll be able to tell you if it's him
17  or not.
18         MR. CORSER:  I object to the responsiveness
19  of the question -- the answer.
20  BY MR. CORSER:
21     Q    Would you have any -- let me rephrase the
22  question.
23         Do you have any reason to believe that this
24  guy is not Dexter Binns?
25         MR. STARKS:  Object to the form.

1          THE WITNESS:  Do I have any reason to believe
2  this guy is not him?  Yes, because the picture is
3  black, it's dull, it's blackening out his face.
4  BY MR. CORSER:
5      Q    So you know who Dexter Binns is; correct?
6          MR. STARKS:  Object to the form.
7          THE WITNESS:  You just asked me.
8  BY MR. CORSER:
9      Q    Let me rephrase.
10         So I can represent to you that Dexter Binns
11  testified that he was driving the car when the
12  shooting happened.
13         Do you have any reason to believe that's
14  untrue?
15         MR. STARKS:  Object to the form.
16         THE WITNESS:  That he testified -- that
17  Dexter Binns testified that he was driving?  Are you
18  asking me, do I believe that he testified?
19  BY MR. CORSER:
20     Q    I'm asking you if you have any evidence to
21  suggest that Dexter Binns was not driving the car?
22         MR. STARKS:  Object to the form.
23         THE WITNESS:  I don't know.  I don't even
24  know who you talked to, sir.  I don't know.
25  BY MR. CORSER:

1      Q    Was there a person in the car named Jacque
2  Lewis?
3      A    Not that I can remember.  I told my lawyer we
4  came to the club with several people.
5          MR. CORSER:  Mark this as Exhibit 3.
6          (Thereupon, Defendant's Exhibit-3 was
7             marked for the purpose of identification.)
8  BY MR. CORSER:
9      Q    Was this guy in the car (indicating)?
10     A    I don't remember him being in the car.
11     Q    Do you think he was not in the car?
12     A    Do I think he was not in the car?
13     Q    At the time of the shooting.
14     A    I don't know if he was in the car or not.
15     Q    Was Brandon Knight in the car at the time of
16  the shooting?
17     A    I don't know if he was in the car.  I don't
18  know if he came to the club with us or if he was in
19  the car.
20         MR. CORSER:  Object to the responsiveness of
21  the answer.
22         MR. STARKS:  Object to the form.  Let him
23  respond.  It's your question that's ambiguous, but go
24  ahead and finish responding to what you understood the
25  question to be.

Demetric Favors                    October 31, 2018                    Pages 94..97

Page 94

1     Can you repeat the question?
2          MR. CORSER:  I'll rephrase my question.
3          MR. STARKS:  Let's have the court reporter --
4          MR. CORSER:  I'll rephrase my question.
5     BY MR. CORSER:
6     Q    Was Brandon Knight in the car at the time of
7     the shooting?
8          MR. STARKS:  Object to the form, but you can
9     answer.
10         THE WITNESS:  I do not remember if he was in
11    the car on the night of the shooting.
12         MR. CORSER:  Can I hear the basis of your
13    objection?
14         MR. STARKS:  I think the basis of my
15    objection is that you have asked him the same question
16    three times.
17         THE WITNESS:  Several.
18         MR. STARKS:  That's why I wanted to have the
19    court reporter read back the question that he was
20    responding to initially, and then you didn't want to
21    do that and you asked him the same question again.
22    BY MR. CORSER:
23    Q    Do you know the name Desmona Brown?
24    A    No, sir.
25         MR. FREED:  Let's take a break for a minute.

Page 95

1          MR. STARKS:  Sure.
2          (Thereupon, a recess was taken from
3          12:03 p.m. until 12:10 p.m.)
4     BY MR. CORSER:
5     Q    All right.  Demetric, starting when you woke
6     up at your uncle's house in Lithonia on the day of the
7     shooting --
8     A    I never said my uncle stayed in Lithonia.
9     Q    I'm sorry.
10         Starting from when you woke up at your
11    uncle's house on the day of the shooting, where did
12    you go next from your uncle's house?
13    A    We went to a video shoot.
14    Q    Who is we?
15    A    Me and my friend K. Champ.
16    Q    Can you spell that?
17    A    K. C-H-A-M-P.
18    Q    Do you know his full name?
19    A    I think it's Casey.  I don't know his full
20    name but his first name is Casey, C-A-S-E-Y.
21    Q    Did he call you and say, let's hang out?
22    A    No.  We woke up together.
23    Q    He was staying at your uncle's house as well?
24    A    Uh-huh.
25    Q    And together you decided to go to the video

Page 96

1     shoot?
2     A    Yes.
3     Q    How did you know the video shoot was
4     happening?
5     A    Because -- I don't remember how I knew the
6     video shoot was happening.  Someone called or
7     something; I don't remember, but we ended up at the
8     video shoot.
9     Q    Where was the video shoot?
10    A    At the west end by -- it was, like, a regular
11    video shoot on the train tracks at the west end.
12    Q    Some train tracks on the west end?
13    A    Right.
14    Q    How many people were there?
15    A    It was a few.  I don't remember how many.
16    Q    More than ten?
17    A    I don't remember how many.
18    Q    You don't remember if it was more or less
19    than 20?
20    A    It was less than 20.
21    Q    Less than 20?
22    A    (The witness nods head affirmatively.)
23    Q    More than ten?
24    A    (Witness shakes head negatively.)
25    Q    More than five?

Page 97

1     A    Yes.  Less than 20, more than five.
2     Q    So you and Casey went to the video shoot
3     together?
4     A    Yes.
5     Q    How did you get there?
6     A    I don't remember.  I don't want to say how we
7     got there; I don't know.  I don't remember how we got
8     there, whether someone dropped us off or if it was
9     Lyft; I don't know.
10    Q    How long did you stay there at the video
11    shoot?
12    A    No more than an hour.
13    Q    So was the video shoot for Young Scooter?
14    A    Yes, and I think he had some of his Chicago
15    homeboys with him.
16    Q    Do you know their names?
17    A    No.
18    Q    Did you see anybody that you knew at the
19    video shoot other than Casey?
20    A    No, not that I know of.  I'm trying to
21    remember, you know, but I can't remember.  Not that I
22    know of.
23    Q    So the only people there that you knew were
24    Casey and Young Scooter?
25    A    Yes.

Demetric Favors                October 31, 2018                Pages 98..101

Page 98

1    Q    Where did you go next?
2    A    I don't know where we go from there.
3    Q    You don't know what area you went to?
4    A    No, sir.
5    Q    Did you smoke any pot at the video shoot?
6    A    Yes.
7    Q    How did you leave the video shoot to go to
8  the next place?
9    A    I don't know.  There was, like, three or four
10  cars.  We hopped in one of the cars that was there at
11  the video shoot.
12   Q    So someone gave you a ride to the next
13  location?
14   A    Right.
15   Q    Do you know what car it was?
16   A    No, sir.
17   Q    Do you know who was driving?
18   A    No, sir.
19   Q    Do you know who else was in the car with you?
20   A    Casey.
21   Q    So where does your memory of the day pick
22  back up again?
23   A    It never left me.  What do you mean, where
24  did it pick back up again?
25   Q    So you don't remember the first place that

Page 99

1  you went to after the video shoot; correct?
2    A    Correct.
3    Q    Do you know the place you went after that?
4    A    No, sir.
5    Q    Do you know the place you went after that?
6    A    No, sir.  It was an AC3 weekend performance.
7  All the artists come and perform.  They go from one
8  stop to another to perform, walk-throughs, show their
9  faces, pass out CDs, flyers, whatever.  It's just a
10  whole day full of entertainment.
11        So from the time that I left the video shoot,
12  I don't know where we was floating to.  We probably
13  went to a bar or here or -- I don't know.  We was
14  going somewhere where there was entertainment the
15  whole day.  It was an AC3 weekend.
16   Q    At some point did you wind up at a listening
17  party on Peter Street?
18   A    Yes.
19   Q    Was that the last stop before Music City?
20   A    I think it was.
21   Q    Can you estimate how many stops you made
22  between leaving the video shoot and going to the
23  listening party on Peter Street?
24   A    I can't estimate, but I can probably throw
25  out a number.  I would say we went to a few bars -- I

Page 100

1  don't know.  I can't estimate how many bars we went to
2  before we ended up at Magic City.
3    Q    I'm asking before you went to the listening
4  party on Peter Street.
5    A    Before we went to the listening party how
6  many bars?  I can't think about how many bars we went
7  to.
8    Q    The listening party, was it at a bar or a
9  house or at a club?
10   A    To me a bar and a club is the same thing.
11   Q    Sure.
12   A    So it was at a bar.
13   Q    Do you remember the name?
14   A    No, sir.
15   Q    How long were you there?
16   A    At the stop before we went to Magic?
17   Q    At the listening party that we were just
18  talking about.
19   A    We wasn't there for that long.  Scooter came
20  in and performed and said what he had to say.  We
21  listened to some music for a little bit and then we
22  left.
23   Q    Do you remember how you got to the listening
24  party on Peter Street?
25   A    I was just hopping in cars.  I don't

Page 101

1  remember.
2    Q    You don't remember who drove you?
3    A    No.  The whole day I was -- it was like an
4  entourage.  Like, we floating with the rest of the
5  group who come with Young Scooter.  He had, like,
6  seven or eight cars with him.
7    Q    So who all did you know at the listening
8  party?
9    A    At the listening party? Me, Casey because it
10  was Casey's birthday, Young Scooter.  I would have to
11  think about who else was there for me to just start --
12  I mean, you know, there was eight cars full of people.
13  Some people came late, some people came with us, but
14  they was pulling up, like, back-to-back.
15   Q    Who else do you know that hangs around Young
16  Scooter's entourage?
17   A    I can't think about who hangs with him.  I
18  can think about who I seen him with, if that's hanging
19  with him.  I don't know who hangs with him.  I can't
20  tell you who hangs with him.
21   Q    Was this the first time that you had hung
22  around his entourage, Young Scooter's entourage?
23   A    No.
24   Q    How many times before that day?
25   A    Like I was saying before, at the video shoot

thirtyb3

Demetric Favors          October 31, 2018          Pages 102..105

Page 102

1  after I saw him.
2      Q   Before that day, how many times?
3      A   Yes.
4      Q   So you saw him at previous video shoots?
5      A   Yes.  I saw him.
6      Q   And the same group of people?
7      A   Right.  I mean, you know, it could be most of
8  the people, too, because he's a rapper.  Who wouldn't
9  want to hang around with a rapper?  There are multiple
10 people you might see him with this day and not see him
11 with the next day.  That happens.
12     Q   So how many times before the day of the
13 shooting had you hung around him or his entourage?
14     A   Once or twice.
15     Q   Once or twice.
16         So you recognized some of the people that was
17 in his entourage at the listening party?
18     A   Some of the faces was familiar; uh-huh.
19     Q   Did you know any names?
20     A   No, sir.
21         I can't remember your name and I just asked.
22 I wasn't being funny.  I still want to know.
23     Q   You can call me Nick.
24         So the group that you were with, did they
25 grow throughout day?

Page 103

1      A   Did they grow?
2      Q   Yes.
3      A   Yes, it grew.  Some people left and some
4  people came and tagged on.  Some people went and did
5  their own thing, pulled up at their own bars or
6  whatever they wanted to do for the day.  Some people
7  tagged on.
8      Q   So you said there were between five and
9  fifteen people at the video shoot; right?
10     A   I can't remember how many people, but it
11 wasn't more than 20 and it wasn't less than five.
12     Q   Were there more or less than that number of
13 people in the group at the listening party?
14     A   I don't know.  Like I just said, it was eight
15 cars, seven or eight cars of people.  I didn't count.
16     Q   Can you estimate roughly?
17     A   No.  I was in the club.  I don't know who was
18 actually with the rapper because he knows people I
19 don't know.
20         I don't know who he was with.  I just know
21 there were familiar faces that I seen him with
22 previous.  Other people standing around were probably
23 with him but I didn't know them.
24     Q   How many faces did you recognize at the
25 listening party, roughly?

Page 104

1      A   A few.  Three.
2      Q   Who were those three people?
3      A   I don't know their names.
4      Q   What do you call them?
5      A   At the listening party I think I seen Chaos
6  there.  I seen Chaos.  At the listening party --
7  that's all I can think of right now.  I just know
8  Chaos because when I walked in, he was the first
9  person that gave me something to drink or whatever.
10 Everybody was back there.
11     Q   And then when you left the listening party
12 you went to Magic City?
13     A   Yes.
14     Q   Did that whole big group you went with go at
15 the same time?
16     A   Some people were already up there, but I knew
17 it was like -- if you watch the video -- it was like
18 there was like four cars that pulled in with us, and
19 more than ten people had to have been walking.  I
20 didn't even know who all was following behind us
21 until, you know, you just look back and everybody
22 came.
23     Q   How did you get to Magic City?
24     A   I rode with Young Scooter's driver, VL.
25     Q   VL drove you?  In what car?

Page 105

1      A   I hopped in his white truck.
2      Q   Was that the same car that the shooting
3  happened in?
4      A   Yes.
5      Q   Who else was with you in that car on the way
6  to Magic City?
7      A   I think it was Stickman.  Casey, he didn't
8  go.  He went home, I think.  I can't remember who all
9  got in the car.  I know there was Stickman, that's the
10 cameraman.  I don't know if Brandon rode with us to
11 the club, to Magic, or if he was with us leaving; I
12 don't know.
13     Q   Who is Brandon?
14     A   He was there.  He had pulled up when we was
15 pulling up about to go into Magic.
16     Q   What's his full name?
17     A   I don't know.
18     Q   Is it Brandon Knight?
19     A   Brandon Knight.  Yeah, yeah, that's the name,
20 Brandon Knight.
21     Q   Do you know him pretty well?
22     A   It's like we're not friends anymore.  We
23 were.
24     Q   You were pretty close?
25     A   Yeah.  I don't have problems with him, but we

Demetric Favors                 October 31, 2018                    Pages 106..109

Page 106

1  were pretty close.
2      Q    Why aren't you friends anymore?
3      A    I haven't heard from him.  Haven't talked to
4  him.
5      Q    There was no incident that started it, you
6  just fell out of contact?
7      A    Yeah.
8      Q    So Casey left after the listening party and
9  didn't go with you guys to Magic City?
10     A    As far as I can think of, yes, he left.  He
11 didn't go.
12     Q    So none of the guys that you rode -- let me
13 rephrase.
14          So other than Brandon Knight, did you know
15 any of the guys that you rode with to Magic City well?
16     A    Like I just told you, I don't know if Brandon
17 Knight rode with us, or if he was with us leaving the
18 club.  All I know is he was a familiar face that I
19 seen that was at Magic that night.
20          At the same time, there were so many people
21 there I can't -- you can't...
22     Q    Did you smoke at the listening party?
23     A    Yes.
24     Q    Did you smoke pot multiple times before the
25 listening party?

Page 107

1      A    Yes.
2      Q    How well do you know Stickman?
3      A    I don't know him.
4      Q    You just recognized his face?
5      A    Just recognized his name, really.  Stickman
6  on TV.
7      Q    But you remember he was in the car with you
8  on the way there?
9      A    If I have to say, I think he was in the car.
10     Q    Did anyone you rode with to Magic City have a
11 gun with them?
12     A    Not that I know of.
13     Q    Did you have a gun with you?
14     A    No.
15     Q    Would you be surprised if there was a gun in
16 the car?
17     A    Yes.
18          MR. STARKS:  Object to the form.
19 BY MR. CORSER:
20     Q    Did anyone mention a gun?
21     A    No.
22     Q    Do you own a gun?
23     A    No.
24     Q    Have you ever used a gun?
25          MR. STARKS:  Object to the form.

Page 108

1          THE WITNESS:  Yes.
2          MR. STARKS:  Let's do this.  Here's the
3  problem I have with those questions is that -- and I
4  don't know what the answer is, but you don't want him
5  to incriminate himself in any way or something; right?
6          MR. CORSER:  Well, are you asserting a
7  privilege?
8          MR. STARKS:  No, I'm not asserting a
9  privilege.  I don't think it's an appropriate
10 question, though.
11         MR. CORSER:  I think it's relevant.
12         MR. STARKS:  Okay.  All right.  I object to
13 the form.
14 BY MR. CORSER:
15     Q    All right.  What I'm going to do now is I'm
16 going to show you a video from Magic City inside the
17 club.  We'll mark this video Magic Video Interior as
18 Exhibit 4.
19         (Thereupon, Defendant's Exhibit-4 was
20         marked for the purpose of identification.)
21 BY MR. CORSER:
22     Q    Have you seen the surveillance videos from
23 inside and outside Magic City from the night of the
24 incident?
25     A    Yes, sir.

Page 109

1      Q    Have you watched those before?
2      A    Yes, sir.
3      Q    Okay.
4          MR. STARKS:  Do we have a Zip drive or
5  something that's going to make this part of the
6  record?  How are you going to make what you're showing
7  part of the record?
8          MR. CORSER:  I think what we'll do is, I can
9  put it on a Zip drive if you guys have a Zip drive.  I
10 have it here for presentations purposes.
11         MR. STARKS:  Yeah.  It seems to me unless you
12 can represent that it's the exact same video that was
13 used in the City of Atlanta deposition that I think we
14 gave to y'all, or that's on the record, we need to
15 have a record; otherwise, we won't ever know whether
16 what you're showing him matches up with what's on it.
17         MR. CORSER:  I can represent to you that this
18 is the video that was produced by us to y'all.  It was
19 produced as well to the City --
20         MR. STARKS:  Okay.
21         MR. CORSER:  -- and to the police.
22         MR. STARKS:  Okay.
23         MR. CORSER:  This is that same video of the
24 interior of Magic City from the night of the incident.
25         MR. STARKS:  Okay.  So my understanding is

Demetric Favors                October 31, 2018                Pages 110..113

Page 110

1  that y'all produced two videos, an exterior and an
2  interior?
3          MR. CORSER:  Yes, sir.
4          MR. STARKS:  I think I may have a copy of
5  that.  I will bring in something so we can make that
6  video part of the record because I think I've seen
7  video that doesn't necessarily match, everybody
8  doesn't have the same video.  But in any event, that's
9  the same video y'all produced to us?
10         MR. CORSER:  Yes, sir.
11         MR. STARKS:  We can put it on the record
12 later, but I would like to get that on a Zip drive and
13 make it part of the record.
14         MR. CORSER:  Sure.  Absolutely.  One hundred
15 percent.
16         MR. STARKS:  Okay.
17 BY MR. CORSER:
18     Q    So Demetric, I'm just going to ask you to
19 look at this video.  I'm going to pause it
20 occasionally, and we're going to -- do you mind if I
21 step over here?
22     A    Uh-uh.
23     Q    Tell me what you see.  So first, can you
24 identify yourself on this video?
25     A    Not yet.

Page 111

1          MR. STARKS:  Can you identify, just for the
2  record -- assuming the counter works, one way is to
3  reference the time on the clock counter because,
4  again, we have no record, as it stands, to what you
5  just asked him vis-à-vis what he's, in fact, looking
6  at.
7          MR. CORSER:  Understood.
8  BY MR. CORSER:
9      Q    On the interior video that we have designated
10 as Exhibit 4, the time stamp is 2015/10/10.  The video
11 starts at the time stamp 7:58 and 59 seconds p.m.
12         So at this point can you identify yourself on
13 the video?
14     A    Not yet.
15     Q    Okay.  Tell me as soon as you can pick
16 yourself out here.
17     A    I don't see myself on this screen.
18     Q    Okay.  So it's your testimony that you don't
19 appear in this video?
20     A    I'm in the video.  I don't see myself on the
21 screen.
22         MR. STARKS:  Again, I think we have to put
23 something on the record to reflect what portion of the
24 video he's looked at as it relates to using the clock
25 counter that's on the video itself, because I don't

Page 112

1  think the entire clip played.
2          MR. CORSER:  All right.  That's fair enough.
3  Let's go at this a different way.
4          MR. STARKS:  I mean, one option is to let him
5  look at the whole video and stop it where he first
6  sees himself.
7          THE WITNESS:  I know where I am, but the
8  video don't show it.
9  BY MR. CORSER:
10     Q    Well, I'm going to restart the video at the
11 time stamp I previously gave.  Can you point out where
12 you believe you are at the video.
13     A    I was sitting at the bar.  This guy right
14 here (indicating), if you would there or if the camera
15 would be there probably, this is me sitting at the
16 bar, wherever the end of the bar is.
17     Q    Okay.  So I'm pausing it at 7:59 and 14
18 seconds.
19     A    Uh-huh.  My back is against the wall on the
20 bar.  Not this guy (indicating) --
21     Q    You're not this guy in the black shirt
22 (indicating)?
23     A    No, but I'm next to this guy (indicating).
24     Q    On the far left-hand side of the screen?
25     A    Right.

Page 113

1      Q    Are you this gentleman holding a to-go
2  container --
3      A    No.
4      Q    -- in the bottom left side of the screen?
5      A    No.
6      Q    Okay.  Are you down here (indicating)?
7      A    Yes.
8      Q    Off the screen?
9      A    No.  On the other camera, if you have the
10 other part of the camera, you'll see --
11         MR. STARKS:  Just for the record, it is my
12 understanding that he has not identified himself as
13 being shown in any portion of the video.  He's just
14 identifying the area where he would have been based on
15 the portion of the video you have.
16 BY MR. CORSER:
17     Q    What were you wearing on that evening?
18     A    A black 21 Salute hoodie -- I mean crewneck
19 with black pants with red Jordan Lab Force, L-A-B
20 Force.
21     Q    All right.  At that same time stamp do you
22 know who this gentleman is in the bandanna in the
23 middle of the screen (indicating).
24     A    No, sir.
25     Q    Have you ever spoken to him?

Demetric Favors                October 31, 2018                Pages 114..117

1    A   I don't know who he is.
2    **Q   Do you know who this gentleman in the hat is**
3  **in the middle of the screen (indicating)?**
4    A   No, sir.
5         MR. STARKS:  Just for the record, I guess the
6  extent to which there is a particular scene that he's
7  looking at, I would reference the clock time for that
8  particular image, and I suppose it is what it is.
9         I just object to the form to the extent the
10 record doesn't reflect who you're pointing at when you
11 say, this person with the hat, or this person with the
12 bandanna.  I think there are multiple people wearing
13 hats.
14        MR. CORSER:  All right.  Noted.  All right.
15 BY MR. CORSER:
16   **Q   I'm just going to play this video from**
17 **7:59:14 forward.  You tell me if there is any person**
18 **on this video that you recognize and who they are.**
19        MR. STARKS:  Do you want to pause it?
20        MR. CORSER:  Okay.  Let the record reflect
21 that the plaintiff has paused the video at time stamp
22 8:01:26 p.m.
23        THE WITNESS:  It's not that I recognized him.
24 I just paused it because I wanted to watch the whole
25 video.  But as I watched it, I'm looking -- I'm going

1  back, I'm rewinding.  I mean, you probably can't see
2  him, but I know this guy right here (indicating).
3  BY MR. CORSER:
4    **Q   Describe what he's wearing.**
5    A   I just see him now on a black shirt.  I
6  don't know the color pants or shoes.  I just see he
7  have on a black shirt.
8    **Q   On the far left side of the screen?**
9    A   Yes.  On whichever side you're looking from.
10   **Q   What's his name?**
11   A   I don't know his name but they call him Phat.
12   **Q   Fat?**
13   A   Uh-huh.
14   **Q   F-A-T?**
15   A   P-H-A-T.
16   **Q   P-H-A-T?**
17   A   Uh-uh.  He was the guy who called me and told
18 me that he seen the police shoot me.  That's the guy
19 (indicating).  He called me and told me that he seen
20 the police.  He's also the guy who told me how many
21 times that the police shot.
22        MR. STARKS:  Can you read that counter number
23 in the record?
24        MR. CORSER:  That counter number, this is at
25 7:58 and 59 seconds.

1  BY MR. CORSER:
2    **Q   So do you have Phat's phone number?**
3    A   I can get it.
4    **Q   We would ask that you give that to your**
5  **attorney when you find it.**
6    A   All right.
7         MR. STARKS:  Quick question.  Do we need to
8  take a lunch break or how do you guys want to deal
9  with that?
10        MR. FREED:  Off the record.
11        (Thereupon a discussion was held off the
12        record.)
13        (Thereupon, a recess was taken from
14        12:47 p.m. until 1:04 p.m.)
15        (Thereupon, Defendant's Exhibit-5 was
16        marked for the purpose of identification.)
17 BY MR. CORSER:
18   **Q   All right.  All right.**
19        **So Mr. Favors, that video that you just**
20 **watched, had you seen that video before?**
21   A   Yes.
22   **Q   And you said, you indicated to me that the**
23 **person you recognized, the only person you recognized**
24 **in this video was Phat?**
25   A   (The witness nods head affirmatively.)

1         Yes, sir.
2    **Q   Thank you.**
3         **Did you see Brandon Knight in the video?**
4    A   No, sir.
5    **Q   Did you see Stickman in the video?**
6    A   I don't know if they had got there by that
7  time, you know.  I don't know.  I don't see him, no; I
8  don't see him.
9    **Q   How about VL, do you see him anywhere in the**
10 **video?**
11   A   No, sir.
12   **Q   Okay.  So what I'm going to do now is I'm**
13 **going to play this video, and we're going to start at**
14 **the beginning and the time is 7:58:59, and I want you**
15 **to watch this guy in the middle in the bandanna.**
16        **Do you see him?**
17   A   Yes.
18   **Q   And just describe to me what you see him**
19 **doing.**
20   A   All right.
21        MR. STARKS:  Object to the form.
22        THE WITNESS:  He's bopping his head.
23 BY MR. CORSER:
24   **Q   What's he doing now?**
25   A   He's just -- he just took some money.

Demetric Favors                  October 31, 2018                  Pages 118..121

Page 118

1   MR. CORSER:  All right.  So let the record
2  reflect at 7:59 and 20 seconds the witness has said
3  that this gentleman in the middle of the screen in the
4  bandanna has taken money.
5  BY MR. CORSER:
6      Q    Did he take it from on the stage here
7  (indicating)?
8      MR. STARKS:  Object to the form.
9      THE WITNESS:  Did he take it off the stage?
10  BY MR. CORSER:
11     Q    Where did you see him take it from?
12     A    I seen him grab it off the stage.
13     Q    Have you ever heard of K Digga?
14     A    No, sir.
15     Q    He's supposed to be another rapper.
16     A    I don't know him.
17     Q    All right.  I'm going to continue to let it
18  play from 7:59:22.  Now where does the guy in the
19  bandanna go?  Who is he talking to?
20     A    I don't know.  He's walking and talking to
21  some guy with a white shirt.
22     Q    In the bottom left-hand corner of the screen?
23     A    Yes.
24     Q    Where are you standing at this time in
25  relation to these guys?

Page 119

1      A    I'm standing still with my back against the
2  bar.  If you had another video, I could point me out.
3  I'm waiting on my food, standing with my back against
4  the wall at the food bar.
5      Q    Are you standing near the guy in the white
6  shirt that the gentleman in the bandanna is speaking
7  to?
8      MR. STARKS:  Object to the form.
9      THE WITNESS:  If you had the whole video I
10  could tell you if I was standing next to him or what.
11  I don't know how far apart he was from me where I was
12  standing.
13      If you had the whole video I could say that's
14  me, that's the guy in the white shirt and that's the
15  guy with the bandanna.
16  BY MR. CORSER:
17     Q    Did the guy with the bandanna talk to you at
18  all?
19     A    No.
20     Q    Did he talk to anybody in the group that you
21  were with?
22      MR. STARKS:  Object to the form.
23      THE WITNESS:  I mean, like I told you before,
24  we all came in one group.  So I mean, if you're
25  saying, did he talk to somebody in the group I was

Page 120

1  with, we all came in a group, so I guess he was
2  talking to somebody who came with the group.
3  BY MR. CORSER:
4      Q    You said that you ordered food.  What did you
5  order?
6      A    Steak, rice and broccoli.
7      Q    Is the food good?
8      A    Yes.
9      Q    Have you had it before?
10     A    I had it, like, off somebody else's plate but
11  not mine before.  I don't think I bought a Magic Plate
12  before.
13     Q    What's a Magic Plate?
14     A    Steak, broccoli and yellow rice.  That's what
15  the community called it.  The people on the street
16  called it the community, they called it a Magic
17  Plate.  Even though they sell other things, I think
18  their number one seller is steak, rice and broccoli.
19     Q    And you heard about, I guess, the Magic Plate
20  before?
21     A    Yes.  It's famous in Atlanta.  Everyone knows
22  about the Magic Plate.
23     Q    But you had never had one before?
24     A    I don't think I purchased one.  I ate one
25  before, but I don't remember myself going in Magic and

Page 121

1  purchasing a plate.  That was my first time in Magic.
2      Q    So where did you have the food?
3      A    You can send someone to go get Magic.  They
4  can.  They can go get you a plate.  I mean, it's not
5  like they just sell it in the club there.  They sell
6  them.  You can walk in there and get a plate and walk
7  out.
8      Q    So the day of the shooting was the first and
9  only time that you have been to Magic City?
10     A    Yes, sir.
11     Q    But you knew about Magic City before you
12  went?
13     A    Yes, sir.
14     Q    What did you know about it?
15     A    It's a famous strip club in Atlanta.  It's
16  the number one strip club in Atlanta.
17     Q    And you knew it had good food?
18     A    Yes.
19     Q    Did you know where it was located?
20     A    No, not the exact address.  I knew how to get
21  there.
22     Q    Had you driven by it before?
23     A    Plenty of times.
24     Q    So did you get your food?
25     A    No, I didn't end up getting my food.

Demetric Favors                    October 31, 2018                    Pages 122..125

---

Page 122

1    Q    Did you end up paying for it?
2    A    If I can remember.  I don't know.  I think
3  they make you pay for it before you get it.
4    Q    So why didn't you wait and pick it up?
5    A    Because I didn't have a ride.  I rode with
6  the guys that I rode with.  I didn't know whether we
7  were going to the next location or -- I'm not about to
8  get left.
9    Q    So did everybody decide to leave at the same
10  time?
11       MR. STARKS:  Object to the form.
12       THE WITNESS:  Everybody decided to leave that
13  I know, yeah, the way we left.
14  BY MR. CORSER:
15    Q    So who told you:  Hey, we're leaving?
16    A    I don't remember who told me:  Hey, we was
17  leaving.  I don't even remember if anyone even told me
18  we was leaving.  It was probably like -- and you can
19  see, if you're in the club with somebody, you can see
20  like, hey, everybody about to dip, we about to dip to
21  keep everyone on point.  If you turn your head, you're
22  standing in the club by yourself because speaking over
23  the music, that's not going on.  So you will know when
24  someone is about to leave just by standing there.  If
25  you been to a club before, you'll know.

---

Page 123

1    Q    So were you the first one out the door to
2  leave?
3    A    I think I was the first person out the door
4  to leave.  If you can watch the outside of the video,
5  you can see if I was the first person to leave or not.
6  But I think I was the first person out the door.
7    Q    So since you were the first person to leave,
8  were you the one that made the decision to go at that
9  time?
10    A    No.  How?  I'm not driving.  I'm not the
11  operator of a car.  I don't get to say when I want to
12  leave.
13    Q    So did the driver tell you that he was
14  leaving?
15    A    No.  But if you see him -- if you see
16  everyone saying they leaving, then if you know you
17  rode with someone, you're not going to be the last one
18  out the door either.
19    Q    How long did it take from when you decided to
20  leave to get out the front door of Magic City?
21    A    I don't know.  It didn't take long at all.
22    Q    Less than five minutes?
23       MR. STARKS:  Object to the form.
24       THE WITNESS:  I don't know.  It didn't take
25  long at all.

---

Page 124

1  BY MR. CORSER:
2    Q    So is it your testimony that you noticed
3  everybody getting ready to leave, and then you walked
4  to the front of the group so you were one of the first
5  people out the door?
6    A    I don't know exactly how it went, sir.  All I
7  know is that when everyone was leaving, I was out the
8  door.  I don't remember who said, let's go.  You the
9  last one, you leave last.  I don't know who said,
10  let's go.  I don't know how it was said, let's go, but
11  we left.
12    Q    All right.  Back to the interior video one
13  more time.  Okay.
14       So right here at this portion of the video,
15  time 7:59:48, is this the moment when your group, you
16  and your group, begin to leave the club?
17       I'm going to pause it at 8 minutes and 04
18  seconds.
19    A    What was the question?
20       MR. STARKS:  I guess could you also, in your
21  question, if you're talking about a relevant time
22  frame, just put on the record what that relevant time
23  frame is.  When you just say, is this it?  It's
24  unclear because we don't have the clock counter
25  number.

---

Page 125

1  BY MR. CORSER:
2    Q    I will start the video at 7:59:50.  All
3  right.  Now, was that portion of time that I just
4  showed you, between 7:49 and 50 seconds and 8:00:03,
5  did that show the group you were with starting to head
6  for the exit of the club?
7       MR. STARKS:  Object to the form.
8       THE WITNESS:  Yes.
9  BY MR. CORSER:
10    Q    Okay.  Now I want you to watch that same time
11  stamp.  8:00:03, the guy with the bandanna again;
12  okay?
13    A    Yes.
14    Q    All right.  Tell me what he does at 8:00 and
15  30 seconds.
16       MR. STARKS:  Object to the form.
17       THE WITNESS:  He's talking to some guy.  Now
18  he walks up to the stage.  He just grabbed the money
19  and now he's going out the club.
20  BY MR. CORSER:
21    Q    Let's go to the outside.  All right,
22  Mr. Favors.
23       So I'll represent to you that this is the
24  video of the exterior of the club from the night of
25  the shooting.  I have the video starting at one minute

---

Demetric Favors                    October 31, 2018                    Pages 126..129

Page 126

1  and 20 seconds.  I will point to the gentleman sitting
2  next to the police car.  Do you know who that person
3  is?
4      A   No.
5      Q   Stop me when you see yourself on this video.
6      A   That's me (indicating).
7      Q   Okay.  Pause, please.
8          MR. CORSER:  The plaintiff has stopped the
9  video at one minute and 26 seconds.
10         MR. STARKS:  This is the external video that
11 is D-4 or is the external going to be D-5?
12         MR. CORSER:  It's going to be D-5.
13         MR. STARKS:  Okay.  So the internal portion,
14 the inside of the club is D-4.  The outside of the
15 club video will be D-5; is that right?
16         MR. CORSER:  Correct.
17         MR. STARKS:  Okay.
18 BY MR. CORSER:
19     Q   So this gentleman with the black shirt, black
20 pants and red shoes, is that you?
21     A   Yes, sir.
22     Q   Now I'm going to play it again, starting at
23 1:26.
24         Okay.  Now I'm going to stop the video at
25 1:35.  Who is this gentleman in the white shirt that

Page 127

1  you're walking with (indicating)?
2      A   That's the driver.
3      Q   Is that VL?
4      A   Right.
5      Q   Okay.  And who's this guy on the other side
6  of VL?
7      A   I don't know.
8      Q   Was he headed to the car with you?
9      A   I don't know.
10         MR. STARKS:  Object to the form.
11 BY MR. CORSER:
12     Q   Do you know if he was in the car at the time
13 of the shooting?
14     A   I don't know who he is, sir.
15     Q   Isn't it fair that you could not know who
16 someone is but still know if they were with you at a
17 given time?
18         MR. STARKS:  Object to the form.
19         MR. CORSER:  I'll withdraw that.
20 BY MR. CORSER:
21     Q   Playing the video again.  All right.  Stop
22 the video, the exterior video, at 1:43.
23         Do you recognize this person that was running
24 --
25     A   No, sir.

Page 128

1      Q   -- out of the club?
2      A   No, sir.
3          MR. STARKS:  Object to the form.
4          Can you be more specific, just for the
5  record, and identify who you're talking about.
6  BY MR. CORSER:
7      Q   The man in the black jacket, white pants and
8  red shoes in the middle of the screen.
9      A   Okay.  No, sir.
10     Q   Is that man in the top corner of the video in
11 the black shirt still you?
12     A   At the top?
13         MR. STARKS:  Object to the form.  You guys
14 are pointing at different people.  I mean, you know,
15 well --
16 BY MR. CORSER:
17     Q   We can have you track you through the whole
18 video, if that's easier.
19     A   Yeah, I'll do that.
20         MR. STARKS:  Yeah.  Just whatever.  I just
21 want the record to be clear.
22 BY MR. CORSER:
23     Q   Put your finger on yourself.  We have just
24 restarted the video of the exterior of the club.
25         MR. STARKS:  Right.  Okay.  You understand,

Page 129

1  though, that you saying it and him pointing it out
2  doesn't put it on the record, though.  The record
3  won't reflect who he's pointing out or what you are
4  saying without something more.
5          MR. CORSER:  I'm just trying to understand
6  who he is.
7          MR. STARKS:  Okay.  This is just for your
8  benefit.  Okay.  Subject to that, I object to the
9  form.
10         THE WITNESS:  I'm after him (indicating).  I
11 remember this video.
12 BY MR. CORSER:
13     Q   I'm going to pause that.  The video is at one
14 minute and nine seconds.  Who is this gentleman in the
15 white shirt that you have pointed out?
16     A   I don't know.
17     Q   Okay.
18     A   Excuse me.  That's me (indicating).
19     Q   Okay.
20     A   I just pulled up my pants.  I'm walking out.
21 I'm walking, I'm walking, I'm walking.  I'm passing a
22 police car.  I'm walking, I'm walking, I'm walking.
23     Q   Let me stop you right there.
24         Did you and VL turn back right there towards
25 the camera?

Demetric Favors                    October 31, 2018                    Pages 130..133

Page 130

1        MR. STARKS:  Object to the form.
2        THE WITNESS:  Yes.
3   BY MR. CORSER:
4        Q    What were you looking at?
5        A    I can't tell you what we were looking at
6   then, but I just turned around.  I can't tell you what
7   I was looking at.
8        Q    So this dude running out of the club in the
9   black jacket and white pants at 1:43, did he yell
10  anything to you guys?
11       A    No.  If you can rewind it back, you'll see me
12  turning back before he's even out the club.
13       Q    All right.
14       A    If you can count the minutes that I turned
15  around, and then he walked out the club.
16       Q    So this is still you and VL (indicating)?
17       A    Right.
18       Q    Does VL start running there at 1:50?
19       A    Yes.
20       Q    Do you know why he was running?
21       A    No.
22       Q    Didn't you think it was strange that he
23  started running?
24       A    No.
25       Q    Did you ask him why he started running?

Page 131

1        A    No.
2        Q    Was there anything that could have made him
3   start running?
4        MR. STARKS:  Object to the form.
5        THE WITNESS:  I don't know.
6   BY MR. CORSER:
7        Q    Did you start running?
8        A    I don't remember.  Did you ever see me
9   running?  I don't remember me running.
10       Q    Do you remember getting in the car with VL?
11       A    Yes.
12       Q    And VL was driving?
13       A    Yes.
14       Q    And you were in the front passenger seat?
15       A    Yes.
16       Q    Do you remember, were you the first one in
17  the car?
18       A    I don't know.
19       Q    Do you know if you were the second person in
20  the car?
21       A    I don't know.  I know I hopped in the car.  I
22  don't know what sequence I was hopping into the car.
23       Q    Do you know how many people piled in the car
24  after you?
25       A    No.

Page 132

1        Q    Do you remember how many rows of seats were
2   in the car?
3        A    I know what kind of a truck it was so I know
4   there were three rows in the truck.
5        Q    There were three rows?
6        A    There were two front rows and another row and
7   then another row.
8        Q    So were there people sitting in the row right
9   behind you?
10       A    There was people behind me.  There were
11  people sitting in the seat behind me.
12       Q    How many people in that row right behind you?
13       A    I don't know.
14       Q    Was there anybody in the third row in the
15  very back of the car?
16       A    I don't know.  I don't even know who all was
17  getting in the car.  I don't know.
18       Q    Okay.  So this is the exterior video at 2:24.
19  Are you in this white SUV that's backing up here
20  (indicating) in the top middle of the screen?
21       A    I think I am.
22       Q    I'll let the video play some more.  All
23  right.
24            Can you explain to me what this white SUV is
25  doing?  This is starting at 2:43, the exterior video.

Page 133

1        A    It's stopped behind a car.  Now he's backing
2   up.
3        Q    Did the driver say why he was backing up?
4        A    No.
5        Q    Do you have any idea why he was backing up?
6        A    No.
7        Q    Okay.  Did you see the cop turn his lights on
8   when you were in the car?
9        A    Yes.
10       Q    Did you hear him turn the sirens on?
11       A    No.
12       Q    But you saw the lights?
13       A    Yes.
14       Q    Did you know why he turned the lights on?
15       A    No.
16       Q    Did anybody mention in the car that the cop
17  had turned his lights on?
18       A    No.  You can see if a cop has turned his
19  lights on or not.  It was dark and it has blue lights.
20       Q    Right, but did anyone in the car say, hey,
21  why did that cop turn his lights on or anything like
22  that, mention it?
23       A    No.
24       Q    What were you guys talking about in the car?
25       A    I don't think I was even talking.  I don't

Demetric Favors               October 31, 2018               Pages 134..137

Page 134

1  know what was going on in the car.
2      Q    Did you talk to the driver?
3      A    No.  I thought we was headed to the next
4  location.
5      Q    But nobody in the car was talking about
6  anything?
7          MR. STARKS:  Object to the form.
8          THE WITNESS:  I mean, I don't know if they
9  was talking or not.  I can't remember if they was
10 talking or not, if they was in the car having a
11 conversation between each other.
12 BY MR. CORSER:
13     Q    Did you see any money in the car?
14     A    I mean, I had some money.  I didn't see it
15 but I know people had money.
16     Q    Did you see a gun in the car?
17     A    No, sir.
18     Q    Did you see a dude in a headband jump into
19 the car?
20     A    No, sir.
21     Q    Okay.  I'll restart the video at -- we're now
22 at 3:07.  Can you tell me what the white SUV that
23 you're in is doing?
24     A    It's going around a silver Audi.
25     Q    This is at 3:10.  Did it seem to run over

Page 135

1  these blue cones here (indicating)?
2      A    Yes, yes.
3      Q    Do you know why the driver ran over the
4  cones?
5      A    No.
6      Q    Did you notice at the time that he was
7  running over cones?
8      A    Yeah.  Yeah, I noticed he hit the cones.
9      Q    Did you ask him what he was doing?
10     A    I looked up and then I started back again on
11 my phone.
12     Q    What were you doing on your phone?
13     A    I think I was calling my girl or -- I don't
14 know.  I was doing something on my phone.  I think I
15 was calling my girl.  I was on the phone with her.  I
16 don't know.  I was on my phone doing something.
17     Q    Talking on the phone or texting?
18     A    When I hopped in the car -- I know I sent a
19 text when I hopped in the car.  I don't know if I was
20 calling her or if I was texting her.
21     Q    Who did you send that text to?
22     A    I don't know.  That was three or four years
23 ago.  I don't know.
24     Q    You know that you sent a text?
25     A    I don't know if I was texting or calling.

Page 136

1          MR. CORSER:  Pam, could you read back -- I
2  believe the witness indicated that he knew he sent a
3  text before he hopped in the car.  Can you read that
4  portion of the transcript?
5          THE WITNESS:  I just said while I was in the
6  car, not before I hopped in the car.
7  BY MR. CORSER:
8      Q    Did you send a text message before you jumped
9  in the car?
10         MR. STARKS:  Object to the form.
11 BY MR. CORSER:
12     Q    In the 20 seconds before you hopped in the
13 car?
14     A    (No response.)
15     Q    This isn't a trick question.  I'm just trying
16 to find out if you sent a text message in the moment
17 before you got in the car.
18     A    I don't know.
19     Q    So I believe you said once you got in the car
20 you didn't know if you were texting or calling, but
21 you were on the phone talking to a girlfriend?
22         MR. STARKS:  Object to the form.
23         THE WITNESS:  I wasn't talking or texting.  I
24 don't know if I was talking or texting.  Whoever I was
25 calling or texting to, I don't know.

Page 137

1  BY MR. CORSER:
2      Q    So you don't know what you were doing on your
3  phone when you were in the car then?
4          MR. STARKS:  Object to the form.
5          THE WITNESS:  I don't remember.
6  BY MR. CORSER:
7      Q    Okay.  Let me show you the video at exterior
8  3:10.
9          Did you see this person in black approach the
10 car (indicating)?
11     A    Yes, I seen him.
12     Q    At the time that you were in the car?
13     A    Yes.
14     Q    Do you know who he is?
15     A    No.
16     Q    Do you have any evidence that he works for
17 Magic City?
18         MR. STARKS:  Object to the form.
19         THE WITNESS:  Now I do.
20 BY MR. CORSER:
21     Q    Can you explain that?
22     A    This is my evidence.
23     Q    Let me reask the question.
24         Do you know whether he is an employee of
25 Magic City?

thirtyb3

Demetric Favors                October 31, 2018                Pages 138..141

Page 138

1    A    Now I do.
2    Q    So if I told you that he was the employee of
3  a different company, a security company --
4    A    Then I would have been wrong because now that
5  I'm looking at it, I'm seeing that he had to have
6  worked for somebody.  You're asking me if he worked
7  for Magic City.  Now I know he worked for Magic City.
8    Q    Do you know if he was working for Paradise
9  Entertainment Group?
10   A    What is that?
11       MR. STARKS:  Object to the form.
12  BY MR. CORSER:
13   Q    That's one of the companies that you are
14  suing.
15   A    Did I know that he worked for them?
16   Q    That's the question; yes.
17   A    No.
18   Q    Do you know if he works for M Entertainment
19  Properties?
20   A    No.
21   Q    Do you know if he works for M Entertainment
22  and Consulting Service?
23   A    No.
24   Q    Okay.  So when you were sitting in the car
25  and this guy in black ran up, does he put his hand on

Page 139

1  the front of the car?
2    A    (No response.)
3    Q    I need a verbal answer.
4    A    What was the question again?
5    Q    Did you see the gentleman in black put his
6  hand on the front of the car?
7    A    Yes.
8    Q    Did he say anything to anyone inside the car?
9    A    I don't know what he was saying.  He was
10  saying something.  I don't know what he was saying.  I
11  wasn't paying attention.
12   Q    You didn't hear him say, stop?
13   A    I don't know what he said.
14   Q    What did you think was going on with this
15  dude putting his hand on the car right next to the
16  passenger window?
17   A    What did I think was going on?
18   Q    Yes.
19   A    I don't know what I thought was going on.
20  The only thing I know is he was going out the wrong
21  way.
22   Q    So you noticed that the driver drove over the
23  cones; correct?
24   A    Correct.
25   Q    And you noticed that this guy in black came

Page 140

1  up and put his hand on the car; correct?
2    A    Correct.
3    Q    Do you know why the driver didn't stop?
4    A    No.
5    Q    Did you say anything about this guy
6  approaching your window?
7    A    It's not my window.  I don't know.  I didn't
8  say anything.  It's not my car.  I'm not the driver.
9    Q    Well, let's back up there for a second.
10       You were in the front passenger seat;
11  correct?
12   A    Correct.
13   Q    This gentleman in black approaches the front
14  passenger window?
15   A    Yes.
16   Q    And you noticed him there?
17   A    I noticed him.  I didn't pay him no
18  attention.
19   Q    Why didn't you pay him any attention?
20   A    He wasn't talking to me.
21   Q    If you don't know what he said, how do you
22  know he wasn't talking to you?
23   A    Because I'm not the driver.  What are you
24  going to say to me?  I don't owe the club nothing.  We
25  already out the club.  I mean, what are you going to

Page 141

1  say?
2    Q    So you didn't hear him say anything --
3    A    That I owe on my food?  That I didn't get my
4  food?
5    Q    So you didn't hear him say anything to the
6  driver?
7    A    No.
8    Q    And you didn't ask the driver anything about
9  this dude standing outside of the passenger window?
10   A    No, because if you can play the video from
11  him walking up to the car, five or six seconds later,
12  I was shot.
13   Q    That wasn't an answer to my question.
14       MR. STARKS:  Object to the form.  I think --
15  object to the form.
16  BY MR. CORSER:
17   Q    So now tell me what you see.  I'm going to
18  start the video at 3:12.
19   A    Can I see how many seconds it was from him
20  tapping on the car to me pulling out of Magic?
21   Q    That's not what we're asking.
22       Just tell me what you saw happen there from
23  3:13 to 3:20.
24       MR. STARKS:  Object to the form.
25       THE WITNESS:  Can you play the video?

Demetric Favors                October 31, 2018                Pages 142..145

Page 142

1  BY MR. CORSER:
2      Q    I'll start it again at 3:13.
3           Tell me what you see in regards to your car
4  and to the police officer.
5           MR. STARKS:  Object to the form.
6           THE WITNESS:  As he was pulling out, the
7  police pulled his gun out and he's shooting.
8  BY MR. CORSER:
9      Q    Okay.  That was 3:13 to 3:23 on the exterior
10 video.
11          Do you think the police officer that shot you
12 was working for Magic City?
13          MR. STARKS:  Object to the form.
14          THE WITNESS:  Do I think?  I don't know who
15 he was working for.
16 BY MR. CORSER:
17     Q    Do you know whether he was on duty?
18     A    I don't know.
19          MR. STARKS:  Object to the form.
20 BY MR. CORSER:
21     Q    Is there any reason for you -- any reason
22 that you believe he would be working for Magic City?
23          MR. STARKS:  Object to the form.
24          THE WITNESS:  I don't know.
25 BY MR. CORSER:

Page 143

1      Q    Do you think the officer was wrong for
2  shooting your car?
3      A    Yes, I do.
4      Q    Do you think he deserved to be fired?
5      A    Yes.
6      Q    Do you think he committed a crime?
7      A    Yes.
8      Q    Do you think he should be punished
9  criminally?
10     A    Yes.  I think there should be justice and
11 whatever justice is, I deserve it.
12     Q    Do you think anyone at Magic City told the
13 police officer to shoot at your car?
14          MR. STARKS:  Object to the form.
15          THE WITNESS:  I don't know.
16 BY MR. CORSER:
17     Q    Do you think anyone at Magic City told the
18 police officer to arrest you?
19          MR. STARKS:  Object to the form.
20          THE WITNESS:  I wasn't arrested.
21 BY MR. CORSER:
22     Q    So, no?
23          MR. STARKS:  Object to the form.
24          THE WITNESS:  I don't know.
25          MR. CORSER:  Can you read back the question.

Page 144

1           (Thereupon, the record was read by the
2           court reporter.)
3           THE WITNESS:  I don't know.
4  BY MR. CORSER:
5      Q    Why do you think the police officer shot in
6  your car?
7           MR. STARKS:  Object to the form.
8           THE WITNESS:  My thoughts, I just think he
9  was just happy, a happy gun cop.  My thoughts.  That's
10 what I think.
11          I think he was supposed to have more time to
12 figure out what was going on before he just pulled out
13 his gun to shoot.  That's what I think.
14 BY MR. CORSER:
15     Q    He was trigger happy?
16     A    Yes, sir.
17     Q    So you think he decided to shoot at you guys
18 in a split second?
19          MR. STARKS:  Object to the form.
20          THE WITNESS:  Are you asking me is that what
21 I think?
22 BY MR. CORSER:
23     Q    Is that what you think?
24          MR. STARKS:  Object to the form.
25          THE WITNESS:  I don't know.  I don't know

Page 145

1  what occurred in his mind at the time.
2  BY MR. CORSER:
3      Q    But you think he made the decision to shoot
4  at you guys himself?
5           MR. STARKS:  Object to the form.
6           THE WITNESS:  Whatever decision he made.  I
7  don't know what was his decision.  I don't know if it
8  was to scare us, to shoot us, to kill.  In my mind, he
9  wanted to kill.
10 BY MR. CORSER:
11     Q    You think he was intentionally trying to kill
12 someone in the car?
13     A    Yes.
14     Q    So what happened after the car left the
15 parking lot?
16     A    We ended up down the street and we wrecked,
17 and I ended up -- I was thrown out of the car.  I
18 crawled out of the street.  I pulled myself up the
19 wall.  I flagged the officer down.  He came.  He threw
20 me on the ground and cuffed me.  He told me that I was
21 going to jail for robbery.
22     Q    The same officer that shot you?
23     A    I don't know.  To this day I only seen the
24 officer one time who shot me.
25     Q    You say the car got in a wreck.  The SUV you

Demetric Favors            October 31, 2018            Pages 146..149

Page 146

1  were in?
2      A   Yes.
3      Q   What did it run into?
4      A   It ran into the back of an Impala Malibu.  I
5  don't know what kind of a car it was, but we ran into
6  the back of a car.
7      Q   Was it a silver sedan?
8      A   Yes, it was silver.  I don't know.
9      Q   Was it Young Scooter's car?
10     A   Yes.  I don't know what color it was or what
11  name, I just know we wrecked.
12     Q   But you know it was Young Scooter's car?
13     A   Yes.
14     Q   You said when you hit Young Scooter's car
15  that you fell out of the front door?
16         MR. STARKS:  Object to the form.
17  BY MR. CORSER:
18     Q   Did you fall out of the front door?
19     A   I don't know what happened.  The door was
20  ajar and I ended up out of the car on the ground.
21     Q   Did you jump out or fall out?
22     A   I fell.  My leg was shattered.  The bones
23  were broken.  I couldn't jump out nowhere.
24     Q   Did you open the door or did the door pop
25  open?

Page 147

1      A   The door popped open.
2      Q   Were you wearing a seat belt?
3      A   I don't remember.  I think I put my seat belt
4  on when I got in the car.  I think when I found out I
5  got shot I took it off.  So I don't know if -- I don't
6  know.
7      Q   How many times were you shot?
8      A   Twice.
9      Q   Where?  In my tibia and in my hip.  What
10  happened after you fell out of the car?
11     A   I was drug for a second and then I ended up
12  out of the car.  I crawled myself out of the street.
13  I pulled myself on the wall.  By that time the police
14  haven't got there yet.  They were still on the wagon.
15  I could hear their sirens.
16         I pulled myself up on the wall.  The first
17  officer I seen, I flagged him down.  He came and threw
18  me on the ground and cuffed me, and told me I was
19  going to jail for robbery.
20         I said, no, run the cameras back.  No, run
21  the cameras back.  Please don't let me die here.
22  That's what I told him.
23         MR. FREED:  What did you tell him?
24         THE WITNESS:  I told him no, no.  Whatever
25  happened, run the cameras back.  He said I was going

Page 148

1  to go to jail for robbery.
2  BY MR. CORSER:
3      Q   You said that you were dragged by the car?
4      A   Yes, sir.
5      Q   How far were you dragged?
6      A   I don't know.  I can't tell you how long.  It
7  happened so fast.  When we hit the car, we was
8  cruising for a second.  That's when the door opened
9  and I ended up out the car.
10     Q   Did you get run over?  Did part of you get
11  run over by the car?
12     A   Yes.
13     Q   What part of you?
14     A   My back.
15     Q   It ran over your back?
16     A   I was -- this leg (indicating) was stuck in
17  the car.  When the doors came open, I was out the car,
18  but this leg still stuck.  It can't move.  I'm out the
19  car.  As you see, I still have scars on my arm from me
20  getting drug by the car.
21         When I ended up out the car, I ended up under
22  the car.  It ran me over.  I crawled myself out of the
23  street, still on my stomach, crawling.
24         I pulled myself on the wall waiting on the
25  policemen to get there.  When they came, I flagged

Page 149

1  them down and told them I had just been shot.
2         He come, throw me on the ground, and cuffed
3  me and told me I'm going to jail for robbery.
4      Q   Yeah, we have been over that part.  I'm just
5  going to have to ask you to just answer the one
6  question I ask.
7         I know you want to elaborate and I'll just
8  ask you, but let's just focus on the questions that I
9  ask you; okay?
10         When you fell out of the car you said your
11  bad leg, your leg that was shot was still stuck in the
12  car; correct?
13     A   No.  I was drug by the car first and then I
14  fell out.
15     Q   Okay.  So you were dragged by the car.  You
16  said the car ran over your ribs?
17         MR. STARKS:  Object to the form.
18         THE WITNESS:  It ran me over from behind.  I
19  don't know actually where it hit me.
20  BY MR. CORSER:
21     Q   Okay.  So you're saying the car -- the tire
22  rolled over your back, rolled over your abdomen?
23         MR. STARKS:  Object to the form.
24         THE WITNESS:  That's what I'm saying.
25  BY MR. CORSER:

Demetric Favors                October 31, 2018                Pages 150..153

Page 150

1    Q    Did you go to the hospital after that?
2    A    Yes, sir.
3    Q    Who took you there?
4    A    The ambulance, Grady ambulance.
5    Q    Were you handcuffed in the ambulance?
6    A    No.
7    Q    So who took the cuffs off?
8    A    I think the officer took the cuffs off me.
9    Q    The same one that put the cuffs on you?
10   A    I don't know.  There were multiple policemen
11   out there.  I don't even know who was walking up to me
12   and talking.
13         Like I just told you, I don't know who the
14   policeman was that shot me.  There were multiple
15   policemen out there talking to me and telling me what
16   had just happened and what I was going to jail for and
17   just...
18   Q    Did the officer who shot you ever tell you
19   that he shot you?
20   A    No.
21   Q    So how long was it between when the officer
22   put you in cuffs and said you're under arrest until
23   they took the cuffs off of you?
24   A    I don't know.
25   Q    Approximately.

Page 151

1    A    I don't know.
2    Q    Half an hour?
3    A    I don't know.
4         MR. STARKS:  Object to the form.
5    BY MR. CORSER:
6    Q    Was it longer than an hour?
7         MR. STARKS:  Object to the form.
8         THE WITNESS:  I don't know.
9    BY MR. CORSER:
10   Q    How long was it from when the police officer
11   told you that you were under arrest until the
12   ambulance arrived?
13   A    The ambulance came pretty quick.  When I was
14   pulling myself on the wall, the officer came and put
15   me on the ground and told me what I was arrested
16   for -- what I was getting arrested for.  The ambulance
17   came pretty quick.  It wasn't that long.
18   Q    And you had the cuffs off before they put you
19   in the ambulance?
20   A    Yes, sir, because they put me on the bed
21   thing and picked me up.  I couldn't be cuffed like
22   that.  I think they took the cuffs off of me before I
23   got in the ambulance -- or while I was in the
24   ambulance.
25   Q    Do you know which one it was?

Page 152

1    A    Which one?
2    Q    Whether it was before you got in the
3    ambulance or in the ambulance?
4    A    I don't know.
5    Q    Where did the ambulance take you?
6    A    To Grady emergency room.
7    Q    Do you know who your emergency room doctor
8    was?
9    A    No, sir.
10   Q    Do you know how you were treated?
11   A    I don't know.  I think I was treated well by
12   the hospital.
13   Q    Do you know what injuries you were diagnosed
14   with?
15   A    Yes.  I was diagnosed with -- I had bruised
16   ribs.  My ribs were bruised for, like, three weeks.
17         I had a broken tibia.  Of course scrapes and
18   scars.  That's about it.  The main one is my broken
19   tibia.
20   Q    Did you have to have surgery?
21   A    Yes.
22   Q    Do you know what kind of surgery?
23   A    Yes.  I had to have -- I had four screws and
24   a rod put in my right leg, two in my knee, two in my
25   ankle and a rod in the middle, and stitches, of

Page 153

1    course.
2    Q    Do you know who your surgeon was?
3    A    No, sir.  It's on the medical records that I
4    gave my (indicating).
5    Q    Do you know who your attending physician was
6    while you were in the hospital recovering from the
7    surgery?
8    A    The attending physician?
9    Q    The doctor that was interacting with you and
10   taking care of you while you were recovering from
11   surgery?
12   A    No, I don't remember her name.  It was a
13   lady, though.  I don't remember her name.
14   Q    Did they give you any medication while you
15   were in the hospital?
16   A    Yes.  I was on Morphine, Percocet, Xanax.  I
17   was on a lot of medicine.  I was on Motrin, Tylenol.
18   I was on a lot.
19   Q    Are those the only ones that you remember?
20   A    Yeah, those are the only ones that I
21   remember.
22   Q    Did you have to go to physical therapy?
23   A    Yes.
24   Q    How long?
25   A    I went to physical therapy for a few therapy

Demetric Favors                October 31, 2018                Pages 154..157

Page 154

1  sessions, but after that I think they just stopped, my
2  insurance stopped or something like that; I don't
3  know.
4       Q    How many is a few?  Like three?
5       A    Yes.
6       Q    Where did you go for physical therapy?
7       A    I have no idea.  I think Grady referred me to
8  someone; I don't know.
9       Q    Do you know the name of your physical
10  therapist?
11      A    No.
12      Q    What kind of stuff did they have you do in
13  physical therapy?
14      A    Stretches.
15      Q    Leg stretches?
16      A    Yes.  Just things to get my leg moving back.
17  Leg stretches, squats, but I couldn't do any of those.
18  I only could do leg stretches.  Anything dealing with
19  squats and pushing with my leg, I couldn't do.
20      Q    Were you prescribed any medicine after you
21  left the hospital?
22      A    Yes, sir.
23      Q    What?
24      A    I know I was on Percocet 10, 10 milligrams.
25  I was on Tylenol.  I had Tylenol 800, I think.  I had

Page 155

1  ibuprofen 800.  I think I was on Xanax.  That's the
2  only ones that I can remember.
3           MR. CORSER:  Can we take a break real quick?
4  Let's go off the record.
5           MR. STARKS:  Yes.
6           (Thereupon, a recess was taken from
7           2:04 p.m. until 2:14 p.m.)
8  BY MR. CORSER:
9       Q    All right.  Mr. Favors, when you were at
10  Grady Hospital after you were injured, did any police
11  come speak with you in the hospital?
12      A    Yes, one.  I don't know his name.  I don't
13  remember his name.
14      Q    How many times did he come to speak with you?
15      A    All I can remember -- I only seen him once.
16      Q    Just the one time?
17      A    I don't know if that was a detective who came
18  to see me when I was in the hospital, Mr. Valquez.  I
19  don't know if that's the same guy, so I'll say once.
20      Q    So only one police person came and spoke to
21  you while you were in the hospital?
22      A    Right.
23      Q    And he only spoke to you that one time in the
24  hospital?
25      A    That I know, that I can remember.  The

Page 156

1  officer that came to speak with me in the hospital,
2  yes, he only came once.
3       Q    Did he come and talk to you the night of the
4  shooting or later?
5       A    What do you mean?  He talked to me as soon as
6  I came out of surgery.
7       Q    Was that the same night of the shooting?
8       A    The morning.
9       Q    The morning after?  What did he talk to you
10  about?
11      A    That there was a shooting that I was involved
12  in, or that I was communicating with or associated
13  with or however you want to say it.
14           He wanted me to tell him a few things.  I
15  don't remember the exact questions that he was asking
16  me, but I was just going off Morphine and Percocet and
17  Xanax.  I was just waking up, like crying and just
18  waking up.
19      Q    So do you think what you said to him was
20  maybe not reliable?
21           MR. STARKS:  Object to the form.
22           THE WITNESS:  I mean, I don't remember what I
23  was saying.  He was asking me certain things.  I was
24  just trying to give him a brief description of what
25  just happened so I could get back in my zone of

Page 157

1  getting myself back situated.
2  BY MR. CORSER:
3       Q    But you said when you spoke to him you were
4  under the influence of Percocet?
5       A    Yes, and Morphine and whatever drugs they was
6  giving me in the hospital.  I can't remember exactly
7  what questions he was asking me, but I know I was
8  talking and it was slurred.  I was just getting out of
9  like being put to sleep from surgery.  When I opened
10  my eyes, I know he was just walking in the room five
11  or ten minutes.
12      Q    Have you heard a recording of his interview
13  with you?
14      A    I haven't heard a recording.
15      Q    Have you read a transcript of his interview
16  with you?
17      A    No.
18      Q    Do you know whether what you told him was
19  accurate?
20      A    I don't remember what I told him.  He
21  probably asked me what's my name and I don't know what
22  I told him.
23      Q    So did you miss any work because of your
24  injuries?
25      A    Yes.

Demetric Favors                October 31, 2018                Pages 158..161

1    Q    What work?
2    A    Well, the construction business that I was
3  just telling you about at the beginning, I was working
4  with my mom's fiancé around that time.
5    Q    What's his name?
6    A    Donavon.  I don't know his last name.
7         MR. STARKS:  We're not seeking lost wages, if
8  that helps facilitate some of this.
9         MR. CORSER:  Okay.
10 BY MR. CORSER:
11   Q    Is there anything that you could do before
12 you were shot that you can't do now?
13   A    Yes.
14   Q    Like what?
15   A    Like lifting.  I don't lift anything, period,
16 now.  I don't lift nothing.  Running.
17   Q    Hang on.  Let me ask about that.
18        Lift anything heavier than --
19   A    Heavier than -- I don't know.  I haven't put
20 myself to the test yet.  Like, literally, I keep away
21 from everything.  Anything that has to do with
22 moving -- like, I can lift a chair but as far as
23 really lifting with my legs, I can't.
24   Q    So you can't lift heavy objects?
25   A    Period.

1    Q    What else can't you do?
2    A    Running.  If you put me in the hallway right
3  now to run, it's not going to be running.
4    Q    Did you run a lot before you were injured?
5    A    Yes.  I was very active.
6    Q    For exercise or...
7    A    I used to go to the gym every Wednesday.  The
8  people in my neighborhood, they still do, they still
9  go to the gym every Wednesday.
10        I used to play, you know, just recreational
11 basketball.  I just used to use my legs a lot, which I
12 never knew how much I used my legs until now when you
13 really need them.
14   Q    Besides playing recreational basketball, what
15 exercises did you do at the gym?  Did you lift
16 weights?
17   A    No.
18   Q    Did you just run laps?
19   A    Yes.  A few games, a few games at the gym.
20 At the basketball gym, not the weight-lifting exercise
21 gym; no.
22   Q    You never did that, you never went to the
23 exercise gym?
24   A    Yeah, I did before but not in that time of me
25 getting shot, you know.  I haven't been in the gym,

1  the weight-lifting gym in years.
2    Q    What I'm asking is besides basketball, before
3  the shooting, did you work out?  Did you go to the gym
4  and lift weights and run laps?
5    A    On and off.
6    Q    Not often, though?
7    A    Not every day like an activity or a hobby to
8  keep me in shape.
9    Q    Okay.
10   A    I would just go to get right, you know.
11   Q    But you played basketball pretty often?
12   A    Yes.
13   Q    And you don't do that anymore?
14   A    Period.  I don't do anything that I used to
15 do dealing with my leg.
16   Q    How does your injury prevent you from doing
17 these things with your leg?  Is it painful?
18   A    It's very painful.  It's very painful.  I
19 can't stand up for a long time.  The screws hit
20 against my knees.  The screws rub against my knees.
21        I'm just telling you what the doctor
22 explained to me.  My legs are always going to hurt
23 forever because the screws rub up against my leg.  So
24 unless I gain weight and put fat around the screws,
25 it's going to hurt forever.

1    Q    Did you read your complaint, the lawsuit that
2  you filed?  Did you read that before it was filed?
3    A    Did I read the complaint?  As far as my
4  complaint?  No, I haven't read it.
5    Q    Do you know what you're claiming against
6  Magic City?
7    A    Claiming?  Can you be more specific, please?
8    Q    Do you know what your complaint alleges Magic
9  City did wrong?
10   A    No.  I let my lawyers handle that.
11   Q    What is your fee agreement with your
12 attorneys?
13   A    I don't know.  Fee agreement?  As in what are
14 they charging me?
15   Q    Yes, sir.
16   A    I haven't even gotten into that, about what's
17 going on with the case; I haven't.
18   Q    Have you paid your attorneys anything since
19 the beginning of this case?
20   A    No.
21   Q    Has anyone paid your attorneys anything on
22 your behalf?
23   A    No.
24   Q    Do you know if it's on the basis of a
25 contingency fee?

Demetric Favors                    October 31, 2018                    Pages 162..165

Page 162

1    A    Contingency?
2    Q    That means if you win a certain amount of
3  money, do your lawyers get a portion of that?
4    A    I'm pretty sure they will.
5    Q    Do you know how much?
6    A    No.  I want to.  I just don't ask.  I don't
7  really care.  I let my lawyers handle anything having
8  to do with that.
9    Q    When you were in the car leaving the parking
10  lot of Magic City, were you aware that someone in the
11  car had stolen?
12    A    No.
13    Q    Are you aware of that now?
14    A    Now I am.
15    Q    Do you blame this dude that stole cash and
16  then hopped in your car at all for getting you shot?
17    A    Yes, he takes part of the blame.
18    Q    What about the driver, VL, for driving over
19  those cones and driving past that security guy?
20    A    He didn't do anything wrong to me.
21    Q    Would you be surprised if he felt bad about
22  it?
23        MR. STARKS:  Object to the form.
24        THE WITNESS:  Would I be surprised if he felt
25  what?

Page 163

1  BY MR. CORSER:
2    Q    If VL, the driver, felt bad about you being
3  shot?
4    A    Would I be surprised?
5    Q    If he felt responsible in some way?
6        MR. STARKS:  Object to the form.
7        THE WITNESS:  I don't know how he feel.
8  BY MR. CORSER:
9    Q    Do you think there is anything that Magic
10  City could have done to prevent this cop from shooting
11  you?
12        MR. STARKS:  Object to the form.
13        THE WITNESS:  I don't know what they could
14  have done.  I don't know.
15  BY MR. CORSER:
16    Q    What do you think someone should do when they
17  see a crime being committed?
18        MR. STARKS:  Object to the form.
19        THE WITNESS:  What do I think?
20  BY MR. CORSER:
21    Q    Yes.
22    A    If someone sees a crime being committed -- I
23  mean, I don't know.  I don't know what I think they
24  should do.  If you're going to put yourself in harm's
25  way, it all depends on what the crime is.  If you're

Page 164

1  going to put yourself in harm's way, I don't know.  I
2  don't know.
3    Q    What do you mean by that?
4    A    You're asking me if you see a crime
5  committed.  What if you see a murder committed, are
6  you going to go right up on your phone or sit there?
7  That's what I'm asking.  I don't know.
8    Q    If someone witnesses a theft, do you think it
9  would be reasonable for them to call 9-1-1 to report
10  it?
11        MR. STARKS:  Object to the form.
12        THE WITNESS:  Yeah.
13  BY MR. CORSER:
14    Q    Was that a yes?
15    A    Do I think it's reasonable for them to call
16  and report it?  Yeah.
17  BY MR. CORSER:
18    Q    Do you think it would be reasonable for
19  somebody who witnessed a theft to tell a police
20  officer that was nearby?
21        MR. STARKS:  Object to the form.
22        THE WITNESS:  I'm asking you, what do you
23  mean by what do I think is reasonable?  Like, do I
24  think it's the right thing to do, or do I think it's
25  what someone else would do?  Can you be specific with

Page 165

1  your question?
2  BY MR. CORSER:
3    Q    Do you think it would be a responsible thing
4  to do for a person, if they witness a crime, to tell a
5  police officer that was nearby?
6    A    Yes.
7        MR. CORSER:  Let's go off the record.
8        (Thereupon a recess was taken from
9        2:30 p.m. until 2:35 p.m.)
10        MR. CORSER:  I think I'm done.
11        Mr. Favors, I think that's all the questions
12  we have for you so we can end this deposition.
13        MR. STARKS:  Great.  We'll read and sign.
14        THE COURT REPORTER:  Who wants to order this?
15        MR. CORSER:  We'll order it.
16        THE COURT REPORTER:  Sir, do you want a copy?
17        MR. STARKS:  Yes.
18        (Pursuant to O.C.G.A. 9-11-30(e),
19        signature of the witness has been
20        reserved.)
21        (Deposition concluded at 2:40 p.m.)
22
23
24
25

Demetric Favors                October 31, 2018                Pages 166..169

## Page 166

DISCLOSURE OF NO CONTRACT

3    I, Pam Hope, do hereby disclose pursuant to Article
     10.B. of the Rules and Regulations of the Board of
4    Court Reporting of the Judicial Council of Georgia
     that Verbatim Reporting was contracted by the party
5    taking the deposition to provide court reporting
     services for this deposition, and there is no
6    contract that is prohibited by O.C.G.A. 15-14-37(a)
     and (b) or Article 7.C of the Rules and Regulations
7    of the Board for the taking of this deposition.

9    There is no contract to provide court reporting
     services between Verbatim Reporting or any person
10   with whom Verbatim Reporting has a principal and
     agency relationship, nor any attorney at law in
11   this action, party to this action, party having a
     financial interest in this action, or agent for an
12   attorney at law in this action.  Any and all
     financial arrangements beyond our usual and
13   customary rates have been disclosed and offered to
     all parties.

     This 10 day of November, 2018.

                    *Pam Hope*
                    _____
                    Pam Hope, RPR, B-1988

## Page 167

1    STATE OF GEORGIA

2    COUNTY OF FULTON:

4        I hereby certify that the foregoing transcript
5    was reported, as stated in the caption, and the
6    questions and answers thereto were reduced to
7    typewriting under my direction; that the foregoing
8    pages represent a true, complete and correct
9    transcript of the evidence given upon said hearing,
10   and I further certify that I am not of kin or counsel
11   to the parties in this case; am not in the employ of
12   counsel for any of said parties; nor am I in any way
13   interested in the result of said case.

                    *Pam Hope*
                    _____
                    PAM HOPE, RPR-B-1988

## Page 168

                        Errata Sheet

2    NAME OF CASE: DEMETRIC R. FAVORS vs PARADISE ENTERTAINMENT , ET AL.

3    DATE OF DEPOSITION: 10/31/2018

4    NAME OF WITNESS: Demetric Favors

5    Reason Codes: 1. To clarify the record.

6                   2. To conform to the facts.

7                   3. To correct transcription errors.

8    Page _____ Line _____ Reason _____

9    Change From _____

10   Change To _____

11   Page _____ Line _____ Reason _____

12   Change From _____

13   Change To _____

14   Page _____ Line _____ Reason _____

15   Change From _____

16   Change To _____

17   Page _____ Line _____ Reason _____

18   Change From _____

19   Change To _____

20   Page _____ Line _____ Reason _____

21   Change From _____

22   Change To _____

23   Page _____ Line _____ Reason _____

24   Change From _____

25   Change To _____

## Page 169

                        Errata Sheet

2    Page _____ Line _____ Reason _____

3    Change From _____

4    Change To _____

5    Page _____ Line _____ Reason _____

6    Change From _____

7    Change To _____

8    Page _____ Line _____ Reason _____

9    Change From _____

10   Change To _____

11   Page _____ Line _____ Reason _____

12   Change From _____

13   Change To _____

14   Page _____ Line _____ Reason _____

15   Change From _____

16   Change To _____

17   Page _____ Line _____ Reason _____

18   Change From _____

19   Change To _____

20   Page _____ Line _____ Reason _____

21   Change From _____

22   Change To _____

23   Page _____ Line _____ Reason _____

24   Change From _____

25   Change To _____

Demetric Favors                    October 31, 2018                    Page 170

```
                                              Page 170
 1                          Errata Sheet
 2    Page _____ Line _____ Reason _____
 3    Change From _____
 4    Change To _____
 5    Page _____ Line _____ Reason _____
 6    Change From _____
 7    Change To _____
 8    Page _____ Line _____ Reason _____
 9    Change From _____
10    Change To _____
11    Page _____ Line _____ Reason _____
12    Change From _____
13    Change To _____
14    Page _____ Line _____ Reason _____
15    Change From _____
16    Change To _____
17    Page _____ Line _____ Reason _____
18    Change From _____
19    Change To _____
20    Page _____ Line _____ Reason _____
21    Change From _____
22    Change To _____
23
24     Signature_____Date_____
25              Demetric Favors
```

Demetric Favors                October 31, 2018                Page 171

**Exhibits**

**179238 Exhibit 1**
3:9 55:3

**179238 Exhibit 2**
3:11 90:10,11

**179239 Exhibit 3**
3:12 93:5,6

---

**0**

**04**
124:17

---

**1**

**10**
54:20 78:16
154:24

**10:15**
41:2

**10:33**
41:2

**10:52**
57:20

**11**
38:13,18 54:20

**11:15**
57:20

**12:03**
95:3

**12:10**
95:3

**12:47**
116:14

**13**
13:19,20 14:2

**14**
13:19,20 14:2
112:17

**15**
22:3

**16**
22:3

**18**
16:15

**1992**
11:17

**1:04**
116:14

**1:26**
126:23

**1:35**
126:25

**1:43**
127:22 130:9

**1:50**
130:18

**1reegambino**
30:24

---

**2**

**2**
90:10

**20**
14:21,23 96:19,
20,21 97:1
103:11 118:2
126:1 136:12

**2011**
16:12,13

**2012**
21:12 34:10,12

**2014**
39:23 40:3

**2015**
15:5 29:7 41:6
43:3 44:22 56:10
63:1 66:5 70:24
71:1 72:14 78:17

**2015/10/10**
111:10

**2018**
4:2 7:24

**21**
11:17 113:18

**2102**
12:9

**218**
75:9

**24**
7:24

**26**
126:9

**2818**
73:22,23

**2:04**
155:7

**2:14**
155:7

**2:24**
132:18

**2:30**

**165:9**

**2:35**
165:9

**2:40**
165:21

**2:43**
132:25

---

**3**

**3**
93:5

**30**
14:22,23 20:18
125:15

**30236**
12:10

**31**
4:2

**3:07**
134:22

**3:10**
134:25 137:8

**3:12**
141:18

**3:13**
141:23 142:2,9

**3:20**
141:23

**3:23**
142:9

---

**4**

**4**

**108:18 111:10**

**404 268-7413**
28:1 61:9

**404 268-7613**
60:16

**47**
13:12

**478 283-3439**
60:13

---

**5**

**50**
86:12 125:4

**59**
111:11 115:25

---

**6**

**6**
53:3

**678 760-0389**
58:16

---

**7**

**706 573-6275**
70:21

**7413**
60:19,20

**7:49**
125:4

**7:58**
111:11 115:25

**7:58:59**

117:14

**7:59**
112:17 118:2

**7:59:14**
114:17

**7:59:22**
118:18

**7:59:48**
124:15

**7:59:50**
125:2

---

**8**

**8**
124:17

**800**
154:25 155:1

**8:00**
125:14

**8:00:03**
125:4,11

**8:01:26**
114:22

---

**9**

**9-1-1**
164:9

**9-11-30(e)**
165:18

---

**A**

**A&m**

17:7,13

**A-Q-U-I-L-A**
42:10

**A-R-N-O-L-D**
42:10

**a.m.**
41:2 57:20

**abdomen**
149:22

**ability**
72:15

**able**
91:16

**about**
7:3,4 8:5 11:3
18:5,25 21:15
23:25 26:13
27:15,16 36:21,
25 38:7 41:23
48:6 50:24 52:7
58:1,17,20 59:13
64:11,20,24 65:7
66:5,7,9,11,14,21
72:12 75:7,8
84:13 86:8,18
100:6,18 101:11,
17,18 105:15
117:9 120:19,22
121:11,14 122:7,
20,24 124:21
128:5 133:24
134:5 140:5
141:8 152:18
156:10 158:3,17
161:16 162:18,21
163:2

**Absolutely**

110:14

**AC3**
99:6,15

**account**
5:22 30:25 31:1,
2,18,19,22 32:9,
11 43:5 44:10
46:1 47:2 62:13

**accounts**
30:21 31:4,6 32:5

**accurate**
157:19

**accurately**
78:16

**accused**
37:9

**act**
4:21 86:1

**active**
159:5

**activity**
160:7

**actually**
40:11 42:3
103:18 149:19

**added**
40:9

**address**
12:8,12,18,19,25
13:1,10,11,21
14:2,7 46:21
70:25 71:18,24
73:11,19,21 74:9,
18,19 75:14,22
121:20

**addresses**
69:24 70:1 72:21,
24 73:9 74:3,6,15

**admissible**
87:2

**admit**
49:9

**affirmatively**
17:5 96:22
116:25

**after**
8:18 29:13 38:7,
20 66:13 72:11
73:14,16 77:17
88:23,24 99:1,3,5
102:1 106:8
129:10 131:24
145:14 147:10
150:1 154:1,20
155:10 156:9

**again**
39:23 42:1 46:13
48:19 56:5 60:18
78:19 86:25
87:24 94:21
98:22,24 111:4,
22 125:11 126:22
127:21 135:10
139:4 142:2

**against**
112:19 119:1,3
160:20,23 161:5

**age**
13:17

**ago**
5:25 7:19 8:3
29:7 32:16 36:2

39:17,18,19
40:12 49:1,13,23
53:17 56:7 64:7,
20 135:23

**agree**
26:20,23 28:14
47:14

**agreement**
4:20 5:8 161:11,
13

**ahead**
4:13 36:5 62:20
68:3 93:24

**ajar**
146:20

**Alabama**
17:7

**alcohol**
10:10

**all**
4:24 5:10,15 7:9
8:9 9:16,21,22
10:3,4,9 11:14
12:22 13:20
15:17,24 16:23
21:18 23:8 25:24
26:5,6 31:4,13
33:20 36:3 40:17
41:4 46:23,25
47:13 48:5 49:21
50:9,22 51:7 52:2
55:13 57:10,11,
17 62:3 66:21,23
69:19,22 70:22
79:19,20 80:7,20
84:2 86:20 88:2
95:5 99:7 101:7
104:7,20 105:8

106:18 108:12,15
112:2 113:21
114:14 116:6,18
117:20 118:1,17
119:18,24 120:1
123:21,25 124:6,
12 125:2,14,21
127:21 130:13
132:16,22 155:9,
15 162:16 163:25
165:11

**alleges**
161:8

**alleviated**
49:17

**allow**
23:14,15

**already**
5:16 74:5 104:16
140:25

**also**
8:22 9:23 19:2
27:8 28:21 60:16,
23 71:14 72:21
115:20 124:20

**Although**
83:19

**always**
14:21 27:19
55:21 160:22

**ambiguous**
83:25 93:23

**ambulance**
150:4,5 151:12,
13,16,19,23,24
152:3,5

**amount**
17:12 162:2

**Angel**
68:16

**ankle**
152:25

**another**
6:2 31:9,11 42:3,
5 59:11 88:2 99:8
118:15 119:2
132:6,7

**answer**
6:19 8:23 9:21
10:2 27:17,24
28:9,13,23 29:22
33:24 34:1,4,11
36:9 44:14 46:15
51:10 55:23 61:7
62:19 63:14 64:6
77:4,6 88:13 90:4
91:19 93:21 94:9
108:4 139:3
141:13 149:5

**answered**
6:6 71:21,23 84:1
90:1

**answering**
74:12

**answers**
5:5 9:25 49:25
71:15 87:12

**Anthony**
68:5 70:13

**anybody**
24:21 57:3 67:2
97:18 119:20
132:14 133:16

**anymore**
105:22 106:2
160:13

**anyone**
13:3 81:18
107:10,20 122:17
133:20 139:8
143:12,17 161:21

**anything**
8:17 10:15,21
11:1,11 18:3,9,23
59:4 130:10
131:2 133:21
134:6 139:8
140:5,8 141:2,5,8
154:18 158:11,
15,18,21 160:14
161:18,21 162:7,
20 163:9

**anywhere**
117:9

**apart**
119:11

**appear**
111:19

**appears**
56:12

**Apple**
52:25 53:3

**appreciate**
48:4 50:11

**approach**
137:9

**approaches**
140:13

**approaching**
140:6

**appropriate**
87:4,7 108:9

**approximate**
6:14

**Approximately**
39:16 150:25

**Aquila**
42:8 46:9 68:14

**Aquila's**
43:14 70:18

**area**
13:7 75:19 98:3
113:14

**arguments**
26:13

**arm**
148:19

**Arnold**
42:8,10 46:9
68:15

**around**
31:19 32:11
53:15 72:20,21
73:9 88:10,11
89:16 91:9,12
101:15,22 102:9,
13 103:22 130:6,
15 134:24 158:4
160:24

**arrest**
35:12 38:7 40:13
143:18 150:22
151:11

**arrested**
33:20 34:14
35:14,15,17
36:25 37:6 39:23,
25 143:20
151:15,16

**arrived**
151:12

**articulate**
25:17

**artists**
99:7

**ask**
7:12 10:7 15:24
46:16 47:7 50:23
52:17,19 58:1,11,
17 59:3,13 61:15,
25 62:3 63:17
80:7 83:18 84:24
85:6,9 110:18
116:4 130:25
135:9 141:8
149:5,6,8,9
158:17 162:6

**asked**
8:10 26:2 33:11
49:19 51:5,6 54:5
55:14 65:19
71:21,23 84:1
89:25 91:13 92:7
94:15,21 102:21
111:5 157:21

**asking**
29:21 33:17,19
37:2 42:18 44:17
50:24 51:12,17
54:6 56:15,16,18
62:16 76:16

78:19 84:19
86:25 87:1,20
92:18,20 100:3
138:6 141:21
144:20 156:15,23
157:7 160:2
164:4,7,22

**asserting**
28:21 108:6,8

**associate**
84:21 85:16,20,
23,24 86:24 87:9,
14

**associated**
156:12

**assuming**
5:3 23:15 35:24
111:2

**AT&T**
28:25 29:1 30:15
60:24,25

**ate**
120:24

**Atlanta**
6:22 13:7,8,12
14:9,10,11 15:9,
15 17:14 71:8,9,
11 75:17,18
109:13 120:21
121:15,16

**Atlanta's**
10:24

**attend**
17:2

**attended**
16:18,20 76:10

**attending**
153:5,8

**attention**
25:23 139:11
140:18,19

**attorney**
8:10 11:4 49:24
116:5

**attorneys**
5:17 161:12,18,
21

**Audi**
134:24

**August**
7:20,24

**authorization**
24:7

**authorized**
4:25

**average**
20:16,17

**averaging**
15:21

**avoid**
57:11

**aware**
162:10,13

**away**
13:22 14:14
158:20

**Awesome**
18:3

---

**B**

---

**baby's**
68:15

**back**
12:22 14:24 15:2
16:15 22:15 23:6
27:13 35:7 40:11
41:4,5 42:12
47:10 48:13
49:18 52:7 59:14,
15 60:3 68:22
70:22 72:16 73:4
76:9 94:19 98:22,
24 104:10,21
112:19 115:1
119:1,3 124:12
129:24 130:11,12
132:15 135:10
136:1 140:9
143:25 146:4,6
147:20,21,25
148:14,15 149:22
154:16 156:25
157:1

**back-to-back**
101:14

**backing**
132:19 133:1,3,5

**backwards**
21:5

**bad**
149:11 162:21
163:2

**bag**
37:10,11,13,15,
18 38:1,4,5

**bandanna**
113:22 114:12
117:15 118:4,19
119:6,15,17
125:11

**bar**
80:3,9,15,18
82:24,25 99:13
100:8,10,12
112:13,16,20
119:2,4

**barely**
31:14

**bars**
80:11 99:25
100:1,6 103:5

**base**
72:19

**Baseball**
17:23

**based**
113:14

**basis**
25:17 85:20,21,
22 87:14,16
94:12,14 161:24

**basketball**
159:11,14,20
160:2,11

**beauty**
87:5

**bed**
151:20

**before**
5:23 6:2 9:17
10:4 21:3,7,15,16

42:25 53:6 56:22
64:5 73:4 79:2,21
80:2,4,9,11 83:4
88:25 89:6,11
99:19 100:2,3,5,
16 101:24,25
102:2,12 106:24
109:1 116:20
119:23 120:9,11,
12,20,23,25
121:11,22 122:3,
25 130:12 136:3,
6,8,12,17 144:12
151:18,22 152:2
158:11 159:4,24
160:2 161:2

**begin**
124:16

**beginning**
72:18 85:19
117:14 158:3
161:19

**behalf**
161:22

**behind**
104:20 132:9,10,
11,12 133:1
149:18

**being**
4:22 9:2,7 36:14
48:17 55:14 66:9
81:18 90:4 93:10
102:22 113:13
157:9 163:2,17,
22

**believe**
47:18 85:25
87:23 91:23 92:1,

13,18 112:12 136:2,19 142:22

**belt**
40:10 147:2,3

**benefit**
129:8

**besides**
159:14 160:2

**Bessie**
19:16,23

**best**
90:18,21

**better**
57:15 90:25 91:7, 16

**between**
29:8,19,23 99:22 103:8 125:4 134:11 150:21

**beyond**
47:16

**big**
22:9 48:10 104:14

**bill**
42:23,25 43:2 44:22 53:4,5,6,8, 9

**bills**
58:25 59:5 75:2

**Binns**
90:8 91:24 92:5, 10,17,21

**birth**
11:16

**birthday**
101:10

**bit**
80:21 100:21

**Bitcoin**
53:12

**black**
92:3 112:21 113:18,19 115:5, 7 126:19 128:7, 11 130:9 137:9 138:25 139:5,25 140:13

**blackening**
92:3

**blame**
162:15,17

**blue**
133:19 135:1

**Bo**
80:24

**Bo's**
81:11

**bonded**
40:15

**bones**
146:22

**bopping**
117:22

**born**
13:19

**both**
34:19 42:20 61:2

**bottom**

55:19 62:8 113:4 118:22

**bought**
42:18 59:11 120:11

**bounced**
82:25

**bouncing**
82:22

**Brandon**
93:15 94:6 105:10,13,18,19, 20 106:14,16 117:3

**break**
40:24 57:13,18, 21 58:13 84:14 94:25 116:8 155:3

**Brenner**
19:16,23

**brief**
156:24

**bring**
110:5

**broccoli**
120:6,14,18

**broke**
29:13

**broken**
29:17 146:23 152:17,18

**brother**
67:7

**brothers**

67:7

**brought**
25:21

**Brown**
94:23

**bruised**
152:15,16

**bunch**
29:8,9 44:11,15

**business**
20:10,13 22:5 158:2

**buy**
42:21 86:14

---

## C

**C-A-S-E-Y**
95:20

**C-H-A-M-P**
95:17

**calculated**
87:2

**calendar**
6:12

**call**
5:12 12:1 22:10 52:8 54:9 57:14 59:8 60:6 61:14, 17,19 67:24 68:21 81:9 95:21 102:23 104:4 115:11 164:9,15

**called**
19:15 57:11

58:12 65:11,15 69:2,4 71:4 88:4, 22 96:6 115:17, 19 120:15,16

**calling**
135:13,15,20,25 136:20,25

**calls**
11:23

**came**
38:7 64:13 67:10 68:14,15,16,23, 25 93:4,18 100:19 101:13 103:4 104:22 119:24 120:1,2 139:25 145:19 147:17 148:17,25 151:13,14,17 155:17,20 156:1, 2,6

**camera**
112:14 113:9,10 129:25

**cameraman**
80:25 81:3 105:10

**cameraman's**
81:2

**cameras**
147:20,21,25

**camp**
19:2,5,14 21:16

**can't**
6:13 12:17 14:7 19:19 35:4 43:9 46:4 50:19 62:12

Demetric Favors                    October 31, 2018                    Page 176

67:24 68:2 71:25
72:2,16 73:8
78:7,10,13,14
82:23 89:13
97:21 99:24
100:1,6 101:17,
19 102:21 103:10
105:8 106:21
115:1 130:5,6
134:9 148:6,18
157:6 158:12,23,
24 159:1 160:19

**cancel**
87:8,9

**car**
14:24 15:1,4,5,7
22:12,19,20 23:2
29:11,15 35:18,
19 37:7,22 38:3
72:11 79:24
80:22 81:13,19,
22,23 82:4,7
83:13 88:3 92:11,
21 93:1,9,10,11,
12,14,15,17,19
94:6,11 98:15,19
104:25 105:2,5,9
107:7,9,16
123:11 126:2
127:8,12 129:22
131:10,17,20,21,
22,23 132:2,15,
17 133:1,8,16,20,
24 134:1,5,10,13,
16,19 135:18,19
136:3,6,9,13,17,
19 137:3,10,12
138:24 139:1,6,8,
15 140:1,8
141:11,20 142:3

143:2,13 144:6
145:12,14,17,25
146:5,6,9,12,14,
20 147:4,10,12
148:3,7,9,11,17,
19,20,21,22
149:10,12,13,15,
16,21 162:9,11,
16

**card**
34:22 53:11

**care**
153:10 162:7

**carpet-cleaning**
20:10,13 22:5

**carpets**
22:8

**carrier**
25:1 28:3,25
30:13 47:9 48:11,
12,16 50:4 51:19
53:7 54:17

**carrying**
40:10

**cars**
98:10 100:25
101:6,12 103:15
104:18

**case**
6:22 24:20 25:8,
19 35:24,25
84:15 86:11
161:17,19

**Casey**
95:19,20 97:2,19,
24 98:20 101:9
105:7 106:8

**Casey's**
101:10

**cash**
43:1 53:11,13,14
162:15

**casually**
89:8

**CDS**
99:9

**cell**
22:11 23:8 24:16
25:16 27:22 28:3,
7 29:5,8,9,19,20,
23,24 30:6 42:13
44:10,22 52:21,
24 56:8,10,24
57:16 58:23,25
59:10,15 60:8
61:2,22 62:1,12,
23 63:2 86:18

**certain**
78:10 86:25 89:5
156:23 162:2

**certainly**
28:10

**chair**
158:22

**Champ**
95:15

**change**
8:19

**changed**
74:3

**changing**
74:5

**Chaos**
104:5,6,8

**charge**
35:12,15,17
36:17

**charged**
33:21 34:14,17,
22,25 35:20,21
36:14,17

**charging**
161:14

**check**
53:11 54:7

**Chicago**
97:14

**children**
85:3

**chill**
57:13

**church**
18:22

**churches**
18:17

**circumstances**
35:11 37:17

**city**
5:17,22 6:21 8:9
10:24 13:6 49:24
71:11 79:22,25
80:10,12 83:4
99:19 100:2
104:12,23 105:6
106:9,15 107:10
108:16,23
109:13,19,24
121:9,11 123:20

137:17,25 138:7
142:12,22
143:12,17 161:6,
9 162:10 163:10

**civil**
4:21 86:1

**claiming**
161:5,7

**classic**
85:10

**cleaning**
22:7,8

**clear**
128:21

**client**
85:25 86:14,18

**clients**
25:18

**clip**
112:1

**clock**
111:3,24 114:7
124:24

**clocking-in**
20:4

**close**
14:13,15 105:24
106:1

**club**
18:22 80:3 82:22,
23 93:4,18 100:9,
10 103:17 105:11
106:18 108:17
121:5,15,16
122:19,22,25

124:16 125:6,19,
24 126:14,15
128:1,24 130:8,
12,15 140:24,25

**clubs**
18:15

**colleague**
26:10 27:16
84:14

**college**
16:23,24 17:9

**color**
115:6 146:10

**come**
8:8 12:22 22:10
66:17 99:7 101:5
149:2 155:11,14
156:3

**committed**
35:19 143:6
163:17,22 164:5

**communicating**
156:12

**community**
18:16,22 120:15,
16

**companies**
138:13

**company**
138:3

**complaint**
161:1,3,4,8

**completely**
90:4

**complicated**

41:23

**concerned**
48:6

**concluded**
165:21

**cones**
135:1,4,7,8
139:23 162:19

**confront**
50:7

**Congrats**
45:11

**consent**
24:5

**consideration**
24:3

**considerations**
62:18

**consistent**
85:18

**construction**
20:11 158:2

**Consulting**
138:22

**contact**
69:18,21,23
106:6

**contacted**
57:22

**container**
113:2

**contingency**
161:25 162:1

**continue**
62:16 83:22
118:17

**continues**
85:5

**continuing**
84:22

**conversation**
27:11 84:13
134:11

**conversations**
26:12

**convicted**
39:1

**cop**
133:7,16,18,21
144:9 163:10

**copy**
7:2 25:5 110:4
165:16

**corner**
118:22 128:10

**correct**
6:23 8:15,24,25
9:12 37:7,8 45:1
52:22,23 56:23
72:22 74:19,20,
22 78:1 83:4
91:10 92:5 99:1,2
126:16 139:23,24
140:1,2,11,12
149:12

**Corser**
4:4,9,18 5:8,11,
15 6:23 7:6,9,11
23:11,17 27:21

28:2,14,18,24
31:12 34:3,9,13
36:6,11 40:25
41:3 44:18 47:5,
8,21 48:2,4,6,9
49:19 57:18 58:8,
10 59:19 61:8,19
62:3,6,11,21,22
63:15 64:8,15,19,
23 65:2,6,10,14,
18,22 66:1 68:11,
17 69:6,13,17
70:5 72:1,5,9,25
73:7,12 74:7,23
75:4,25 77:5,8
78:20 79:3,7,12
82:2,8,14 83:2,8,
12 86:16 88:1,12,
14 89:19,23 90:3,
7,10,13,23 91:2,
8,18,20 92:4,8,
19,25 93:5,8,20
94:2,4,5,12,22
95:4 107:19
108:6,11,14,21
109:8,17,21,23
110:3,10,14,17
111:7,8 112:2,9
113:16 114:14,
15,20 115:3,24
116:1,17 117:23
118:1,5,10
119:16 120:3
122:14 124:1
125:1,9,20 126:8,
12,16,18 127:11,
19,20 128:6,16,
22 129:5,12
130:3 131:6
134:12 136:1,7,
11 137:1,6,20

138:12 141:16
142:1,8,16,20,25
143:16,21,25
144:4,14,22
145:2,10 146:17
148:2 149:20,25
151:5,9 155:3,8
157:2 158:9,10
163:1,8,15,20
164:13,17 165:2,
7,10,15

**counsel**
4:20 62:3 84:16
86:11

**count**
89:13 103:15
130:14

**counter**
111:2,3,25
115:22,24 124:24

**country**
18:9

**county**
71:12,14,16

**couple**
7:19 8:3 17:13,14
35:22 38:23,25
39:20 40:12,22
58:11 68:19

**course**
152:17 153:1

**court**
6:6,10,11,17 8:1,
8 9:5 27:18 38:11
59:18 86:22 94:3,
19 144:2 165:14,
16

**cousin**
12:3 35:18 36:7

**cousin's**
68:15

**crawled**
145:18 147:12
148:22

**crawling**
148:23

**credit**
34:22 53:11

**crewneck**
113:18

**Crim**
15:17

**crime**
33:21 34:15
35:19 143:6
163:17,22,25
164:4 165:4

**criminally**
143:9

**Cross**
18:9

**cross-examination**
4:8,23 86:17

**cruising**
148:8

**crying**
156:17

**cuffed**
145:20 147:18
149:2 151:21

**cuffs**
150:7,8,9,22,23
151:18,22

**current**
12:8 13:1,21
27:22,25 28:11
29:24 30:4,8
59:25 60:4 61:22

**currently**
10:9

**cut**
9:20

—————————

**D**

—————————

**D-4**
126:11,14

**D-5**
126:11,12,15

**D-E-M-E-T-R-I-C**
4:15

**damaged**
72:14

**dark**
133:19

**date**
11:16 39:14,17
50:4 51:15 54:19
62:2 78:13 82:21

**dates**
6:13 8:7,8 35:5,6
72:17,18

**day**
20:5 24:10,12,15
25:24 40:20,21
47:11 52:21 73:6

75:7,8 79:8,11,
13,19,20 82:15
86:18 88:18 89:6
95:6,11 98:21
99:10,15 101:3,
24 102:2,10,11,
12,25 103:6
121:8 145:23
160:7

**days**
20:21 21:1,2

**deal**
23:10 26:11
28:19 48:10
116:8

**dealing**
43:17 44:7 45:3,
4,6,14 46:4
154:18 160:15

**decide**
62:18 122:9

**decided**
95:25 122:12
123:19 144:17

**decision**
123:8 145:3,6,7

**defend**
26:11

**Defendant's**
55:3 90:11 93:6
108:19 116:15

**defendants**
26:16 52:18

**defending**
26:20,25 87:22

**deflecting**
86:9

**Dekalb**
71:14

**Demetric**
4:1,5,12,19 5:13,
15 11:16,19 41:4
59:20 95:5
110:18

**depends**
163:25

**depo**
25:10

**deposed**
4:6

**deposition**
4:1,18,20,22 5:6,
23 6:2,5,20 7:16
8:2,5,6 10:19,22,
24 11:5,10,12
24:11 25:22 26:5,
11,20,21,23,25
27:2,12,14,15
49:22 50:8 54:3
59:16 61:24
83:20 84:13,18,
21 85:6,15 86:22
87:8,22,24
109:13 165:12,21

**describe**
115:4 117:18

**description**
156:24

**deserve**
143:11

**deserved**

143:4

**designated**
111:9

**Desmona**
94:23

**Destiny**
41:13,18,19,20
42:12,20,23 46:7
49:5 51:1,7,22
53:17,23,25 54:8,
25 56:2,23 57:4,
14,22 58:12 59:6
60:6 63:4,10 66:5
68:12

**Destiny's**
43:11 49:14,19
54:16 56:3 58:15
63:8

**detective**
6:25 155:17

**determine**
47:1

**Dexter**
90:8 91:24 92:5,
10,17,21

**diagnosed**
152:13,15

**dictates**
86:2

**die**
147:21

**differ**
86:3,4

**different**
7:4,12 14:5 15:24

29:9 30:4,7,8
76:10 80:7 89:5
112:3 128:14
138:3

**Digga**
118:13

**dip**
122:20

**direct**
16:19

**Directly**
53:7

**disciplined**
77:21

**discoverability**
87:19

**discoverable**
24:16

**discovery**
23:10 24:17

**discussed**
27:15 62:24

**discussing**
26:22

**discussion**
116:11

**doctor**
152:7 153:9
160:21

**Donavon**
158:6

**done**
10:4 85:2,4,5
163:10,14 165:10

**door**
123:1,3,6,18,20
124:5,8 146:15,
18,19,24 147:1
148:8

**doors**
148:17

**doubt**
24:14

**down**
6:6 10:5 22:16
35:2 49:24 62:16
113:6 145:16,19
147:17 149:1

**downtown**
14:13,15,16,22,
23

**dragged**
148:3,5 149:15

**drank**
86:20

**drill**
49:24

**drink**
79:13 104:9

**drive**
12:9 14:17 65:19
109:4,9 110:12

**driven**
121:22

**driver**
81:1 104:24
123:13 127:2
133:3 134:2
135:3 139:22
140:3,8,23 141:6,

8 162:18 163:2

**driver's**
81:7

**drives**
64:13

**driving**
35:18 37:7,23
39:25 88:3 92:11,
17,21 98:17
123:10 131:12
162:18,19

**dropped**
34:21 35:2 97:8

**drove**
101:2 104:25
139:22

**drug**
147:11 148:20
149:13

**drugs**
10:10 157:5

**dude**
130:8 134:18
139:15 141:9
162:15

**due**
49:21 86:16

**dull**
92:3

**duly**
4:6

**during**
29:17 57:21
58:12 77:18

**duty**

142:17

———————

**E**

**each**
48:23 61:5
134:11

**earlier**
59:16

**easier**
71:12 128:18

**East**
13:7,8 15:9

**easy**
11:15

**effort**
50:14

**eight**
67:10 101:6,12
103:14,15

**either**
17:10 18:14 50:8
123:18

**elaborate**
149:7

**Eleven**
38:16

**eleventh**
19:13

**else**
11:1,11 13:3 18:3
53:5,8,9 67:2
74:16,24 81:18,
21 98:19 101:11,
15 105:5 159:1

**164:25**

**else's**
120:10

**emergency**
152:6,7

**employee**
137:24 138:2

**end**
39:11 50:16
75:20 96:10,11,
12 112:16 121:25
122:1 165:12

**ended**
39:9,15 80:11
83:1 96:7 100:2
145:16,17 146:20
147:11 148:9,21

**ending**
41:24

**engineering**
17:18

**enough**
112:2

**entertainment**
99:10,14 138:9,
18,21

**entire**
24:12 112:1

**entitled**
86:16 87:23

**entourage**
101:4,16,22
102:13,17

**estimate**
99:21,24 100:1

103:16

**evasive**
90:4

**even**
24:4 27:11 38:5
49:9 52:12,13
78:7 84:10 85:13
87:7 92:23
104:20 120:17
122:17 130:12
132:16 133:25
150:11 161:16

**evening**
113:17

**event**
78:11 110:8

**events**
72:20 78:16
82:20

**ever**
31:24 33:20
39:21,25 42:12,
18,19,20,23 53:4
76:13,17 77:9
87:14 88:25 89:6
107:24 109:15
113:25 118:13
131:8 150:18

**every**
20:5 77:24 79:20
159:7,9 160:7

**everybody**
104:10,21 110:7
122:9,12,20
124:3

**everyone**
120:21 122:21

123:16 124:7

**everything**
8:15 48:16
158:21

**evidence**
24:18 87:3 92:20
137:16,22

**ex's**
55:23

**ex-girlfriend**
41:21 54:22,24

**ex-girlfriends'**
41:12

**exact**
38:12,24 39:14,
17 109:12 121:20
156:15

**exactly**
78:22 82:7 124:6
157:6

**examination**
4:23

**except**
5:4 7:14

**Excuse**
84:8 129:18

**exercise**
18:11 159:6,20,
23

**exercises**
159:15

**Exhibit**
90:10 93:5
108:18 111:10

**Exhibit-1**
55:3

**Exhibit-2**
90:11

**Exhibit-3**
93:6

**Exhibit-4**
108:19

**Exhibit-5**
116:15

**exit**
125:6

**expect**
10:5

**expelled**
77:9,12,15,22,25

**expensive**
37:13

**explain**
5:20 75:1 76:15
132:24 137:21

**explained**
160:22

**explore**
54:8

**extent**
87:3 114:6,9

**exterior**
110:1 125:24
127:22 128:24
132:18,25 137:7
142:9

**external**
126:10,11

**extra**
20:23

**extracurricular**
18:16

**eyes**
157:10

---

**F**

---

**F-A-T**
115:14

**F-A-V-O-R-S**
4:16

**face**
92:3 106:18
107:4

**Facebook**
31:22

**faces**
99:9 102:18
103:21,24

**facilitate**
158:8

**fact**
111:5

**fair**
112:2 127:15

**fairness**
55:13

**faith**
50:14

**fall**
146:18,21

**familiar**

102:18 103:21
106:18

**family**
11:24,25 12:3
43:16 68:1 69:22

**famous**
120:21 121:15

**far**
14:14,16 72:16
81:20 86:12
106:10 112:24
115:8 119:11
148:5 158:22
161:3

**fast**
148:7

**fat**
115:12 160:24

**Favors**
4:1,5,12,19 5:12
11:19 46:14 48:7
50:25 51:9 57:21
59:15 62:8
116:19 125:22
155:9 165:11

**Favors'**
23:18

**Fedex'd**
22:16

**Fedexing**
22:22

**fee**
161:11,13,25

**feel**
47:24 78:8,10,15
85:11,24 86:23

87:6,10 163:7

**fell**
106:6 146:15,22
147:10 149:10,14

**felt**
26:17 27:5
162:21,24 163:2,
5

**female**
43:17,20 44:3,4
45:5,6,13 61:10

**female's**
45:3

**females**
22:13 44:7,16
45:4,7 46:4 67:8,
10 68:19,25

**few**
6:4 12:1 21:17
41:5 44:20 49:13
91:12 96:15
99:25 104:1
153:25 154:4
156:14 159:19

**fiancé**
20:1 21:7 158:4

**fiancé's**
20:12 22:5

**fifteen**
103:9

**fight**
76:20 77:13,15
78:3,4,6

**fighting**
76:21 77:12

**fights**
77:2

**figure**
47:18 51:13,24
54:17 57:12,15
144:12

**filed**
161:2

**find**
50:17,22 63:12,
16 69:20 116:5
136:16

**fine**
27:6,7,20 49:17
51:9 54:15 55:17

**finger**
128:23

**finish**
9:17,21 17:20
27:8 29:21 84:20
86:5,8 93:24

**fired**
143:4

**first**
4:6 5:6 21:25
25:7 26:4 59:16
78:4 88:10 95:20
98:25 101:21
104:8 110:23
112:5 121:1,8
123:1,3,5,6,7
124:4 131:16
147:16 149:13

**five**
52:7 69:14 89:14,
16,20 96:25 97:1
103:8,11 123:22

141:11 157:10

**flagged**
145:19 147:17
148:25

**fleet**
67:8,9

**floating**
99:12 101:4

**flyers**
99:9

**focus**
71:22 149:8

**folks**
23:16 52:13,14

**follow**
58:12

**follow-up**
35:22

**following**
104:20

**follows**
4:7

**food**
119:3,4 120:4,7
121:2,17,24,25
141:3,4

**Force**
113:19,20

**forever**
160:23,25

**forgot**
31:8

**form**
5:4 27:23 28:15,

21 44:13 53:11
61:6 62:15 63:13
64:6,12,17,21,25
65:4,8,13,16,20,
24 68:10,13 69:3,
10,16 70:3 71:20,
21,22 72:3,7,23
73:2,10 74:4,21,
25 75:23 78:18,
24 79:5,9 81:24
82:5,11,18 83:5,
10,15,24 84:25
85:18 86:12
87:11,15 89:17,
21,25 90:5 91:1,
5,11,25 92:6,15,
22 93:22 94:8
107:18,25 108:13
114:9 117:21
118:8 119:8,22
122:11 123:23
125:7,16 127:10,
18 128:3,13
129:9 130:1
131:4 134:7
136:10,22 137:4,
18 138:11
141:14,15,24
142:5,13,19,23
143:14,19,23
144:7,19,24
145:5 146:16
149:17,23 151:4,
7 156:21 162:23
163:6,12,18
164:11,21

**formal**
6:5 26:6

**forward**
26:10 80:20

114:17

**found**
147:4

**foundation**
26:3

**four**
16:20,21 21:23
76:10 81:16,19,
22 82:4 98:9
104:18 135:22
152:23

**frame**
124:22,23

**frankly**
46:25 61:24
85:13 86:24 87:3

**free**
47:24

**Freed**
5:16 24:8,10,14,
20,24 25:4,10,14,
17 26:2,14,16,25
27:3,5,8 48:24
49:1,4,8,15,21
50:3,11,14,17
52:17,20 54:12,
13,20,24 55:5,8,
11,16,19 83:18,
21 84:2,5,8,15,19
85:5,9 86:3,5,8
87:18 94:25
116:10 147:23

**Freshman**
76:25

**friend**
59:7 95:15

**friends**
11:24,25 12:3,5,6
59:23 68:2
105:22 106:2

**front**
123:20 124:4
131:14 132:6
139:1,6 140:10,
13 146:15,18

**frustrate**
48:23

**frustrated**
48:20

**full**
81:11 95:18,19
99:10 101:12
105:16

**Fulton**
71:10,12

**funny**
102:22

**further**
58:1

---

**G**

**gain**
160:24

**games**
159:19

**Gary**
5:16

**gave**
43:1 59:16 74:9
98:12 104:9
109:14 112:11

153:4

**generally**
23:13,14

**gentleman**
113:1,22 114:2
118:3 119:6
126:1,19,25
129:14 139:5
140:13

**Georgia**
4:21 12:9 13:12
63:18

**Gesturing**
38:15

**getting**
5:22 29:24 35:8
38:6 121:25
124:3 131:10
132:17 148:20
151:16 157:1,8
159:25 162:16

**girl**
31:8 42:4,5 54:1,
2 135:13,15

**girlfriend**
41:20 43:19
136:21

**girls**
57:5,6,9

**give**
16:19 23:23 24:3,
6,21 39:16 43:21
44:10 48:22
51:14 55:2 67:12,
16,21 68:1 69:23,
25 70:2 85:21
87:16 116:4

153:14 156:24

**given**
5:23 6:2 7:16
20:15 85:22
127:17

**gives**
24:4

**giving**
25:9,16,21 54:16
157:6

**good**
18:1 19:8 35:5
50:14 120:7
121:17

**gotten**
28:6 51:8 161:16

**government**
67:23

**grab**
118:12

**grabbed**
125:18

**grade**
16:16 19:13
77:19 78:13

**graduate**
15:25 16:2,6,25

**graduated**
16:8,9,14

**Grady**
150:4 152:6
154:7 155:10

**grandmother**
13:23

**grandmother's**
13:11

**Great**
58:22 165:13

**grew**
12:4 13:14 15:9
103:3

**ground**
145:20 146:20
147:18 149:2
151:15

**group**
24:12 101:5
102:6,24 103:13
104:14 119:20,
24,25 120:1,2
124:4,15,16
125:5 138:9

**grow**
13:5 102:25
103:1

**guess**
7:25 25:11 114:5
120:1,19 124:20

**guilty**
39:3,4,5,7

**gun**
107:11,13,15,20,
22,24 134:16
142:7 144:9,13

**guy**
80:24 91:24 92:2
93:9 112:13,20,
21,23 115:2,17,
18,20 117:15
118:18,21 119:5,
14,15,17 125:11,

17 127:5 138:25
139:25 140:5
155:19 162:19

**guys**
7:1 8:3 106:9,12,
15 109:9 116:8
118:25 122:6
128:13 130:10
133:24 144:17
145:4

**gym**
159:7,9,15,19,20,
21,23,25 160:1,3

---

**H**

**H-O-S-L-E-Y**
36:13

**half**
74:1,2 86:15
151:2

**half-hour**
14:19

**hallway**
159:2

**hand**
138:25 139:6,15
140:1

**handcuffed**
150:5

**handing**
55:5

**handle**
161:10 162:7

**hang**
88:25 95:21

102:9 158:17

**hanging**
88:11 89:2,3,4
101:18

**hangs**
101:15,17,19,20

**happen**
141:22

**happened**
14:8 29:14 35:10,
12 66:6,8,11,14,
19 72:20 78:12,
22 79:1 81:14
86:18 92:12
105:3 145:14
146:19 147:10,25
148:7 150:16
156:25

**happening**
47:17 96:4,6

**happens**
9:2 102:11

**happy**
144:9,15

**hard**
9:24

**harder**
46:24

**harm's**
163:24 164:1

**hat**
114:2,11

**hats**
114:13

**having**

4:6 27:11 57:11
134:10 162:7

**head**
9:24 17:5 41:14
71:13 96:22,24
116:25 117:22
122:21 125:5

**headband**
134:18

**headed**
127:8 134:3

**hear**
13:25 48:2 94:12
133:10 139:12
141:2,5 147:15

**heard**
106:3 118:13
120:19 157:12,14

**heavier**
158:18,19

**heavy**
158:24

**held**
116:11

**help**
22:6 47:25 48:24
49:18 50:9 51:17

**helps**
6:20 47:13 158:8

**here**
5:18,20,25 11:8
22:17 47:18
51:23 52:9 55:5,
12 85:2 99:13
109:10 110:21
111:16 112:14

113:6 115:2
118:6 124:14
132:19 135:1
147:21

**here's**
50:12,22 51:10,
13 108:2

**hey**
89:10 122:15,16,
20 133:20

**high**
12:4,6 15:11,12,
21 16:17,20,21
17:22 18:15 19:9
22:2 76:11,13
77:21

**hike**
12:11

**himself**
108:5 112:6
113:12 145:4

**hip**
147:9

**hit**
135:8 146:14
148:7 149:19
160:19

**hobby**
160:7

**hold**
23:22 49:11
54:10,15

**holding**
113:1

**home**
85:3 105:8

**homeboys**
97:15

**honest**
35:4

**honestly**
8:23 34:4

**hoodie**
113:18

**hopped**
38:3 98:10 105:1
131:21 135:18,19
136:3,6,12
162:16

**hopping**
100:25 131:22

**Hosley**
36:10

**hospital**
66:17 67:3 73:17,
25 88:21 150:1
152:12 153:6,15
154:21 155:10,
11,18,21,24
156:1 157:6

**hour**
79:20 80:2,5
97:12 151:2,6

**hours**
20:15,18,19
40:22

**house**
12:25 13:14,19
14:5 22:9 74:13
75:11,12 95:6,11,
12,23 100:9

**however**
156:13

**hundred**
110:14

**hung**
88:9 101:21
102:13

**hurt**
160:22,25

**husband**
20:2

---

**I**

---

**ibuprofen**
155:1

**idea**
133:5 154:7

**identification**
55:4 90:12 93:7
108:20 116:16

**identified**
113:12

**identify**
51:18 110:24
111:1,12 128:5

**identifying**
113:14

**image**
114:8

**immediately**
23:20

**impair**
10:13,16

**Impala**
146:4

**incident**
6:21 7:5,14 24:10
28:8,12 29:13
47:15 49:7 50:4
51:16 57:24 58:5
61:23 62:2 63:1
66:4 75:8 106:5
108:24 109:24

**inclined**
47:14

**incriminate**
108:5

**Indiana**
59:12,22,24
60:21

**indicated**
116:22 136:2

**indicates**
23:18

**indicating**
36:22 55:16 93:9
112:14,20,22,23
113:6,23 114:3
115:2,19 118:7
126:6 127:1
129:10,18 130:16
132:20 135:1
137:10 148:16
153:4

**indulging**
27:10

**influence**
10:10,15 157:4

**information**

25:18 26:7 48:1,
9,22 49:12 50:10,
21 52:11 62:1
69:18,21,23

**initially**
94:20

**injured**
155:10 159:4

**injuries**
152:13 157:24

**injury**
160:16

**inside**
14:11 108:16,23
126:14 139:8

**Instagram**
31:1,4,19

**instances**
83:25 84:1

**instruct**
62:18 85:23 87:9

**insurance**
154:2

**intend**
26:17

**intentionally**
145:11

**interacting**
153:9

**interference**
85:10

**interfering**
84:21 86:21

**interior**

108:17 109:24
110:2 111:9
124:12

**interject**
24:8 26:17 27:3

**internal**
126:13

**interrupt**
86:6

**interview**
157:12,15

**interviewed**
6:25

**into**
51:12 105:15
131:22 134:18
146:3,4,5 161:16

**introduced**
5:16

**invited**
67:22 68:9

**involved**
7:13 18:14,15
156:11

**iphone**
29:20 30:17 41:7
43:2,5,21,24
45:22,24 52:25
53:1 56:11 76:9

**irrelevant**
62:17

**issues**
26:22 77:20

**itself**
111:25

**J**

**J-A-Z-M-I-N-E**
67:20

**J-O-N-E-S**
67:15

**jacket**
128:7 130:9

**Jacque**
93:1

**jail**
37:3 38:16,18
40:15,16,18
145:21 147:19
148:1 149:3
150:16

**Jazmine**
67:20

**job**
19:6,25 20:3,4,6,
9 21:2 22:1

**jobs**
21:4,17

**Jones**
67:13,20 68:4,5,
6,7 70:13 76:3

**Jonesboro**
12:9

**Jordan**
113:19

**Jr**
68:7

**judge**
24:14 38:11

50:17,19 52:8
84:9 85:6 87:22

**judgment**
10:13

**jump**
26:24 80:20
134:18 146:21,23

**jumped**
37:22 136:8

**junior**
76:25 77:18

**jury**
9:5,10

**justice**
143:10,11

**K**

**Keara**
61:12

**keep**
8:7 47:4,24 87:25
122:21 158:20
160:8

**kept**
16:15

**keys**
74:13,18

**kids**
19:2 45:9

**kill**
145:8,9,11

**kind**
6:12 7:7 15:1
18:17 22:4 30:25

35:6 42:1 72:19
76:16 132:3
146:5 152:22
154:12

**kindly**
27:9

**Kirkwood**
19:20

**knee**
152:24

**knees**
160:20

**knew**
96:5 97:18,23
104:16 121:11,
17,20 136:2
159:12

**Knight**
93:15 94:6
105:18,19,20
106:14,17 117:3

**knows**
103:18 120:21

**Kroger**
21:16,22

**L**

**L-A-B**
113:19

**Lab**
113:19

**lady**
44:22 153:13

**laps**

159:18 160:4

**last**
5:25 11:8 25:10
32:14,18,21 33:9,
14 51:5,21 53:20
56:3 61:13 63:20,
22,24 64:4 68:18
71:4 79:21 99:19
123:17 124:9
158:6

**late**
101:13

**later**
8:17 26:8 28:19
50:8 110:12
141:11 156:4

**law**
4:21,25

**lawsuit**
7:14,17 25:21
161:1

**lawsuits**
7:13

**lawyer**
52:3 87:7 93:3

**lawyers**
52:18 161:10
162:3,7

**laying**
26:3

**lead**
24:17 84:16
86:10 87:2

**leads**
62:11

**least**
5:6 14:21 20:25

**leave**
22:18 98:7 122:9,
12,24 123:2,4,5,
7,12,20 124:3,9,
16

**leaving**
83:1 99:22
105:11 106:17
122:15,17,18
123:14,16 124:7
162:9

**left**
22:12 23:2 29:10
98:23 99:11
100:22 103:3
104:11 106:8,10
113:4 115:8
122:8,13 124:11
145:14 154:21

**left-hand**
112:24 118:22

**leg**
146:22 148:16,18
149:11 152:24
154:15,16,17,18,
19 160:15,17,23

**legally**
8:22

**legs**
158:23 159:11,12
160:22

**length**
38:24

**less**
32:16 89:20

96:18,20,21 97:1
103:11,12 123:22

**let**
7:12 9:3,17,20
15:24 24:3,8 26:7
27:8,9 29:21
44:11 47:5,13
49:18 52:2,15,17,
19 55:1 58:11
59:13 60:3 70:22
74:16 82:19
84:20 86:5 91:21
92:9 93:22
106:12 112:4
114:20 118:1,17
129:23 132:22
137:7,23 147:21
158:17 161:10
162:7

**letting**
84:10 86:8

**Lewis**
93:2

**license**
40:1,4,10,11,14

**life**
77:3 78:4

**lift**
158:15,16,18,22,
24 159:15 160:4

**lifting**
158:15,23

**lights**
133:7,12,14,17,
19,21

**like**
5:1,24 6:11 8:1,

10 9:11 13:17
14:19 18:4,9,23
19:9,13 20:22
21:19,22 24:20
32:3 35:5,8 38:13
40:5 44:12 51:2,
21,22 52:11,12
56:22 63:23 71:9
73:3 75:2 82:6,20
87:6,8 88:10,22
90:22,25 91:6,15
96:10 98:9 101:3,
4,5,14,25 103:14
104:17,18 105:22
106:16 110:12
119:23 120:10
121:5 122:18,20
133:21 150:13
151:21 152:16
154:2,4 156:17
157:9 158:14,15,
20,22 160:7
164:23

**liked**
18:6

**line**
55:18 62:16

**list**
10:6

**listed**
47:3

**listen**
47:22 48:10,18
51:14 52:6 84:7,9

**listened**
100:21

**listening**
84:2 99:16,23

100:3,5,8,17,23
101:7,9 102:17
103:13,25 104:5,
6,11 106:8,22,25

**literally**
40:5 158:20

**Lithonia**
73:14,19 74:8,19
95:6,8

**little**
10:6 12:3 35:18
36:7 67:6,16
80:21 100:21

**live**
13:3

**lives**
14:2

**living**
12:15,23 14:3,8,9
43:20 45:10
61:10 63:10,18
71:1,6,8,19 73:1

**loads**
20:23

**located**
121:19

**location**
98:13 122:7
134:4

**locations**
89:5

**long**
13:13 17:2,3,9,11
21:13 25:24
38:22,24 40:19,
20 41:13,18,19,

20 42:20,23 46:7
49:5 51:7 54:25
56:4,6,23 57:4
60:6 68:12 73:25
97:10 100:15,19
123:19,21,25
148:6 150:21
151:10,17 153:24
160:19

**longer**
151:6

**looked**
111:24 135:10

**looking**
7:25 54:20 91:15
111:5 114:7,25
115:9 130:4,5,7
138:5

**looks**
90:22

**Loop**
73:22,23,24 75:9

**lost**
158:7

**lot**
145:15 153:17,18
159:4,11 162:10

**lunch**
116:8

**Lyft**
97:9

---

**M**

---

**made**
31:8,9,25 86:12

99:21 123:8
131:2 145:3,6

**Magic**
5:17,22 79:22,24
80:4,10,12 83:1,4
100:2,16 104:12,
23 105:6,11,15
106:9,15,19
107:10 108:16,
17,23 109:24
120:11,13,16,19,
22,25 121:1,3,9,
11 123:20
137:17,25 138:7
141:20 142:12,22
143:12,17 161:6,
8 162:10 163:9

**main**
152:18

**make**
9:11 25:14 31:9,
10 49:14 50:19
52:10,24 109:5,6
110:5,13 122:3

**maker**
58:21

**makes**
23:15

**making**
25:12 26:8 46:24
50:14

**Malibu**
146:4

**man**
128:7,10

**many**
14:16 16:17

20:15,21 44:9
45:7 50:23 62:8,
12 67:9 68:23
81:13 82:7 88:9
89:11 91:13
96:14,15,17
99:21 100:1,6
101:24 102:2,12
103:10,24 106:20
115:20 131:23
132:1,12 141:19
147:7 154:4
155:14

**mark**
90:10 93:5
108:17

**marked**
55:4 90:12 93:7
108:20 116:16

**match**
110:7

**matches**
109:16

**may**
25:7 28:21 56:24
57:8 110:4

**maybe**
8:18 23:11
156:20

**Mccall**
23:12

**Mcdonald's**
21:8,9,10

**mean**
23:14,17 28:25
31:8 40:16 43:22
46:24 47:4 51:25

52:12,14 71:9,11
74:12 75:1 79:20
98:23 101:12
102:7 112:4
113:18 115:1
119:23,24 121:4
128:14 134:8,14
140:25 156:5,22
163:23 164:3,23

**means**
8:22 10:1 162:2

**measure**
79:18

**Mechanical**
17:18

**media**
30:21 31:2,18

**medical**
153:3

**medication**
153:14

**medications**
10:12

**medicine**
153:17 154:20

**member**
18:21

**member's**
43:16

**members**
68:1 69:22

**memory**
10:16 35:4 72:6
78:9,15,21 98:21

**mention**

107:20 133:16,22

**mentioned**
69:22 70:14

**message**
136:8,16

**Metro**
17:9,14

**middle**
113:23 114:3
117:15 118:3
128:8 132:20
152:25

**might**
10:6,12 51:18,22
52:18 54:1
102:10

**milligrams**
154:24

**mind**
5:12 110:20
145:1,8

**mine**
120:11

**minute**
14:17 25:25
94:25 125:25
126:9 129:14

**minutes**
14:20,22,23
23:19 52:7
123:22 124:17
130:14 157:11

**misleading**
83:24 85:1

**miss**

157:23

**model**
53:2

**mom**
12:3,24 13:18
14:2 71:4,6,17
73:4

**mom's**
12:25 20:1,12
21:7 22:5 74:19
158:4

**moment**
35:8 124:15
136:16

**money**
117:25 118:4
125:18 134:13,
14,15 162:3

**Montgomery**
13:12

**month**
5:24 17:3,4,15,16
32:21 39:17,18
56:7 63:22

**month-and-a-half**
64:7

**months**
7:19 8:3 17:13,14
32:23,25 38:13,
16,18 39:19
40:12 49:1,13,23
53:17 63:24
64:20 72:18

**more**
11:15 15:21
19:21 26:6 50:23

63:2 66:7 68:19,
24 81:22 82:4
84:11 88:20
89:14 96:16,18,
23,25 97:1,12
103:11,12 104:19
124:13 128:4
129:4 132:22
144:11 161:7

**morning**
75:5,6 156:8,9

**Morphine**
153:16 156:16
157:5

**most**
21:6 86:13 102:7

**mother**
14:1 67:6 68:15
70:6

**mother's**
67:12

**Motrin**
153:17

**move**
25:1 148:18

**moved**
13:18 14:1,6
73:4,5 78:1

**moving**
15:18 42:3,5
73:6,15 74:14
154:16 158:22

**much**
51:12 79:17,18
86:19,20 159:12
162:5

**multiple**
14:6 15:12 31:3
32:4,5 44:7 45:4
73:4,5 74:15
80:11 83:6 89:9
91:9 102:9
106:24 114:12
150:10,14

**murder**
164:5

**music**
99:19 100:21
122:23

---

**N**

**name**
4:10 12:1 22:21
32:8 36:8 41:9,11
42:7,19 43:6,8,
10,11,13,14,16,
21,25 44:2,4,11,
16 45:3,6,18,19
46:1,13,17,18,20
49:4 54:21 55:22,
23 56:3,8,25
57:25 58:18 61:3,
9,11,13 63:5,9
67:12,19,23,24
68:16,18 80:15,
18 81:2,5,7,8,11
83:9 90:8 94:23
95:18,20 100:13
102:21 105:16,19
107:5 115:10,11
146:11 153:12,13
154:9 155:12,13
157:21 158:5,6

**named**
597:

80:24 83:17 93:1

**names**
11:18 31:6 51:14
52:12,13 61:5
67:21 68:1,8,20
69:1,12 83:3
97:16 102:19
104:3

**Natalia**
22:21,22

**Nathan**
68:4,5,6,7 76:2,3

**near**
119:5

**nearby**
164:20 165:5

**necessarily**
110:7

**need**
10:1 22:6 24:5,24
25:4 27:3 46:17,
19 50:3 52:8,14
71:14 85:11,24
86:24 87:10
109:14 116:7
139:3 159:13

**needed**
26:18 76:8

**negatively**
41:14 71:13
96:24

**neighborhood**
159:8

**nephews**
67:7 70:14

**never**
14:15 24:20 32:2,
3,7 44:1 79:1
91:14 95:8 98:23
120:23 159:12,22

**Newton**
15:15 16:5,7,8,9

**next**
54:12 82:24
95:12 98:1,8,12
102:11 112:23
119:10 122:7
126:2 134:3
139:15

**nicely**
84:24 87:20,21

**Nick**
5:15 102:23

**night**
25:10 29:2,17,24
30:6,19 53:20
66:9 72:12 75:5,7
78:23 79:1,4
81:3,4 94:11
106:19 108:23
109:24 125:24
156:3,7

**nine**
129:14

**ninth**
77:19 78:13

**nobody**
134:5

**nods**
9:24 17:5 96:22
116:25

**non-party**
24:7

**none**
106:12

**Norfair**
73:22,23 75:9

**Noted**
58:8 114:14

**notes**
85:17

**nothing**
47:16 59:5 65:1
84:11 140:24
158:16

**notice**
4:19 135:6

**noticed**
124:2 135:8
139:22,25
140:16,17

**November**
11:17

**nowhere**
146:23

**number**
16:19 23:8 24:5,
22,25 27:22,25
28:11 29:1,5
30:2,4,7,8,9,11
47:9 54:14,16
58:15,23 59:5,15,
20,21,25 60:12,
16,18 61:22
70:18 76:5 99:25
103:12 115:22,24
116:2 120:18

121:16 124:25

**numbers**
29:9 62:13 69:24,
25 70:2,16

---

# O

**O.C.G.A.**
165:18

**oath**
6:7 8:3,11,22

**object**
23:9 25:6 27:23
28:4 44:13 61:6,
25 62:15 63:13
64:6,12,17,21,25
65:4,8,13,16,20,
24 68:10,13 69:3,
10,16 70:3 71:20,
21,22 72:3,7,23
73:2,10 74:4,21,
25 75:23 77:5
78:18,24 79:5,9
81:24 82:5,11,18
83:5,10,15,22
84:22 88:12
89:17,21,25 90:3,
5,6 91:1,5,11,18,
25 92:6,15,22
93:20,22 94:8
107:18,25 108:12
114:9 117:21
118:8 119:8,22
122:11 123:23
125:7,16 127:10,
18 128:3,13
129:8 130:1
131:4 134:7
136:10,22 137:4,

18 138:11
141:14,15,24
142:5,13,19,23
143:14,19,23
144:7,19,24
145:5 146:16
149:17,23 151:4,
7 156:21 162:23
163:6,12,18
164:11,21

**objecting**
25:15 28:20
83:23 87:15

**objection**
25:8 26:8 28:10
62:5 85:17,21,22
87:16,17 94:13,
15

**objections**
5:4 28:15 62:4
83:21 84:3,6,25
86:12 87:4,6,11

**objects**
158:24

**obliging**
84:10

**occasionally**
110:20

**occurred**
79:22 80:23
83:14 145:1

**October**
4:2 41:6 56:10
66:4 70:23 71:1
72:14 78:16

**off**
6:12 9:20 42:1

59:7 72:19 97:8
113:8 116:10,11
118:9,12 120:10
147:5 150:7,8,23
151:18,22 155:4
156:16 160:5
165:7

**offering**
47:25

**officer**
142:4,11 143:1,
13,18 144:5
145:19,22,24
147:17 150:8,18,
21 151:10,14
156:1 164:20
165:5

**official**
7:7

**often**
64:2,3 160:6,11

**old**
16:14

**on-call**
20:22

**once**
76:20 88:20,21
89:24 102:14,15
136:19 155:15,19
156:2

**one**
6:3,9,20 7:16 9:1
15:21 17:8 19:21
21:6 30:2 31:8,9,
11,14,15 32:1
34:19 40:9 41:12
45:16 46:3,5

56:18 57:5,6
59:22 60:2 61:5
63:2 67:25 70:11,
12 73:11 77:23
78:5 80:13 85:13
98:10 99:7
110:14 111:2
112:4 119:24
120:18,23,24
121:16 123:1,8,
17 124:4,9,12
125:25 126:9
129:13 131:16
138:13 145:24
149:5 150:9
151:25 152:1,18
155:12,16,20,23

**one-and-a-half**
64:20

**ones**
11:15 15:13
153:19,20 155:2

**only**
6:3,9,20 17:8
31:2 36:21 58:20
63:4 66:25 77:23
97:23 116:23
121:9 139:20
145:23 153:19,20
154:18 155:2,15,
20,23 156:2

**open**
146:24,25 147:1
148:17

**opened**
148:8 157:9

**operator**
123:11

**option**
112:4

**order**
15:19 120:5
165:14,15

**ordered**
120:4

**organization**
18:23

**organizations**
18:16

**otherwise**
52:15 109:15

**outside**
108:23 123:4
125:21 126:14
141:9

**over**
35:24,25 36:1
38:6 41:5 48:20
86:25 110:21
122:22 134:25
135:3,7 139:22
148:10,11,15,22
149:4,16,18,22
162:18

**overnight**
21:20

**owe**
140:24 141:3

**own**
103:5 107:22

─────────────

**P**

─────────────

**P-H-A-T**

115:15,16

**p.m.**
95:3 111:11
114:22 116:14
155:7 165:9,21

**page**
54:20 55:16,17

**paid**
20:6 42:25 43:2
53:6,7,9,10,15
161:18,21

**painful**
160:17,18

**Pam**
4:14 9:23 10:1
42:9 59:14,20
136:1

**pants**
113:19 115:6
126:20 128:7
129:20 130:9

**Paradise**
138:8

**parking**
145:15 162:9

**part**
13:5 23:19 72:2
75:16,18 86:13
109:5,7 110:6,13
113:10 148:10,13
149:4 162:17

**participate**
18:21

**particular**
26:9 114:6,8

**partner**
84:15

**party**
99:17,23 100:4,5,
8,17,24 101:8,9
102:17 103:13,25
104:5,6,11 106:8,
22,25

**pass**
99:9

**passed**
13:22

**passenger**
131:14 139:16
140:10,14 141:9

**passing**
129:21

**passwords**
31:10

**past**
162:19

**pause**
110:19 114:19
124:17 126:7
129:13

**paused**
114:21,24

**pausing**
112:17

**pay**
42:12,23 53:4,5,
8,9 122:3 140:17,
19

**paying**
25:22 44:22

45:14,17 75:2
122:1 139:11

**pays**
62:13

**peers**
11:24,25 12:4

**people**
6:4 7:4 12:1,4
24:12 25:13,24
44:12,15 57:11
67:21 68:2,23
69:19 81:13,16,
19,22 82:4,7
83:16 93:4 96:14
97:23 101:12,13
102:6,8,10,16
103:3,4,6,9,10,
13,15,18,22
104:2,16,19
106:20 114:12
120:15 124:5
128:14 131:23
132:8,10,11,12
134:15 159:8

**percent**
110:15

**Percocet**
153:16 154:24
156:16 157:4

**perform**
99:7,8

**performance**
99:6

**performed**
100:20

**perimeter**
14:11

**period**
48:13 58:4
158:15,25 160:14

**permanent**
12:19 74:18

**person**
26:21 47:2,19
50:20 51:18
53:10,14 56:24
64:16 66:15 88:3
93:1 104:9
114:11,17 116:23
123:3,5,6,7 126:2
127:23 131:19
137:9 155:20
165:4

**personal**
67:23

**Peter**
80:16,17 99:17,
23 100:4,24

**Phat**
115:11 116:24

**Phat's**
116:2

**phone**
22:11 23:2,19,21
24:16,21,25
25:23 27:22,25
28:3,7 29:2,5,9,
10,13,16,19,20,
23,25 30:6 41:6
42:13,19,21,23,
25 43:2 44:4,10,
16,22 45:2,5,14,
21 47:2,3,10,14,
19 49:2 51:8,15
52:22,24 54:18,

21 55:21,23 56:8,
10,24 57:17,23,
24 58:15,18,23,
25 59:1,5,8,9,10,
11,15,21,22,24
60:1,4,6,8,12,14,
17,21,23,24,25
61:9,16,22 62:1
63:2,4,8 64:9
69:24,25 70:2,16,
18 76:5 86:18
116:2 135:11,12,
14,15,16,17
136:21 137:3
164:6

**phones**
29:8 61:2 62:8,9,
12,23

**physical**
153:22,25 154:6,
9,13

**physician**
153:5,8

**pick**
64:14 98:21,24
111:15 122:4

**picked**
151:21

**picking**
9:24

**picture**
90:18,21,25 91:7,
16 92:2

**piled**
131:23

**pitcher**
17:25

**place**
98:8,25 99:3,5

**places**
83:3,7 89:5

**plaintiff**
114:21 126:8

**plate**
120:10,11,13,17,
19,22 121:1,4,6

**play**
17:22 114:16
117:13 118:18
126:22 132:22
141:10,25 159:10

**played**
112:1 160:11

**playing**
127:21 159:14

**plead**
39:3

**pled**
39:4,5,7

**plenty**
21:4 68:24
121:23

**point**
10:1 26:18 27:5
28:18 42:2 58:3
99:16 111:12
112:11 119:2
122:21 126:1

**pointed**
129:15

**pointing**
114:10 128:14

129:1,3

**points**
40:9

**police**
35:9 66:20,24
109:21 115:18,
20,21 126:2
129:22 142:4,7,
11 143:13,18
144:5 147:13
151:10 155:10,20
164:19 165:5

**policeman**
150:14

**policemen**
148:25 150:10,15

**Pookie**
68:22 69:5

**pop**
146:24

**popped**
147:1

**portion**
111:23 113:13,15
124:14 125:3
126:13 136:4
162:3

**position**
17:24 25:9,12
58:4

**possibilities**
51:25 52:5

**possible**
51:14 57:1 82:3

**possibly**

45:7

**posted**
32:14,18,21 33:8,
11,12,13,17

**pot**
79:15,19 98:5
106:24

**practice**
4:21 86:1

**preceding**
23:20

**prefer**
85:3

**prep**
11:9

**preparation**
11:4

**prepare**
10:21 11:11

**prescribed**
154:20

**presentations**
109:10

**preservation**
4:24

**pretty**
105:21,24 106:1
151:13,17 160:11
162:4

**prevent**
160:16 163:10

**previous**
11:10 23:18
102:4 103:22

Demetric Favors                    October 31, 2018                    Page 191

**previously**
50:12 54:4
112:11

**prior**
24:11 56:7

**privacy**
62:17

**private**
25:18

**privilege**
28:22 108:7,9

**probably**
31:25 47:14,16
52:14 69:20 71:5
72:16 77:19
86:12 99:12,24
103:22 112:15
115:1 122:18
157:21

**probation**
36:4 38:20,25
39:9,21

**probative**
86:14

**problem**
108:3

**problems**
72:6 78:21
105:25

**proceed**
87:24

**process**
48:19

**produced**
109:18,19 110:1,

9

**proffer**
23:14 28:5 52:9

**proper**
55:6

**Properties**
138:19

**propose**
5:7

**provide**
26:7

**provider**
25:5

**pulled**
38:6 103:5
104:18 105:14
129:20 142:7
144:12 145:18
147:13,16 148:24

**pulling**
101:14 105:15
141:20 142:6
151:14

**punished**
143:8

**purchase**
45:21

**purchased**
45:23,24 120:24

**purchasing**
121:1

**purpose**
55:4 90:12 93:7
108:20 116:16

**purposes**
4:23,24 61:24
109:10

**pursuant**
4:19,20 6:21
165:18

**pushing**
154:19

**put**
36:4 42:19 84:12
85:19 109:9
110:11 111:22
124:22 128:23
129:2 138:25
139:5 140:1
147:3 150:9,22
151:14,18,20
152:24 157:9
158:19 159:2
160:24 163:24
164:1

**putting**
139:15

---

**Q**

---

**qualify**
54:3

**question**
5:4 9:7,8,10,11,
17 18:20 23:23
27:24 28:4,9
29:22 44:19
47:16 48:18
51:10,11,20,22
52:5 54:12 55:15,
21,24 56:19
59:13 62:2,12

71:22 74:17 77:4
83:18,24 85:1
87:12 88:2 90:16,
20 91:3,19,22
93:23,25 94:1,2,
4,15,19,21
108:10 116:7
124:19,21 136:15
137:23 138:16
139:4 141:13
143:25 149:6
165:1

**questions**
6:6,20 8:10,23
9:2 10:6 35:22
46:15,16 50:24
52:17,19 56:18
58:1,11 62:16
86:13,25 87:1,4
108:3 149:8
156:15 157:7
165:11

**quick**
40:23 116:7
151:13,17 155:3

**quit**
21:20

**quite**
12:11

---

**R**

---

**R-A-S-H-A-D**
36:13

**R-E-E-S-O**
11:22

**R-O-D-R-I-Q-U-E-Z**

4:15

**ran**
135:3 138:25
146:4,5 148:15,
22 149:16,18

**rapper**
102:8,9 103:18
118:15

**Rashad**
36:10

**read**
10:23 25:10
53:20 59:15,17,
20 85:7 94:19
115:22 136:1,3
143:25 144:1
157:15 161:1,2,3,
4 165:13

**reading**
51:11

**ready**
75:7 124:3

**real**
62:12 81:5,8
155:3

**really**
11:9 20:22 51:20
91:3 107:5
158:23 159:13
162:7

**reask**
137:23

**reason**
10:18 47:17
91:23 92:1,13
142:21

Demetric Favors                    October 31, 2018                    Page 192

**reasonable**
58:4 164:9,15,18,
23

**reasonably**
87:1

**reasons**
25:22

**recall**
52:24 53:10
55:14 72:15

**receiving**
34:18,21 35:2

**recent**
21:6

**recently**
39:9

**recess**
41:1 57:19 95:2
116:13 155:6
165:8

**recognize**
103:24 114:18
127:23

**recognized**
102:16 107:4,5
114:23 116:23

**recollection**
55:12 57:23

**record**
4:11 27:13,19
52:10 58:7 59:17
84:12 85:19
87:11 109:6,7,14,
15 110:6,11,13
111:2,4,23
113:11 114:5,10,

20 115:23
116:10,12 118:1
124:22 128:5,21
129:2 144:1
155:4 165:7

**recording**
157:12,14

**records**
24:6,16 25:4
47:15 51:15,19
52:15 54:18
57:12,17 58:3,5
86:19 153:3

**recourse**
50:7

**recovering**
153:6,10

**recreational**
159:10,14

**red**
113:19 126:20
128:8

**reduced**
36:20

**Reeso**
11:20

**reference**
111:3 114:7

**referenced**
80:13

**referred**
154:7

**referring**
55:18

**reflect**

24:16 111:23
114:10,20 118:2
129:3

**refresh**
55:12

**regards**
142:3

**regular**
96:10

**relate**
26:22

**related**
7:16

**relates**
47:15 85:14,17
111:24

**relation**
118:25

**relationship**
41:24

**released**
73:16

**relevancy**
26:2 61:22 87:18

**relevant**
23:15,17 24:4,17,
18 25:18 28:5
58:6 87:1 108:11
124:21,22

**reliable**
156:20

**remember**
6:13 12:17,18
13:11 14:7,12,13
19:7 29:6 31:10

32:6,8,15,17
33:12,18 35:4,9
38:12,23 39:24
40:4 41:16,18
43:9,12,18 44:3
46:5,8 49:8
50:20,25 51:1
53:1,14 56:7,8,13
58:19,24 61:14
62:12 65:25 66:2,
25 68:23,24 69:1
70:25 71:25 72:2,
17,18 73:11
74:11 78:6,7,11,
12,14,16,22,25
79:4,8,10 80:1
81:15,17,18,20
82:13,15,20 83:3,
13 86:15 93:3,10
94:10 96:5,7,15,
17,18 97:6,7,21
98:25 100:13,23
101:1,2 102:21
103:10 105:8
107:7 120:25
122:2,16,17
124:8 129:11
131:8,9,10,16
132:1 134:9
137:5 147:3
153:12,13,19,21
155:2,13,15,25
156:15,22 157:6,
20

**remembered**
8:17 82:10

**remembering**
35:6

**repeat**
19:21 94:1

**rephrase**
74:17 91:21 92:9
94:2,4 106:13

**report**
164:9,16

**reporter**
6:6 27:18 59:18
94:3,19 144:2
165:14,16

**represent**
85:25 92:10
109:12,17 125:23

**request**
24:7 26:9 58:2,7
61:25

**requests**
25:12,14

**required**
8:22

**reserve**
5:1,2 28:15 62:4

**reserved**
83:21 84:5
165:20

**Reserving**
5:3

**resolve**
50:15

**respect**
49:21 86:16

**Respectfully**
28:14

**respond**
9:17 90:15,19
93:23

**responding**
93:24 94:20

**response**
39:12 51:21
136:14 139:2

**responsible**
163:5 165:3

**responsiveness**
5:5 28:16 77:5
87:12 88:12 90:3,
6 91:18 93:20

**rest**
69:12 101:4

**restart**
112:10 134:21

**restarted**
128:24

**restroom**
40:24

**rewind**
130:11

**rewinding**
115:1

**ribs**
149:16 152:16

**rice**
120:6,14,18

**ride**
98:12 122:5

**robbery**
34:25 35:1 36:18
37:6 145:21
147:19 148:1
149:3

**Rockdale**
15:18 16:3,7

**rod**
152:24,25

**rode**
104:24 105:10
106:12,15,17
107:10 122:5,6
123:17

**Rodriguez**
11:19

**Rodriquez**
4:1,5,12

**rolled**
149:22

**room**
152:6,7 157:10

**roughly**
13:17 14:16
17:11 103:16,25

**row**
132:6,7,8,12,14

**rows**
132:1,4,5,6

**rub**
160:20,23

**run**
10:5 18:7,11
134:25 146:3
147:20,25
148:10,11 159:3,
4,18 160:4

**running**
18:6 127:23
130:8,18,20,23,

25 131:3,7,9
135:7 158:16
159:2,3

---

**S**

---

**S-A-T-A-R-A**
67:15

**said**
8:1,15 15:9 24:11
25:24 30:17
33:13 39:9 44:1
45:18 49:13,22
51:22 52:5 53:17,
25 54:21 55:2,14
56:13 58:24 59:4
60:4,5 67:16 69:7
76:10 78:3,8 80:9
82:6,15 88:3 95:8
100:20 103:8,14
116:22 118:2
120:4 124:8,9,10
136:5,19 139:13
140:21 146:14
147:20,25 148:3
149:10,16 150:22
156:19 157:3

**Salem**
15:15

**Salute**
113:18

**Sam**
5:1 48:24

**same**
17:12 21:18
23:16,21 31:18,
19 34:23 35:20
36:17 74:14

85:21 94:15,21
100:10 102:6
104:15 105:2
106:20 109:12,23
110:8,9 113:21
122:9 125:10
145:22 150:9
155:19 156:7

**sat**
6:5 86:11

**Satara**
67:13

**saw**
63:20,24 102:1,4,
5 133:12 141:22

**say**
11:8 13:18 15:23
16:18,20 20:15,
17,25 21:10
24:21 34:1,6 36:7
41:24 45:17
48:15 51:8 55:1
56:5 60:18 67:10
80:3,25 95:21
97:6 99:25
100:20 107:9
114:11 119:13
123:11 124:23
133:3,20 139:8,
12 140:5,8,24
141:1,2,5 145:25
155:19 156:13

**saying**
9:9 28:21 29:16
44:25 45:2,13
46:3 48:16 49:16
50:13,17 55:1,9,
10 56:14,20,22
57:15,17 74:14

82:20 86:15 89:4
101:25 119:25
123:16 129:1,4
139:9,10 149:21,
24 156:23

**says**
48:7 49:20 63:5

**scare**
145:8

**scars**
148:19 152:18

**scene**
114:6

**school**
12:4,6 15:11,22
16:2 17:6,22
18:15 19:10 22:2
76:13 77:11

**schools**
15:12,19,22
16:17,20,21
76:11 77:21,25

**Scooter**
97:13,24 100:19
101:5,10

**Scooter's**
101:16,22 104:24
146:9,12,14

**scope**
26:8 58:6 87:2

**scrapes**
152:17

**screen**
111:17,21 112:24
113:4,8,23 114:3
115:8 118:3,22

128:8 132:20

**screws**
152:23 160:19,
20,23,24

**scroll**
59:14

**search**
57:16

**seat**
40:10 131:14
132:11 140:10
147:2,3

**seats**
132:1

**second**
23:24 62:7 78:5,6
131:19 140:9
144:18 147:11
148:8

**seconds**
111:11 112:18
115:25 118:2
124:18 125:4,15
126:1,9 129:14
136:12 141:11,19

**security**
138:3 162:19

**sedan**
146:7

**seeing**
89:4 138:5

**seeking**
158:7

**seem**
9:11 10:6 134:25

**seems**
48:7 51:1,21
109:11

**seen**
88:10,15,16 89:2
91:9,12 101:18
103:21 104:5,6
106:19 108:22
110:6 115:18,19
116:20 118:12
137:11 145:23
147:17 155:15

**sees**
112:6 163:22

**sell**
120:17 121:5

**seller**
120:18

**send**
23:6 121:3
135:21 136:8

**Senior**
77:1

**sense**
48:19

**sent**
135:18,24 136:2,
16

**sentence**
38:12 84:20

**sentenced**
38:8

**sentences**
27:9

**sequence**

131:22

**serve**
40:13

**service**
54:18 138:22

**sessions**
154:1

**seven**
67:10 68:8 69:7
101:6 103:15

**several**
56:18 93:4 94:17

**shakes**
9:24 41:14 71:13
96:24

**shape**
160:8

**shattered**
146:22

**she'll**
71:17

**shirt**
112:21 115:5,7
118:21 119:6,14
126:19,25 128:11
129:15

**shoes**
115:6 126:20
128:8

**shoot**
91:14 95:13 96:1,
3,6,8,9,11 97:2,
11,13,19 98:5,7,
11 99:1,11,22
101:25 103:9

115:18 143:13
144:13,17 145:3,
8

**shooting**
12:13,16,20 14:8
23:20 29:3,17,24
30:7,19 31:20
32:12 41:7,21,22
43:3 47:11 63:6
70:23 72:13
74:10 75:6 78:23
79:1,22 80:22
81:14 82:10,12,
16,21 83:14 88:4,
15,18,23,24 89:1,
7,12 92:12 93:13,
16 94:7,11 95:7,
11 102:13 105:2
121:8 125:25
127:13 142:7
143:2 156:4,7,11
160:3 163:10

**shoots**
89:3 102:4

**shortstop**
17:25

**shot**
5:22 15:2 25:23
35:9 52:21 53:15
66:5,9,10,20,24
73:15,16 79:2
82:13 83:1
115:21 141:12
142:11 144:5
145:22,24 147:5,
7 149:1,11
150:14,18,19
158:12 159:25
162:16 163:3

**should**
10:19 26:22
85:13 86:1 143:8,
10 163:16,24

**show**
53:18 55:15 99:8
108:16 112:8
125:5 137:7

**showed**
125:4

**showing**
109:6,16

**shown**
113:13

**side**
26:12 112:24
113:4 115:8,9
127:5

**sifting**
86:17

**sign**
165:13

**signaling**
86:10

**signature**
5:1,2 165:19

**Silky**
68:22 69:5

**silly**
10:6

**silver**
134:24 146:7,8

**similar**
25:12

**since**
14:6 73:5 83:21
88:15 123:7
161:18

**sir**
5:8,19 8:1 10:11,
14,17,20,25 11:2,
6,13,20 12:14,21
13:2,4,9,16,24
14:4 15:10,20
16:1,22 17:1
18:24 19:8,11,18
20:1,8,14 22:24
23:3,5,7 29:4,7
30:3,5,10,12,14,
16,18,20,22 31:3,
5,17,21,23 32:10,
13,20,22,24 33:1,
3,5,7,10,22 34:16
35:16 36:15,19
37:14,16,19,21,
24 38:2,9,17,19,
21 39:2,22 40:2,7
41:8,10 42:22
43:7,15,17 46:6,
13 52:1 53:16
58:14 59:2 62:25
63:3,7 67:18
71:7,25 72:4
76:12,14,18 81:6,
12,20 83:11 88:5
92:24 94:24 98:4,
16,18 99:4,6
100:14 102:20
108:25 109:2
110:3,10 113:24
114:4 117:1,4,11
118:14 121:10,13
124:6 126:21
127:14,25 128:2,
9 134:17,20

144:16 148:4
150:2 151:20
152:9 153:3
154:22 161:15
165:16

**sirens**
133:10 147:15

**sister**
31:9,25 67:6,17
70:8

**sit**
51:23 164:6

**sitting**
112:13,15 126:1
132:8,11 138:24

**situated**
157:1

**situation**
25:20

**six**
15:22 32:25
141:11

**sleep**
157:9

**Sleeping**
75:3

**slightly**
80:7

**slurred**
157:8

**smoke**
79:15,19,22,24
80:2 98:5 106:22,
24

**smoked**

79:21 80:3,10,14
86:20

**smoking**
80:5

**snatch**
37:18

**social**
30:21 31:2,18

**somebody**
37:18 81:21
119:25 120:2,10
122:19 138:6
164:19

**someone**
53:5,7,9 96:6
97:8 98:12 121:3
122:24 123:17
127:16 145:12
154:8 162:10
163:16,22 164:8,
25

**something**
27:14 38:13
78:11 84:12
88:22 96:7 104:9
108:5 109:5
110:5 111:23
129:4 135:14,16
139:10 154:2

**sometime**
74:2

**sometimes**
9:3

**somewhere**
65:19 99:14

**son**

68:5

**soon**
111:15 156:5

**soon-to-be**
20:2

**sophomore**
76:25 77:18

**sorry**
13:25 16:7 23:25
95:9

**sort**
7:7

**sound**
7:20 53:22

**sounds**
52:11 56:22

**South**
15:14

**Southside**
15:14 77:12,25
78:4

**speak**
11:4 64:2 65:3,7
84:10 88:17
155:11,14 156:1

**speakerphone**
57:22

**speaking**
62:4 84:25 85:14
87:15,17 119:6
122:22

**specific**
13:10 37:4 55:15
66:7 78:12 128:4
161:7 164:25

**speeding**
40:9,11

**spell**
4:13 11:21 19:17
36:12 42:9 67:14
95:16

**spelled**
31:15

**split**
144:18

**spoke**
8:9 64:4 65:5
88:19 155:20,23
157:3

**spoken**
89:6 113:25

**sports**
17:22 18:4

**squats**
154:17,19

**stage**
118:6,9,12
125:18

**stamp**
111:10,11 112:11
113:21 114:21
125:11

**stand**
160:19

**standard**
5:3

**standing**
82:24 103:22
118:24 119:1,3,5,
10,12 122:22,24

141:9

**stands**
111:4

**stared**
91:14

**Starks**
5:2,10 6:1,8,12,
18,19,24 7:7,10
8:4 23:9,13,22,25
24:2,9,13,19,23
25:3,7,11,15,25
26:4,15,19 27:1,
4,6,10,20,23
28:4,17,20 33:24
34:1,6,11 35:24
36:3,5,9 40:23
44:13 46:14,19,
23 47:7,12,22
48:3,5,8,10,18,25
49:3,6,10,16
50:1,5,12,16,19
51:3,4,9 52:2,6
54:7,10,15,23
55:1,6,9,13,17,20
56:14,20,21 57:3,
7,8,21 61:6,17,21
62:5,10,15 63:13
64:6,12,17,21,25
65:4,8,13,16,20,
24 68:10,13 69:3,
10,16 70:3 71:20
72:3,7,23 73:2,10
74:4,21,25 75:23
78:18,24 79:5,9
81:24 82:5,11,18
83:5,10,15,19,23
84:4,7,9,17 85:4,
8,11 86:4,7,23
87:21 89:17,21,
25 90:5,15,17,19

91:1,5,11,25
92:6,15,22 93:22
94:3,8,14,18 95:1
107:18,25 108:2,
8,12 109:4,11,20,
22,25 110:4,11,
16 111:1,22
112:4 113:11
114:5,19 115:22
116:7 117:21
118:8 119:8,22
122:11 123:23
124:20 125:7,16
126:10,13,17
127:10,18 128:3,
13,20,25 129:7
130:1 131:4
134:7 136:10,22
137:4,18 138:11
141:14,24 142:5,
13,19,23 143:14,
19,23 144:7,19,
24 145:5 146:16
149:17,23 151:4,
7 155:5 156:21
158:7 162:23
163:6,12,18
164:11,21
165:13,17

**start**
42:20 101:11
117:13 125:2
130:18 131:3,7
141:18 142:2

**started**
21:7 106:5
130:23,25 135:10

**starting**
72:10 95:5,10
125:5,25 126:22

132:25

**starts**
111:11

**state**
4:10 78:11

**stating**
72:17

**stay**
74:24 97:10

**stayed**
14:15,21 95:8

**staying**
70:23 71:5,25
73:14 74:8,11,12,
15,16 75:2 95:23

**stays**
22:24

**steak**
120:6,14,18

**steal**
37:25

**stealing**
37:9,15,17

**step**
110:21

**Stickman**
81:4 105:7,9
107:2,5 117:5

**still**
13:21 40:18 59:6,
7 73:6 74:13
102:22 119:1
127:16 128:11
130:16 147:14
148:18,19,23

149:11 159:8

**stipulation**
85:18 87:10

**stipulations**
5:3

**stitches**
152:25

**stock**
21:20

**stole**
162:15

**stolen**
162:11

**stomach**
148:23

**stop**
61:17,19 84:20,
24 85:6,10 86:10,
21 87:19 99:8,19
100:16 112:5
126:5,24 127:21
129:23 139:12
140:3

**stopped**
126:8 133:1
154:1,2

**stops**
99:21

**strange**
130:22

**street**
13:12 37:20
80:16,17 99:17,
23 100:4,24
120:15 145:16,18

147:12 148:23

**stretches**
154:14,15,17,18

**strip**
121:15,16

**stuck**
148:16,18 149:11

**study**
17:17

**stuff**
17:19 18:16
154:12

**subject**
26:8 28:13 129:8

**submitted**
58:3

**subpoena**
25:5,6 58:2

**such**
22:7

**suggest**
92:21

**suggesting**
50:23 57:10

**suggestion**
51:10

**suing**
138:14

**summer**
19:1,5,6 21:16

**summers**
19:9

**Summerwind**

12:9

**supervise**
85:16

**supplement**
46:25 47:3,20

**suppose**
114:8

**supposed**
22:16 49:22
118:15 144:11

**surgeon**
153:2

**surgery**
66:13 152:20,22
153:7,11 156:6
157:9

**surprised**
81:21,25 107:15
162:21,24 163:4

**surrounding**
7:14 35:12 58:5

**surveillance**
108:22

**suspended**
40:1,5,8,14
76:17,20 77:14,
15,21

**SUV**
132:19,24 134:22
145:25

**swear**
4:4

**sworn**
4:6

**T**

**tagged**
103:4,7

**tailored**
62:1

**take**
36:23 39:13
40:23 41:17
57:13,18 65:23
84:14 94:25
116:8 118:6,9,11
123:19,21,24
152:5 155:3

**taken**
4:19,22 6:21
10:19 41:1 57:19
59:12,22,24 95:2
116:13 118:4
155:6 165:8

**takes**
162:17

**taking**
10:12 26:21 27:1,
12,16 34:18,20
36:20 39:7 84:17,
22 85:14,15 87:8,
24 153:10

**talk**
36:25 59:6 64:11,
24 66:5,11
119:17,20,25
134:2 156:3,9

**talked**
6:4 7:4 8:1,3 11:3
58:20 66:13,21
92:24 106:3

156:5

**talking**
7:3 8:5 23:23
57:6 72:12 75:8
100:18 118:19,20
120:2 124:21
125:17 128:5
133:24,25 134:5,
9,10 135:17
136:21,23,24
140:20,22
150:12,15 157:8

**tapping**
141:20

**teacher**
78:13

**teen**
19:7

**teens**
19:6

**telegraph**
84:23

**telegraphing**
84:3

**telephone**
54:14,16

**telling**
18:19 50:6 87:21
150:15 158:3
160:21

**ten**
14:19 96:16,23
104:19 157:11

**tenth**
19:13 77:19

**terms**
46:16

**test**
158:20

**testified**
4:6 49:1 81:22
92:11,16,17,18

**testifying**
26:1

**testimony**
4:24 23:18 24:11
28:6 44:21,24
50:8 111:18
124:2

**text**
135:19,21,24
136:3,8,16

**texting**
135:17,20,25
136:20,23,24,25

**than**
11:10,18 15:21
28:15 30:4,7,8
32:16 46:24 57:4
62:1,24 63:2
68:12 77:24
81:22 82:4 88:18,
20 89:14,20
96:16,19,20,21,
23,25 97:1,12,19
103:11,12 104:19
106:14 123:22
151:6 158:18,19

**theft**
34:18,20,21,22
35:2 36:20 39:7
164:8,19

**their**
25:16 44:11,16
67:23 68:20 69:1,
23,25 70:2,16
97:16 99:8 103:5
104:3 120:18
147:15

**therapist**
154:10

**therapy**
153:22,25 154:6,
13

**thereupon**
41:1 55:3 57:19
59:17 90:11 93:6
95:2 108:19
116:11,13,15
144:1 155:6
165:8

**thing**
18:17 23:16 35:6,
20 58:20 66:25
100:10 103:5
139:20 151:21
164:24 165:3

**things**
35:5 41:5 72:15
78:10 120:17
154:16 156:14,23
160:17

**third**
16:15 132:14

**Thirty**
20:19

**thorough**
86:17

**thought**
48:13 134:3
139:19

**thoughts**
144:8,9

**three**
20:25 21:2,22
26:16 32:23 33:6,
9,14 39:19,20
40:5,6 49:1,23
52:18 53:17
63:23,24 80:5
94:16 98:9 104:1,
2 132:4,5 135:22
152:16 154:4

**three-and-a-half**
29:6

**three-way**
26:12

**threw**
145:19 147:17

**through**
84:14 128:17

**throughout**
102:25

**throw**
99:24 149:2

**thrown**
29:14 72:11
145:17

**tibia**
147:9 152:17,19

**tight**
23:22 49:11
54:10,11,15

**time**
5:5,25 6:9 9:24
11:8,9 12:13,15,
19 19:21 21:18,
25 26:24 28:7,12
31:19 32:12,14
34:23,25 35:5
38:24 39:13 40:9,
13,16 41:7,17,19,
20,22 43:3 44:8
45:4 47:1,15
48:13 49:6 51:5,
6,16,21 53:15
54:1,2,19 56:25
57:24 58:4 61:23
63:1,6,20 64:4
66:4 70:23 71:4,
6,19 72:19,22
73:9 74:9,14,24
77:24 79:21
80:20 82:12,13
88:4,11,17 93:13,
15 94:6 99:11
101:21 104:15
106:20 111:3,10,
11 112:11 113:21
114:7,21 117:7,
14 118:24 121:1,
9 122:10 123:9
124:13,15,21,22
125:3,10 127:12,
17 135:6 137:12
144:11 145:1,24
147:13 155:16,23
158:4 159:24
160:19

**times**
7:4 14:6 19:8
40:5,6 72:20
73:4,5 88:9 89:9,
11 91:9,13 94:16

101:24 102:2,12
106:24 115:21
121:23 147:7
155:14

**tire**
149:21

**tit-for-tat**
25:21

**to-go**
113:1

**today**
5:18,21 8:21
10:19 64:5

**together**
95:22,25 97:3

**told**
6:11 38:11 49:23
65:9 66:19,20,23
67:1 69:4,11 73:3
77:14 93:3
106:16 115:17,
19,20 119:23
122:15,16,17
138:2 143:12,17
145:20 147:18,
22,24 149:1,3
150:13 151:11,15
157:18,20,22

**tonight**
85:2

**Tony**
68:5,6

**took**
37:3 117:25
147:5 150:3,7,8,
23 151:22

**top**
128:10,12 132:20

**total**
16:17 81:13

**totally**
62:17

**touch**
70:1,15 71:17
76:7

**tough**
17:19

**towards**
129:24

**town**
13:5 14:9 22:23,
24,25 23:4 72:2
75:16

**track**
18:7 128:17

**tracks**
96:11,12

**tragic**
35:8

**train**
96:11,12

**transcript**
6:24 10:23 11:11
53:18 55:2 85:7
87:5 136:4
157:15

**transferred**
77:25

**treated**
152:10,11

**trek**
14:19

**trial**
5:5 55:11

**trick**
136:15

**trigger**
144:15

**trouble**
76:13,16 78:9

**truck**
105:1 132:3,4

**truly**
85:1

**truth**
49:22,23 50:6

**truthful**
8:13

**try**
47:1,4,13,25
51:19 52:15

**trying**
41:16 47:6,8,24
48:21 49:17,24
50:9,22 51:13,24
54:17 62:7 97:20
129:5 136:15
145:11 156:24

**turn**
122:21 129:24
133:7,10,21

**turned**
130:6,14 133:14,
17,18

**turning**

Demetric Favors                    October 31, 2018                    Page 199

130:12

**TV**
107:6

**twice**
40:5 78:3 88:20
102:14,15 147:8

**Twitter**
32:3,5,9,11,14,
18,21 33:9,11,12,
14

**Twitters**
32:4

**two**
5:25 17:15,16
20:25 21:2 33:4
40:6 52:18 62:24
63:23,24 67:7
68:24 69:7 70:10,
14 77:2 80:5
110:1 132:6
152:24

**Tylenol**
153:17 154:25

---

**U**

**Uber**
64:13 65:11

**uh-huh**
8:12 39:6 41:25
42:6 75:21 76:22
82:17 95:24
102:18 112:19
115:13

**uh-huhs**
9:25

**Uh-uh**
110:22 115:17

**uh-uhs**
9:25

**ultimately**
50:7 54:16 58:2

**uncle**
67:6 68:4 70:11
76:1,2 95:8

**uncle's**
75:11,12 95:6,11,
12,23

**unclear**
9:2,7 78:15
124:24

**uncles**
67:7 70:10

**under**
6:7 8:3,10,22
10:9,15 148:21
150:22 151:11
157:4

**understand**
8:21 9:1,6,7,10,
14,15 18:18,20
25:11 26:14,19
28:18 35:13 37:2
47:12 50:1,2,5
51:11,23 54:23
56:15,19,21 62:6
128:25 129:5

**understanding**
109:25 113:12

**understood**
9:8,11 62:21
93:24 111:7

**unequivocally**
54:21

**unless**
78:11 84:25
109:11 160:24

**until**
5:5 38:5 41:2
57:20 85:2 95:3
104:21 116:14
150:22 151:11
155:7 159:12
165:9

**untrue**
92:14

**use**
5:6 31:13,15
37:15 44:11 59:8
159:11

**used**
11:18 18:12,13
19:1,2 32:2,3,4,7
107:24 109:13
159:7,10,11,12
160:14

**using**
32:9,11 43:24
62:23 63:2,6,8
111:24

---

**V**

**Valquez**
155:18

**Velazquez**
6:25

**verbal**
9:25 71:14 139:3

**verbalize**
10:2

**Verizon**
28:25 30:15
58:21,22 60:7,14,
17,23

**video**
9:23 89:3 91:14
95:13,25 96:3,6,
8,9,11 97:2,10,
13,19 98:5,7,11
99:1,11,22
101:25 102:4
103:9 104:17
108:16,17
109:12,18,23
110:6,7,8,9,19,24
111:9,10,13,19,
20,24,25 112:5,8,
10,12 113:13,15
114:16,18,21,25
116:19,20,24
117:3,5,10,13
119:2,9,13 123:4
124:12,14 125:2,
24,25 126:5,9,10,
15,24 127:21,22
128:10,18,24
129:11,13
132:18,22,25
134:21 137:7
141:10,18,25
142:10

**videos**
108:22 110:1

**violate**
39:21

**vis-à-vis**
111:5

**visit**
66:17 67:2

**visited**
67:17 69:8

**visiting**
22:25 23:1

**vividly**
35:9 79:4,8 82:9,
15

**VL**
81:10 88:4,6
90:14,22 91:9
104:24,25 117:9
127:3,6 129:24
130:16,18
131:10,12 162:18
163:2

**VL's**
90:8

**volunteered**
18:22 19:3

---

**W**

**wages**
158:7

**wagon**
147:14

**wait**
25:25 58:6 122:4

**waiting**
119:3 148:24

**waived**
87:19

**wake**

75:6,9,10

**waking**
156:17,18

**walk**
121:6

**walk-throughs**
99:8

**walked**
104:8 124:3
130:15

**walking**
104:19 118:20
127:1 129:20,21,
22 141:11 150:11
157:10

**walks**
125:18

**wall**
112:19 119:4
145:19 147:13,16
148:24 151:14

**Walmart**
21:17,19

**want**
8:18 10:1 11:3
16:19 26:24
46:18,21,25
48:15,22 50:21,
24 51:8,15 52:10
53:18 54:8 57:8
72:16 80:25
84:12 85:16
94:20 97:6 102:9,
22 108:4 114:19
116:8 117:14
123:11 125:10
128:21 149:7

156:13 162:6
165:16

**wanted**
94:18 103:6
114:24 145:9
156:14

**wants**
85:20 87:14
165:14

**watch**
104:17 114:24
117:15 123:4
125:10

**watched**
109:1 114:25
116:20

**way**
7:8,12 13:20
15:24 26:6 27:18
47:4,18,23,25
48:7,21 49:11
52:10 54:5 55:6
56:17,18 57:10
79:24 80:8 85:21,
25 86:1 87:23
105:5 107:8
108:5 111:2
112:3 122:13
139:21 163:5,25
164:1

**weapon**
37:15

**wearing**
113:17 114:12
115:4 147:2

**Wednesday**
159:7,9

**weed**
86:20

**week**
20:15,16,17,21
21:1,2 32:19
74:1,2

**weekend**
99:6,15

**weeks**
152:16

**weight**
160:24

**weight-lifting**
159:20 160:1

**weights**
159:16 160:4

**went**
6:10,17 8:1
15:12,14,15,17,
18,22 16:24 17:7
40:15,18 60:21
73:15,19 80:4
82:23 95:13 97:2
98:3 99:1,3,5,13,
25 100:1,3,5,6,16
103:4 104:12
105:8 121:12
124:6 153:25
159:22

**west**
75:20 96:10,11,
12

**west-end**
75:19

**whatever**
20:23 22:6,7 34:2

52:10 85:8,11,23
86:23 87:9 99:9
103:6 104:9
128:20 143:11
145:6 147:24
157:5

**Whenever**
20:22 76:9

**wherever**
112:16

**whether**
24:3 62:18 97:8
109:15 122:6
137:24 142:17
152:2 157:18

**whichever**
115:9

**while**
67:2 86:11 136:5
151:23 153:6,10,
14 155:21

**white**
105:1 118:21
119:5,14 126:25
128:7 129:15
130:9 132:19,24
134:22

**Whoever**
136:24

**whole**
19:7 48:19 77:3
99:10,15 101:3
104:14 112:5
114:24 119:9,13
128:17

**will**
4:18 9:4 22:9

23:16 25:15 26:7
27:3,8,15 28:10
52:2,9 85:21
110:5 122:23
125:2 126:1,15
162:4

**willing**
44:10

**win**
162:2

**wind**
99:16

**window**
139:16 140:6,7,
14 141:9

**withdraw**
127:19

**Within**
63:22,24

**without**
24:6 129:4

**witness**
4:4 6:18 17:5
23:21,25 27:25
33:25 34:8,12
36:1,4,10 41:14
44:15 46:17,21
48:15 51:3,5
52:1,4 54:9
56:13,17 57:2,5
64:7,13,18,22
65:1,5,9,12,17,
21,25 68:14 69:4,
11 70:4 71:13,24
72:4,8,24 73:3,11
74:5,22 75:1,24
77:7 78:19,25

79:6,10 81:25
82:6,12,19 83:6,
11,16 89:18,22
90:2,17,21 91:6,
12 92:1,7,16,23
94:10,17 96:22,
24 108:1 112:7
114:23 116:25
117:22 118:2,9
119:9,23 122:12
123:24 125:8,17
129:10 130:2
131:5 134:8
136:2,5,23 137:5,
19 141:25 142:6,
14,24 143:15,20,
24 144:3,8,20,25
145:6 147:24
149:18,24 151:8
156:22 162:24
163:7,13,19
164:12,22 165:4,
19

**witnessed**
164:19

**witnesses**
164:8

**woke**
66:13 75:5 95:5,
10,22

**woman's**
43:24

**women**
44:9 68:9 69:8

**work**
19:1,2 20:1,2,5,
12,16,25 21:13
22:4 157:23

158:1 160:3

**worked**
19:7 21:4 138:6,
7,15

**working**
21:7 138:8
142:12,15,22
158:3

**works**
111:2 137:16
138:18,21

**worth**
25:9

**wound**
36:14

**wreck**
145:25

**wrecked**
145:16 146:11

**write**
85:17

**written**
23:10

**wrong**
138:4 139:20
143:1 161:9
162:20

---

**X**

**Xanax**
153:16 155:1
156:17

---

**Y**

**y'all**
48:22 54:5 58:7
109:14,18 110:1,
9

**y'all's**
25:12

**year**
6:14,15,16 15:22
16:6,11 19:8
21:11,14,15
32:16 33:2 38:12
76:25 77:1,18

**years**
19:7 21:23 29:7
33:4,6,9,14 36:1
38:23,25 135:22
160:1

**yell**
130:9

**yellow**
120:14

**yes-or-no**
91:3

**yet**
23:23 110:25
111:14 147:14
158:20

**young**
45:9 97:13,24
101:5,10,15,22
104:24 146:9,12,
14

**yours**
22:14

**yourself**
110:24 111:12,16
122:22 126:5
128:23 163:24
164:1

---

**Z**

**Zip**
109:4,9 110:12

**zone**
156:25